UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>Plaintiff,<br>v.<br><br>MORGAN STANLEY & CO., INC., *et al*.<br><br>Defendants. | Civil Action No. 10-cv-11376<br><br>NOTICE OF APPEARANCE |

TO THE CLERK:

    Please enter my APPEARANCE for the defendants  HSBC SECURITIES (USA), INC. and HSI ASSET SECURITIZATION CORPORATION

                                          By their attorneys

                                          Joseph F. Ryan
                                          Lyne, Woodworth & Evarts LLP
                                          12 Post Office Square
                                          Boston, Massachusetts 02109
                                          Tel:  (617) 523-6655
                                          Fax:  (617) 248-9877
                                          JRyan@lwelaw.com

17644776

Certificate of Service

      I certify that I served the foregoing Appearance on plaintiff by emailing a copy thereof to plaintiff's counsel:

**DONNELLY, CONROY & GELHAAR, LLP**
T. Christopher - tcd@dcglaw.com
Michael S. D'Orsi - msd@dcglaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk - jerry@blbglaw.com
David L. Wales - dwales@blbglaw.com
Jai K. Chandrasekhar - jai@blbglaw.com
Lauren A. McMillen - lauren@blbglaw.com
David R. Stickney - davids@blbglaw.com
Timothy A. Delange - timothyd@blbglaw.com
Takeo Kellar - takeok@blbglaw.com
Matthew Jubenville - matthewj@blbglaw.com

and by emailing a copy thereof to all known defendants' counsel.

August 17, 2010                                    Joseph F. Ryan BBO#435720