THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NOTICE OF APPEARANCE**

Edward P. Leibensperger

Joshua A. Munn

*Counsel for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 18, 2010.

                                          /s/ Joshua A. Munn
                                          Joshua A. Munn