THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>               Plaintiff,<br><br>      v.<br><br>MORGAN STANLEY & CO., INC., ET AL.<br><br>               Defendant. | Civil Action No. 10-cv-11376 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.5.2(c), please note the withdrawal of John D. Donovan, Jr. of Ropes & Gray LLP as counsel for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. in the above-captioned matter.  This notice is preceded by notice of the appearance of new counsel, Edward P. Leibensperger and Joshua A. Munn of McDermott Will & Emery LLP, on behalf of the same defendants, Goldman, Sachs & Co. and GS Mortgage Securities Corp.  No motions are pending before the Court, no trial date has been set, no hearings or conferences are scheduled, and no reports, oral or written, are due.

Dated:  August 18, 2010

Respectfully submitted,

/s/ John D. Donovan, Jr.
John D. Donovan, Jr.
ROPES & GRAY LLP
One International Place
Boston, MA  02110-2624
Tel:  (617) 951-7000
Fax:  (617) 951-7050
john.donovan@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 18, 2010.

/s/ John D. Donovan, Jr.
John D. Donovan, Jr.