UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>      Plaintiff,<br>v.<br><br>MORGAN STANLEY& CO., INC., ET AL.<br><br>      Defendants. | Civil Action No. 10-cv-11376 |

## NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel on behalf of the defendants, Ameriquest Mortgage Securities Inc., Argent Securities, Inc., and Park Place Securities, Inc.

                        Respectfully Submitted,

                        AMERIQUEST MORTGAGE SECURITIES, INC., ARGENT SECURITIES, INC. and PARK PLACE SECURITIES, INC.

                        By their attorneys,

DATE: August 20, 2010

/s/ Erin E. Howard _____
Edward V. Colbert III, BBO#566187
Nancy L. Perlman, BBO#656156
Erin E. Howard, BBO#666955
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
617-951-2800
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2010.

                                      /s/ Erin E. Howard
                                      Erin E. Howard