UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>        Plaintiff,<br>v.<br><br>MORGAN STANLEY & CO., INC., ET AL.<br><br>        Defendants. | Civil Action No. 10-CV-11376 |

## NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel on behalf of the defendants, Ameriquest Mortgage Securities Inc., Argent Securities, Inc., and Park Place Securities, Inc.

                                            Respectfully Submitted,

                                            AMERIQUEST MORTGAGE SECURITIES, INC., ARGENT SECURITIES, INC. and PARK PLACE SECURITIES, INC.

                                            By their attorneys,

DATE: August 20, 2010                  /s/Nancy L. Perlman_____
                                            Nancy L. Perlman, BBO#656156
                                            Looney & Grossman LLP
                                            101 Arch Street
                                            Boston, MA 02110
                                            617-951-2800, ext. 505
                                            nperlman@lgllp.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 20, 2010.

                                            /s/ Nancy L. Perlman_____
                                            Nancy L. Perlman