UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., ET AL. <br><br> Defendants. | Civil Action No. 10-CV-11376 |

## NOTICE OF CONSENT TO REMOVAL

Please take notice that Defendants Ameriquest Mortgage Securities Inc., Argent Securities, Inc., and Park Place Securities, Inc. (collectively, the "Defendants"), pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), hereby consent to the removal of this action from the Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts by the Removing Defendants J.P. Morgan Securities Inc., J.P. Morgan Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc., and Structured Asset Mortgage Investments II, Inc..[1]

---

[1] The Defendants appear specifically for the purpose of removal only. They reserve all defenses, as to jurisdiction, service, or otherwise that may be available in this action.

Dated this 26th day of August 2010.

                                                    Respectfully Submitted,

                                                    AMERIQUEST MORTGAGE
                                                    SECURITIES, INC., ARGENT
                                                    SECURITIES, INC. and PARK
                                                    PLACE SECURITIES, INC.

                                                    By their attorneys,

                                                    /s/Nancy L. Perlman_____
                                                    Nancy L. Perlman, BBO#656156
                                                    Edward V. Colbert, III BBO#566187
                                                    Erin E. Howard, BBO#666955
                                                    Looney & Grossman LLP
                                                    101 Arch Street
                                                    Boston, MA 02110
                                                    617-951-2800, ext. 505
                                                    nperlman@lgllp.com


## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 26, 2010.

                                                    /s/ Nancy L. Perlman_____
                                                    Nancy L. Perlman