UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>MORGAN STANLEY & CO., INC., *et al*.<br><br>　　　　　　　　　Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF SUBMISSION OF CERTIFIED COPY OF STATE COURT RECORDS AND DOCKET ENTRIES

Pursuant to Local Rule 81.1(a) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., and Washington Mutual Mortgage Securities Corp. (collectively, the "Removing Defendants") hereby submit as <u>Exhibit A</u> hereto certified copies of all records and proceedings and a certified copy of all docket entries from *Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.,* Civil Action No. 10-2741-BLS2 (Mass. Super. Ct.) (the "State Court Action"), which was removed to this Court on August 13, 2010 pursuant to 28 U.S.C. § 1446. Pursuant to Local Rule 5.4(f), the Removing Defendants will also file with the Court certified copies of all records, proceedings, and docket entries from the State Court Action in paper format, and a disk containing a certified copy of all records, proceedings, and docket entries from the State Court Action in PDF format.

BINGHAM McCUTCHEN LLP

/s/ David W. Penn
Beth I.Z. Boland (BBO #553654)
David W. Penn (BBO #669344)
One Federal Street
Boston, MA 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
beth.boland@bingham.com
david.penn@bingham.com

Of Counsel:

Kenneth I. Schacter (admitted *pro hac vice*)
Theo J. Robins (admitted *pro hac vice*)
Brandyne S. Warren (admitted *pro hac vice*)
399 Park Avenue
New York, NY 10022
Tel:  (212) 705-7000
Fax:  (212) 753-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com
brandyne.warren@bingham.com

*Attorneys for defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc. and Washington Mutual Mortgage Securities Corp.*

Dated: August 27, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, on August 27, 2010.

/s/ David W. Penn
David W. Penn

-2-

A/73482226.1