# EXHIBIT A-1

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

# SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

| | | | |
|---|---|---|---|
| **File Date** | 07/09/2010 | **Status** | Disposed: transfered to other court (dtrans) |
| **Status Date** | 08/19/2010 | **Session** | BLS2 - CtRm 1017, 3 Pemberton Sq,Boston |
| **Origin** | 1 - Complaint | **Case Type** | BB2 - Securities transactions |
| **Track** | B - Special Track (Business | **Lead Case** | | **Jury Trial** Yes |

### DEADLINES

| | Service | Answer | Rule12/19/20 | Rule 15 | Discovery | Rule 56 | Final PTC | Judgment |
|---|---|---|---|---|---|---|---|---|
| **Served By** | | | | | | | | |
| **Filed By** | | | 09/17/2010 | | | | | |
| **Heard By** | | | | | | | | |

### PARTIES

**Plaintiff**
  Cambridge Place Investment Management Inc
Active 07/09/2010

**Private Counsel 129930**
T Christopher Donnelly
Donnelly Conroy & Gelhaar
1 Beacon Street
33rd floor
Boston, MA 02108-
Phone: 617-720-2880
Fax: 617-720-3554
Active 07/09/2010 Notify

**Defendant**
  Morgan Stanley & Co Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Citigroup Global Markets Inc
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Defendant**
  Credit Suisse Securities LLC
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
 RBS Securities Inc
Service pending 07/09/2010

**Defendant**
 Deutsche Bank Securities Inc
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Defendant**
 Merrill Lynch Pierce Fenner & Smith Inc
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Private Counsel 433380**
Jeffery B Rudman
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6991
Fax: 617-526-5000
Active 08/10/2010 Notify

**Private Counsel 556337**
Andrea J Robinson
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax: 617-526-5000
Active 08/10/2010 Notify

**Defendant**
 UBS Securities LLC
Service pending 07/09/2010

**Defendant**
 Goldman Sachs & Co
Served: 07/15/2010
Served (answr pending) 07/29/2010

MASXP-20070813
leakes

Case 1:10-cv-11376-NMG   Document 118-1   Filed 08/27/10   Page 4 of 41

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/19/2010
11:02 AM

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
  J. P. Morgan Securities Inc
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Private Counsel 669344**
David W. Penn
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
Active 08/19/2010 Notify

**Private Counsel 553654**
Beth I Z Boland
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8856
Fax: 617-951-8736
Active 08/19/2010 Notify

**Defendant**
  Countrywide Securities Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  FBR Capital Markets & Co
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  HSBC Securities Inc
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Defendant**
  Banc of America Securities LLC
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
  Residential Funding Securities LLC
Service pending 07/09/2010

**Defendant**
  Barclays Capital Inc
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Defendant**
  Accredited Mortgage Loan Reit Trust
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Ace Securities Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Aegis Asset Backed Securities Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Alliance Securities Corporation
Service pending 07/09/2010

MASXP-20070813
leakes

Case 1:10-cv-11376-NMG   Document 118-1   Filed 08/27/10   Page 6 of 41

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/19/2010
11:02 AM

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
 American Home Mortgage Assets LLC
Service pending 07/09/2010

**Defendant**
 Ameriquest Mortgage Securities Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Private Counsel 566187**
Edward V Colbert, III
Looney & Grossman
101 Arch Street
Boston, MA 02110-1112
Phone: 617-951-2800
Fax: 617-951-2819
Active 08/13/2010 Notify

**Private Counsel 656156**
Nancy L Perlman
Looney & Grossman
101 Arch Steet
9th Floor
Boston, MA 02110-1112
Phone: 617-235-8605
Fax: 617-951-2819
Active 08/13/2010 Notify

**Defendant**
 Argent Securities Inc
Service pending 07/09/2010

**Private Counsel 566187**
Edward V Colbert, III
Looney & Grossman
101 Arch Street
Boston, MA 02110-1112
Phone: 617-951-2800
Fax: 617-951-2819
Active 08/13/2010 Notify

**Private Counsel 656156**
Nancy L Perlman
Looney & Grossman
101 Arch Steet
9th Floor
Boston, MA 02110-1112
Phone: 617-235-8605
Fax: 617-951-2819
Active 08/13/2010 Notify

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
  Asset Backed Funding Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Private Counsel 636889**
Sean T Carnathan
O'Connor Carnathan & Mack PC
8 New England Exec Park
Burlington, MA 01803
Phone: 781-359-9000
Fax: 781-359-9001
Active 08/10/2010 Notify

**Private Counsel 640993**
Benjamin S Kafka
OConnor Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803
Phone: 781-359-9000
Fax: 781-359-9001
Active 08/10/2010 Notify

**Private Counsel 556337**
Andrea J Robinson
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax: 617-526-5000
Active 08/10/2010 Notify

**Private Counsel 433380**
Jeffery B Rudman
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6991
Fax: 617-526-5000
Active 08/10/2010 Notify

**Defendant**
  Asset Backed Securities Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
Banc of America Mortgage Securities Inc
Service pending 07/09/2010

**Private Counsel 556337**
Andrea J Robinson
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax: 617-526-5000
Active 08/10/2010 Notify

**Private Counsel 433380**
Jeffery B Rudman
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6991
Fax: 617-526-5000
Active 08/10/2010 Notify

**Defendant**
Argent Securities Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
BCAP LLC
Service pending 07/09/2010

**Defendant**
Bear Stearns Asset Backed Securities I LLC
Service pending 07/09/2010

**Private Counsel 669344**
David W. Penn
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
Active 08/19/2010 Notify

MASXP-20070813
leakes

Case 1:10-cv-11376-NMG   Document 118-1   Filed 08/27/10   Page 9 of 41

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/19/2010
11:02 AM

# SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Private Counsel 553654**
Beth I Z Boland
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8856
Fax: 617-951-8736
Active 08/19/2010 Notify

**Defendant**
Citigroup Mortgage Loan Trust Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
Credit Suisse First Boston Mortgage Securities
Corp
Service pending 07/09/2010

**Defendant**
CWABS Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
CWALT Inc
Service pending 07/09/2010

**Defendant**
FBR Securitization Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
  Fieldstone Mortgage Investment Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Financial Asset Securities Corp
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Fremont Mortgage Securities Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  GS Mortgage Securities Corp
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  HSI Asset Securitization Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  J. P. Morgan Acceptance Corporation I
Service pending 07/09/2010

**Private Counsel 669344**
David W. Penn
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
Active 08/19/2010 Notify

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

# SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Private Counsel 553654**
Beth I Z Boland
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8856
Fax: 617-951-8736
Active 08/19/2010 Notify

**Defendant**
  Long Beach Securities Corp
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Private Counsel 669344**
David W. Penn
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
Active 08/19/2010 Notify

**Private Counsel 553654**
Beth I Z Boland
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8856
Fax: 617-951-8736
Active 08/19/2010 Notify

**Defendant**
  Merrill Lynch Mortgage Investors Inc
Service pending 07/09/2010

**Private Counsel 556337**
Andrea J Robinson
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax: 617-526-5000
Active 08/10/2010 Notify

**Private Counsel 640993**
Benjamin S Kafka
OConnor Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803
Phone: 781-359-9000
Fax: 781-359-9001
Active 08/10/2010 Notify

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Private Counsel 556337**
Andrea J Robinson
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000
Fax: 617-526-5000
Active 08/10/2010 Notify

**Private Counsel 433380**
Jeffery B Rudman
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6991
Fax: 617-526-5000
Active 08/10/2010 Notify

**Defendant**
  Morgan Stanley Capital Inc I
Served: 08/02/2010
Served (answr pending) 08/10/2010

**Defendant**
  Morgan Stanley Capital I Inc
Served: 07/15/2010
Served (answr pending) 07/29/2010

**Defendant**
  Mortgage Asset Securitization Transactions Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Nationstar Funding LLC
Served: 07/19/2010
Served (answr pending) 08/02/2010

MASXP-20070813

leakes

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

08/19/2010

11:02 AM

# SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
  New Century Mortgage Securities LLC
Service pending 07/09/2010

**Defendant**
  New Century Mortgage Securities LLC
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Novastar Mortgage Funding Corporation
Served: 07/29/2010
Served (answr pending) 08/06/2010

**Defendant**
  Park Place Securities Inc
Served: 07/29/2010
Served (answr pending) 08/06/2010

**Private Counsel 566187**
Edward V Colbert, III
Looney & Grossman
101 Arch Street
Boston, MA 02110-1112
Phone: 617-951-2800
Fax: 617-951-2819
Active 08/13/2010 Notify

**Private Counsel 656156**
Nancy L Perlman
Looney & Grossman
101 Arch Steet
9th Floor
Boston, MA 02110-1112
Phone: 617-235-8605
Fax: 617-951-2819
Active 08/13/2010 Notify

**Defendant**
  People's Choice Home Loan Securities Corp
Service pending 07/09/2010

**Commonwealth of Massachusetts**
**SUFFOLK SUPERIOR COURT**
**Case Summary**
**Civil Docket**

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
  Popular Abs Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Private Counsel 636889**
Sean T Carnathan
O'Connor Carnathan & Mack PC
8 New England Exec Park
Burlington, MA 01803
Phone: 781-359-9000
Fax: 781-359-9001
Active 08/05/2010 Notify

**Private Counsel 640993**
Benjamin S Kafka
OConnor Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803
Phone: 781-359-9000
Fax: 781-359-9001
Active 08/05/2010 Notify

**Defendant**
  Residential Accredit Loans Inc
Service pending 07/09/2010

**Defendant**
  Residential Asset Mortgage Products Inc
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
  Residential Asset Securities Corporation
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
 Saco I Inc
Service pending 07/09/2010

**Private Counsel 669344**
David W. Penn
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
Active 08/19/2010 Notify

**Private Counsel 553654**
Beth I Z Boland
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8856
Fax: 617-951-8736
Active 08/19/2010 Notify

**Defendant**
 Saxon Asset Securities Company
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
 Securitized Asset Backed Receivables LLC
Served: 07/15/2010
Served (answr pending) 08/02/2010

**Defendant**
 Stanwich Asset Acceptance Company LLC
Served: 08/02/2010
Served (answr pending) 08/10/2010

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Defendant**
 Structured Asset Mortgage Investments II Inc
Served: 08/02/2010
Served (answr pending) 08/10/2010

**Private Counsel 669344**
David W. Penn
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
Active 08/19/2010 Notify

**Private Counsel 553654**
Beth I Z Boland
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8856
Fax: 617-951-8736
Active 08/19/2010 Notify

**Defendant**
 Washington Mutual Mortgage Securities Corp
Service pending 07/09/2010

**Private Counsel 669344**
David W. Penn
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736
Active 08/19/2010 Notify

**Private Counsel 553654**
Beth I Z Boland
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8856
Fax: 617-951-8736
Active 08/19/2010 Notify

**Out-of-state attorney**
David  Wales
1285 Avenue of the Americas 38th
New York, NY 10019
Phone: 212-554-1409
Active 07/23/2010 Notify

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Out-of-state attorney**
Gerald H  Silk
Bernstein Litowitz Berger &
1285 Avenue of the Americas 38th
New York, NY 10019
Phone: 212-554-1282
Active 07/23/2010 Notify

**Out-of-state attorney**
Jai K  Chandrasekhar
Bernstein Litowitz Berger
1285 Avenue of the Americas 38th
New York, NY 10019
Phone: 212-554-1484
Active 07/23/2010 Notify

**Out-of-state attorney**
Lauren A  McMillen
Bernstein Litowitz Berger
1285 Avenue of the Americas 38th
New York, NY 10019
Phone: 212-554-1593
Active 07/23/2010 Notify

**Out-of-state attorney**
David R  Stickney
Bernstein Litowitz Berger
12481 High Bluff Drive Suite 300
San Diego, CA 92130
Phone: 858-720-3182
Active 07/23/2010 Notify

**Out-of-state attorney**
Timothy A  DeLange
Bernstein Litowitz Berger
12481 High Bluff Drive Suite 300
San Diego, CA 92130
Phone: 858-720-3186
Active 07/23/2010 Notify

**Out-of-state attorney**
Matthew P  Jubenville
Bernstein Litowitz Berger
12481 High Bluff Drive Suite 300
San Diego, CA 92130
Phone: 858-720-3180
Active 07/23/2010 Notify

Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

**Out-of-state attorney**
Takeo A  Kellar
Brenstein Litowitz Berger
12481 High Bluff Drive Suite 300
San Diego, CA 92130
Phone: 858-720-3197
Active 07/23/2010 Notify

**Out-of-state attorney**
Kenneth I  Schacter
Bingham & McCutchen, LLP
399 Park Avenue
New York, NY 10022
Phone: 212-705-7000
Attorney of the defendants
Active 08/19/2010

**Out-of-state attorney**
Theo  Robins
Bingham & McCutchen, LLP
399 Park Avenue
New York, NY 10022
Phone: 212-705-7000
Attorney for the defendants
Active 08/19/2010

**Out-of-state attorney**
Brandyne S.  Warren
Bingham & McCutchen, LLP
399 Park Avenue
New York, NY 10022
Phone: 212-705-7000
Attoney for the defendants
Active 08/19/2010

**ENTRIES**

| Date | Paper | Text |
|------|-------|------|
| 07/09/2010 | 1.0 | Complaint (Business) filed with Jury Demand on all Issues |
| 07/09/2010 | | Origin 1, Type BB2, Track B. |
| 07/09/2010 | 2.0 | Civil action cover sheet filed($0) |
| 07/15/2010 | 3.0 | NOTICE OF ACCEPTANCE INTO THE BUSINESS LITIGATION SESSION; it has been assigned to the BLS2 Session (Suffolk). The Court will issue a Notice of Initial Rule 16 Conference for purposes of meeting with all counsel. On the assented to motions of the parties and the order of ( Margaret Hinkle, Justice), this matter has been accepted into the Suffolk Business Litigation Session to plan for the litigation and resolution of this matter. If possible, the Court requests counsel for the plaintiff to confer with counsel for the defendant and to suggest to the Court a range of dates in a letter to the BLS2 Session Clerk, Courtroom 1017, Suffolk Superior Court, Three Pemberton Square, Boston, MA 02108. The Court, however, retains the discretion |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

| Date | Paper | Text |
|------|-------|------|
| | 3.0 | to schedule the hearing at a time that fits within its own schedule. (Hinkle, J.) Dated: 7/13/2010, Notice mailed 7/14/2010 |
| 07/15/2010 | 4.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION for appointment of special process server Irving Filed & allowed 7/14/10 (Fabricant, J.).Notice sent 7/15/10 dated 7/14/10 |
| 07/20/2010 | 5.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit David Wales as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/20/2010 | 6.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit Gerald H. Silk as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/20/2010 | 7.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit Jai K. Chandrasekhar as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/20/2010 | 8.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit Lauren A. McMillen as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/20/2010 | 9.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit David R. Stickney as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/20/2010 | 10.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit Timothy A. DeLange as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/20/2010 | 11.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit Matthew P. Jubenville as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/20/2010 | 12.0 | Plaintiff Cambridge Place Investment Management Inc's MOTION to admit Takeo A. Kellar as counsel pro hac vice for Cambridge Place Investment Management Inc |
| 07/23/2010 | | Motion (P#5) ALLOWED (Judith Frabicant, Justice) Notices mailed 7/23/2010 dated 7/21/10 |
| 07/23/2010 | | Motion (P#6) ALLOWED (Judith Fabricant, Justice) Notices mailed 7/22/2010 dated 7/21/10 |
| 07/23/2010 | | Motion (P#7) ALLOWED (Judith Frabicant, Justice) Notices mailed 7/22/2010 dated 7/21/10 |
| 07/23/2010 | | Motion (P#8) ALLOWED (Judith Frabicant, Justice) Notices mailed 7/22/2010 dated 7/21/10 |
| 07/23/2010 | | Motion (P#9) ALLOWED (Judith Frabicant, Justice) Notices mailed 7/22/2010 dated 7/21/10 |
| 07/23/2010 | | Motion (P#10) ALLOWED (Judith Frabicant, Justice) Notices mailed 7/22/2010 dated 7/21/10 |
| 07/23/2010 | | Motion (P#11) ALLOWED (Judith Frabicant, Justice) Notices mailed 7/22/2010 dated 7/21/10 |
| 07/23/2010 | | Motion (P#11) ALLOWED (Judith Frabicant, Justice) Notices mailed 7/22/2010 dated 7/21/10 |
| 07/29/2010 | 13.0 | SERVICE RETURNED: Barclays Capital Inc(Defendant) (in hand) |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

| Date | Paper | Text |
|------|-------|------|
| 07/29/2010 | 14.0 | SERVICE RETURNED: HSBC Securities Inc(Defendant) (in hand) |
| 07/29/2010 | 15.0 | SERVICE RETURNED: Banc of America Securities LLC(Defendant) (in hand) |
| 07/29/2010 | 16.0 | SERVICE RETURNED: Citigroup Global Markets Inc(Defendant) (in hand) |
| 07/29/2010 | 17.0 | SERVICE RETURNED: Merrill Lynch Pierce Fenner & Smith Inc(Defendant) (in hand) |
| 07/29/2010 | 18.0 | SERVICE RETURNED: Deutsche Bank Securities Inc(Defendant) (in hand) |
| 07/29/2010 | 19.0 | SERVICE RETURNED: Credit Suisse Securities LLC(Defendant) (in hand) |
| 07/29/2010 | 20.0 | SERVICE RETURNED: J. P. Morgan Securities Inc(Defendant) (in hand) |
| 07/29/2010 | 21.0 | SERVICE RETURNED: Goldman Sachs & Co(Defendant) (in hand) |
| 07/29/2010 | 22.0 | SERVICE RETURNED: Morgan Stanley Capital I Inc(Defendant) (in hand) |
| 08/02/2010 | 23.0 | SERVICE RETURNED: Saxon Asset Securities Company(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 24.0 | SERVICE RETURNED: Residential Asset Securities Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 25.0 | SERVICE RETURNED: Residential Asset Mortgage Products Inc(Defendant) (certifed mail on 7/15/10) |
| 08/02/2010 | 26.0 | SERVICE RETURNED: Popular Abs Inc(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 27.0 | SERVICE RETURNED: New Century Mortgage Securities LLC(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 28.0 | SERVICE RETURNED: Nationstar Funding LLC(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 29.0 | SERVICE RETURNED: Mortgage Asset Securitization Transactions Inc(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 30.0 | SERVICE RETURNED: Morgan Stanley & Co Inc(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 31.0 | SERVICE RETURNED: Long Beach Securities Corp(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 32.0 | SERVICE RETURNED: HSI Asset Securitization Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 33.0 | SERVICE RETURNED: GS Mortgage Securities Corp(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 34.0 | SERVICE RETURNED: Fremont Mortgage Securities Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 35.0 | SERVICE RETURNED: Financial Asset Securities Corp(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 36.0 | SERVICE RETURNED: Fieldstone Mortgage Investment Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 37.0 | SERVICE RETURNED: FBR Securitization Inc(Defendant) (certified mail on 7/1/5/10) |
| 08/02/2010 | 38.0 | SERVICE RETURNED: FBR Capital Markets & Co(Defendant) (certifified mail on 7/15/10) |
| 08/02/2010 | 39.0 | SERVICE RETURNED: CWABS Inc(Defendant)(certified mail on 7/15/10) |
| 08/02/2010 | 40.0 | SERVICE RETURNED: Countrywide Securities Corporation(Defendant) (certified mail on 7/31/10) |
| 08/02/2010 | 41.0 | SERVICE RETURNED: Citigroup Mortgage Loan Trust Inc(Defendant) |

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
### Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

| Date | Paper | Text |
|------|-------|------|
| | 41.0 | (certified mail on 7/15/10) |
| 08/02/2010 | 42.0 | SERVICE RETURNED: Asset Backed Securities Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 43.0 | SERVICE RETURNED: Asset Backed Funding Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 44.0 | SERVICE RETURNED: Argent Securities Inc(Defendant) (certifmail on 7/15/10) |
| 08/02/2010 | 45.0 | SERVICE RETURNED: Ameriquest Mortgage Securities Inc(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 46.0 | SERVICE RETURNED: Aegis Asset Backed Securities Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 47.0 | SERVICE RETURNED: Ace Securities Corporation(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 48.0 | SERVICE RETURNED: Accredited Mortgage Loan Reit Trust(Defendant) (certified mail on 7/15/10) |
| 08/02/2010 | 49.0 | SERVICE RETURNED: Securitized Asset Backed Receivables LLC(Defendant) (certified mail on 715/10) |
| 08/06/2010 | 50.0 | Defendants' joint MOTION to extend time for entry of stipulated scheduling order, filed & ALLOWED on 8/3/10 (Judith Fabricant, Justice) notices mailed 8/3/10 |
| 08/06/2010 | 51.0 | STIPULATED SCHEDULING ORDER. ((Judith Fabricant, Justice) (entered 8/3/10) notices mailed 8/3/10 |
| 08/06/2010 | 52.0 | Defendants' assented to MOTION to extend time for to respond tot complaint & joint motion for entry of stipuleted scheduling order |
| 08/06/2010 | 53.0 | SERVICE RETURNED: Novastar Mortgage Funding Corporation(Defendant) (certified mail on 7/29/10) |
| 08/06/2010 | 54.0 | SERVICE RETURNED: Park Place Securities Inc(Defendant) (certified mail on 7/29/10) |
| 08/10/2010 | | Motion (P#52) ALLOWED (Fabricant,J) ) Notices mailed 8/10/2010 (entered 8/9/10) |
| 08/10/2010 | 55.0 | Stipulated scheduling order (see complete order P# 55) (Fabricant,J) Notice sent 8/10/10 (entered 8/9/10) |
| 08/10/2010 | 56.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Structured Asset Mortgage Investments II Inc by certified mail return receipt on 7/29/10 |
| 08/10/2010 | 57.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Morgan Stanley Capital I Inc by certified mail return receipt on 8/2/10 |
| 08/10/2010 | 58.0 | Affidavit of compliance with long-arm statute with proof of service on out of state defendant Stanwich Asset Acceptance Company LLCby certified mail return receipt on 8/2/10 |
| 08/13/2010 | | Certified copy of Petition for Removal to US Dist Court of defendants (US Dist 10-cv-11376) |
| 08/19/2010 | | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

**Commonwealth of Massachusetts**
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2010-02741
## Cambridge Place Investment Management Inc v Morgan Stanley & Co Inc et al

I HEREBY ATTEST AND CERTIFY ON

August 24, 2010 THAT THE

FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: Claire A Walsh
Asst. Clerk

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
BUSINESS LITIGATION SESSION

U.S. Dist Court #
10-CV-11376

Civil Action No. 2010-CV-2741-BLS2

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MORGAN STANLEY& CO., INC., ET AL., | ) ) |
| Defendants. | ) ) ) |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that on August 13, 2010 Defendants J.P. Morgan Securities Inc.,

Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long

Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc. and

Washington Mutual Mortgage Securities Corp., pursuant to 28 U.S.C. §§ 1441(a) and

1446(a), filed a Notice of Removal of this action to the United States District Court for the

District of Massachusetts, a certified copy of which is attached and filed with this document.

Pursuant to 28 U.S.C. §1446(d), the filing of the Notice of Removal in the United

States District Court, together with the filing of a copy of the Notice of Removal with this

Court, effects the removal of this action.  This Court is respectfully requested to proceed no

further in this action, unless and until such time as the action may be remanded by order of

the United States District Court.

A/73460594.1

BINGHAM McCUTCHEN LLP

Beth I.Z. Boland (BBO #553654)
David W. Penn (BBO #669344)
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
beth.boland@bingham.com
david.penn@bingham.com

Of Counsel:

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
399 Park Avenue
New York, New York 10022
Tel:  (212) 705-7000
Fax:  (212) 753-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com
brandyne.warren@bingham.com

*Attorneys for defendants J.P. Morgan
Securities Inc., J.P. Morgan Acceptance
Corporation I, Bear Stearns Asset Backed
Securities I LLC, Long Beach Securities
Corp., SACO I Inc., Structured Asset
Mortgage Investments II Inc. and
Washington Mutual Mortgage Securities
Corp.*

August 24 2010

OREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

Claire A Walsh
Asst. Clerk

Dated: August 13, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for all adverse parties by first class mail on August 13, 2010.

David W. Penn

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAMBRIDGE PLACE INVESTMENT
MANAGEMENT INC.

Plaintiff,

v.

MORGAN STANLEY & CO., INC., *et al.*

Defendants.

Civil Action No. 10-cv-11376

(Superior Court of the Commonwealth of
Massachusetts for Suffolk County Case
No. 10-2741)

## NOTICE OF REMOVAL

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
      OF MASSACHUSETTS

PLEASE TAKE NOTICE THAT Defendants J.P. Morgan Securities Inc., Bear
Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach
Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., and Washington
Mutual Mortgage Securities Corp. (collectively, the "Removing Defendants"), pursuant to 28
U.S.C. §§ 1441(a) and 1446(a), hereby remove this action from the Superior Court of the
Commonwealth of Massachusetts to the United States District Court for the District of
Massachusetts.[1] This removal arises under 28 U.S.C. §§ 1334(b), 1367, 1441, 1446 and 1452(a).
As grounds for removal, the Removing Defendants state as follows:

---

[1] The Removing Defendants appear specially for the purpose of removal only. They reserve all defenses as
to jurisdiction, service, or otherwise that may be available in this action.

A/73454181.5

## SUMMARY

1.      All claims and causes of action in this matter should be removed to this court under 28 U.S.C. § 1441 and/or § 1452 because pursuant to 28 U.S.C. §§ 1334(b) and 1452(a), this action is "related to" ongoing bankruptcy proceedings.

## PROCEDURAL HISTORY AND BACKGROUND

2.      On or about July 9, 2010, Plaintiff filed a complaint (the "Complaint") in the Superior Court of the Commonwealth of Massachusetts (the "State Court") entitled *"Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.,"* Civil Action No. 10-2741 (the "State Court Action").

3.      On July 15, 2010, and thereafter, Plaintiff served the Complaint on the Removing Defendants. In accordance with 28 U.S.C. § 1446(a), copies of process, pleadings and orders served upon the Removing Defendants are attached hereto as Exhibit A.

4.      In the Complaint, Plaintiff alleges that certain entities, identified as "Clients," purchased approximately 197 mortgage-backed securities ("MBS") issued or underwritten by various defendants. Residential home mortgages provide the collateral for each of the MBS at issue, such that mortgage payments made by thousands of homeowners back the MBS at issue in this case. Plaintiff alleges that defendants provided the Clients with written materials in connection with the offering of the MBS that contained untrue or misleading statements. The allegations center on disclosures concerning the lending practices of originators of the mortgage loans that provide the collateral of the MBS.

5.      Plaintiff itself neither purchased nor holds the MBS at issue in the instant action. The securities are held by the Clients, for whom Plaintiff allegedly "was responsible for the sourcing, review, analysis and purchase decisions for U.S. investments." *See* Compl. ¶ 12.

A/73454181.5

2

Plaintiff asserts its rights in this action as the "exclusive assignees of and the exclusive attorney in fact for and with respect to, all of the Clients' claims relating to the offer and sale of Securities that are the subject of this Complaint." *Id.* ¶ 13.

6.      Plaintiff purports to bring claims against the Removing Defendants under the Massachusetts Uniform Securities Act based on alleged misstatements or omissions of material fact in connection with the sale of the MBS to the Clients.  Complaint paragraph 31 (l, w, x, mm, qq and rr) and Schedules I and J identify the offerings alleged to be at issue in the claims against the Removing Defendants.  Many of these offerings involved securities backed by mortgage loan collateral that was originated almost entirely by now-bankrupt entities.

7.      The Removing Defendants deny that they have any liability whatsoever to Plaintiff or the Clients.

8.      The Removing Defendants' time to answer the summons and complaint has not expired and none of the Removing Defendants has served or filed an answer.

9.      No motions or other proceedings in this action are pending in the State Court.

10.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is being filed within thirty (30) days after service of the summons and Complaint.

## GROUNDS FOR REMOVAL

### Related to Bankruptcy Jurisdiction

11.     The allegations against the Removing Defendants arise in part from the following MBS, each of which contains mortgages originated by bankrupt entities:

| **Offering** | **Originator(s) in Bankruptcy** | **Underwriter** | **Removing Defendant(s) Named By Plaintiff** |
|---|---|---|---|
| JPMAC 2005-FLD1 | Fieldstone Mortgage Company | J.P. Morgan Securities Inc. | J.P. Morgan Securities Inc.; J.P. Morgan Acceptance Corporation I |
| AABST 2005-5 | Aegis Funding Corporation | J.P. Morgan Securities Inc. | J.P. Morgan Securities Inc. |
| AMIT 2005-1 | Aames Investment Corp | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2005-HE10 | Fremont General Corporation; Oak Street Mortgage LLC; People's Choice Home Loan, Inc. | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2005-HE4 | Fieldstone Mortgage Company; Mortgage Lenders Network USA, Inc.; People's Choice Home Loan, Inc. | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2005-HE8 | Aames Investment Corp; American Home Mortgage Corp.; Alliance Bancorp, Inc.; Oak Street Mortgage LLC | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2005-HE9 | Aames Investment Corp.; Alliance Bancorp, Inc.; Oak Street Mortgage LLC | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |

| Offering | Originator(s) in Bankruptcy | Underwriter | Removing Defendant(s) Named By Plaintiff |
|---|---|---|---|
| BSABS 2006-HE1 | Mortgage Lenders Network USA, Inc.; Oak Street Mortgage LLC; People's Choice Home Loan, Inc. | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2006-HE10 | Oak Street Mortgage LLC; Bear Stearns Residential Mortgage Corporation | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2006-HE3 | Alliance Bancorp, Inc.; Oak Street Mortgage LLC | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2006-HE4 | Aames Investment Corp.; Alliance Bancorp., Inc.; Fremont General Corporation; Oak Street Mortgage LLC; People's Choice Home Loan, Inc. | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2006-HE7 | Alliance Bancorp, Inc.; First NLC Financial Services LLC; Homebank Mortgage Corporation; Oak Street Mortgage LLC; People's Choice Home Loan, Inc.; SouthStar Funding, LLC | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2006-PC1 | People's Choice | J.P. Morgan | Bear Stearns Asset |

| Offering | Originator(s) in Bankruptcy | Underwriter | Removing Defendant(s) Named By Plaintiff |
|---|---|---|---|
| | Home Loan, Inc. | Securities Inc. | Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSABS 2007-FS1 | Fieldstone Mortgage Company | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| BSMF 2007-SL2 | American Home Mortgage Corp.; Bear Stearns Residential Mortgage Corporation; Fieldstone Mortgage Company; First NLC Financial Services LLC; Homebanc Mortgage Corporation | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| CARR 2005-NC4 | New Century Mortgage Corporation | J.P. Morgan Securities Inc. | J.P. Morgan Securities Inc. |
| PCHLT 2005-2 | People's Choice Home Loan, Inc. | J.P. Morgan Securities Inc. | J.P. Morgan Securities Inc. |
| PCHLT 2005-4 | People's Choice Home Loan, Inc. | J.P. Morgan Securities Inc. | SACO I Inc.; J.P. Morgan Securities Inc. |
| SACO 2005-1 | OwnIT Mortgage Solutions, Inc. | J.P. Morgan Securities Inc. | SACO I Inc.; J.P. Morgan Securities Inc. |
| SACO 2005-2 | American Home Mortgage Corporation; SouthStar Funding, LLC | J.P. Morgan Securities Inc. | SACO I Inc.; J.P. Morgan Securities Inc. |

| Offering | Originator(s) in Bankruptcy | Underwriter | Removing Defendant(s) Named By Plaintiff |
|---|---|---|---|
| SACO 2005-3 | American Home Mortgage Corporation; IndyMac Bank, F.S.B. | J.P. Morgan Securities Inc. | SACO I Inc.; J.P. Morgan Securities Inc. |
| SACO 2005-4 | Aames Investment Corp.; American Home Mortgage Corporation | J.P. Morgan Securities Inc. | SACO I Inc.; J.P. Morgan Securities Inc. |
| SACO 2005-5 | SouthStar Funding, LLC | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| SACO 2005-7 | American Home Mortgage Corporation | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| SACO 2005-WM3 | Washington Mutual Bank, N.A. | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| SACO 2007-2 | SouthStar Funding, LLC | J.P. Morgan Securities Inc. | Bear Stearns Asset Backed Securities I LLC; J.P. Morgan Securities Inc. |
| SAMI 2005-AR6 | SouthStar Funding, LLC | J.P. Morgan Securities Inc. | Structured Asset Mortgage Investment II, Inc.; J.P. Morgan Securities Inc. |
| WAMU 2005-AR2 | Washington Mutual Bank, N.A. | Greenwich Capital | Washington Mutual Mortgage Securities Corp. |

12.    The primary originators for the mortgages backing the securities listed above included:  SouthStar Funding, LLC, Washington Mutual Bank, N.A., American Home Mortgage Corporation, Homebanc Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, OwnIT Mortgage Solutions, Inc., People's Choice Home Loan, Inc., New Century Mortgage Corporation, First NLC Financial Services LLC, Fieldstone Mortgage Company, Oak Street Mortgage LLC, Alliance Bancorp, Inc., Aames Investment Corp., Mortgage Lenders Network USA, Inc., Fremont General Corporation, IndyMac Bank, F.S.B., and Aegis Funding Corporation (collectively, the "Originators").   These Originators made representations to the Removing Defendants regarding the Originators' respective loan underwriting standards and the nature of mortgage loan collateral for each of the above securities.

13.    On May 1, 2009, Accredited Home Lenders Holding Co., the parent holding company of Aames Investment Corp. and Bear Stearns Residential Mortgage Corporation, filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Accredited Home Lenders Holding Co., et al.*, Case No. 09-11516.

14.    On September 26, 2008, Washington Mutual, Inc., the parent holding company of Washington Mutual Bank, N.A. filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Washington Mutual, Inc.*, Case No. 08-12229.

15.    On July 31, 2008, IndyMac Bancorp, the parent holding company of IndyMac Bank, F.S.B., filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, *In re IndyMac Bancorp, Inc.*, Case No. 08-21752.

A/73454181.5

8

16.     On January 18, 2008, First NLC Financial Services LLC filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, *In re First NLC Financial Services, LLC*, Case No. 08-10632.

17.     On August 9, 2007, Homebanc Mortgage Corporation filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Homebanc Mortgage Corporation*, Case No. 07-11079-KJC.

18.     On November 23, 2007, Fieldstone Mortgage Company filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, *In re Fieldstone Mortgage Company*, Case No. 07-21814.

19.     On August 13, 2007, Aegis Funding Corporation filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Aegis Funding Corporation*, Case No. 07-11122.

20.     On August 13, 2007, Aegis Lending Corporation filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Aegis Lending Corporation*, Case No. 07-11121.

21.     On August 9, 2007, the Homebanc Mortgage Corporation filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United

States Bankruptcy Court for the District of Delaware, *In re Homebanc Mortgage Corporation*, Case No. 07-11079.

22.     On August 6, 2007, the American Home Mortgage Corporation filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re American Home Mortgage Corporation*, Case No. 07-11051.

23.     On July 13, 2007, Alliance Bancorp, Inc. filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Alliance Bancorp, Inc.*, Case No. 07-10943.

24.     On June 8, 2007, Oak Street Mortgage LLC filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Indiana, *In re Oak Street Mortgage LLC*, Case No. 07-05279.

25.     On April 11, 2007, SouthStar Funding, LLC filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia, *In re SouthStar Funding LLC*, Case No. 07-65842.

26.     On April 2, 2007, New Century Financial Corporation, the parent holding company of New Century Mortgage Corporation, filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re New Century Mortgage Corporation*, Case No. 07-10419.

27.     On March 20, 2007, People's Choice Home Loan, Inc. filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United

States Bankruptcy Court for the Central District of California, *In re People's Choice Home Loan, Inc.*, Case No. 07-10765.

28.     On February 5, 2007, the Mortgage Lenders Network USA, Inc. filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Mortgage Lenders Network USA, Inc.*, Case No. 07-10146.

29.     On December 28, 2006, OwnIT Mortgage Solutions, Inc. filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, *In re OwnIT Mortgage Solutions, Inc.*, Case No 06-12579.

30.     On June 18, 2008, Fremont General Corp. filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California, *In re Fremont General Corp.*, Case No. 8:08-bk-13421-ES.

31.     Pursuant to agreements containing certain indemnification provisions for the benefit of the Removing Defendants, among others, and pursuant to statutory and common law, the Originators owe the Removing Defendants indemnification and/or contribution for any claims arising from actual or alleged material misstatements or omissions made by the Originators regarding the mortgage loans at issue.

32.     "[A] civil proceeding is related to a bankruptcy [where] the outcome of that proceeding could conceivably have any effect on the estate being administered in bankruptcy." *Garcia-Quintero v. Commonwealth of Puerto Rico*, No. Civ. 96-1770, 1997 WL

A/73454181.5

157744, at *2 (1st Cir. Mar. 11, 1997) (quoting *In re GSF Corp.*, 938 F.2d 1467, 1475 (1st Cir. 1991)). *See also In re Boston Regional Med. Ctr., Inc.*, 410 F.3d 100, 105 (1st Cir. 2005).

33.     This action is related to the bankruptcies listed in ¶¶ 13-30 above because the Originators owe indemnity and/or contribution obligations to the Removing Defendants. Such obligations could affect the property of the debtor, and thus gives rise to "related to" jurisdiction under 28 U.S.C. § 1334(b). This action therefore may be removed to this Court by the Removing Defendants pursuant to 28 U.S.C. § 1452(a). *Garcia-Quintero*, 1997 WL 157744, at *2; *New England Wood Pellet, LLC v. New England Pellet, LLC*, 419 B.R. 133, 142-44 (D.N.H. 2009); *Kropp v. Lawrence*, No. Civ. 05-51-B-W, 2005 WL 757607, at *1 (D. Me. Mar. 31, 2005).[2]

## OTHER PROCEDURAL REQUIREMENTS

34.     Promptly upon the filing of this Notice of Removal, a true copy of this Notice of Removal will be provided to all adverse parties pursuant to 28 U.S.C. § 1446(d). Pursuant to Fed. R. Civ. P. 5(d), the Removing Defendants will file with this Court a Certificate of Service of Notice to Adverse Parties of Removal to Federal Court.

35.     Concurrently with the filing of this Notice of Removal, the Removing Defendants are filing a Notification of Filing of Notice of Removal with the clerk of the Superior

---

[2] Upon information and belief, removal may also be proper under 28 U.S.C. § 1441 on the ground that this Court has original jurisdiction over this matter under 28 U.S.C. § 1332 on the basis of complete diversity of citizenship. It appears that the Clients may have assigned their claims to the Plaintiff and the Plaintiff may have improperly joined claims against certain parties for the purpose of destroying diversity jurisdiction. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. However, facts relevant to the existence of diversity jurisdiction are in the exclusive possession of the Plaintiff and the Clients. To the extent this alternative ground is necessary to removal, the Removing Defendants request that the Court direct the Plaintiff and the Clients to provide discovery concerning the assignment of claims from the Clients to the Plaintiff, together with information concerning the citizenship of the Clients, to determine the existence of diversity jurisdiction.

Court for the Commonwealth of Massachusetts, Suffolk County in accordance with 28 U.S.C. § 1446(d).

      36.    This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11.

      37.    Upon information and belief, all defendants who are known to have been served with the Summons and Complaint have indicated that they consent to the removal of this action to this Court, subject to and without waiving any defenses and rights available to them.

WHEREFORE, the Removing Defendants respectfully request that the State Court Action now pending in the Superior Court for the Commonwealth of Massachusetts, Civil Action No. 10-2741, be removed therefrom to this Court.

BINGHAM McCUTCHEN LLP

/s/ David W. Penn
Beth I.Z. Boland (BBO #553654)
David W. Penn (BBO #669344)
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
beth.boland@bingham.com
david.penn@bingham.com

Of Counsel:

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
399 Park Avenue
New York, New York 10022
Tel:  (212) 705-7000
Fax:  (212) 753-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com
brandyne.warren@bingham.com

*Attorneys for defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc. and Washington Mutual Mortgage Securities Corp.*

Dated: August 13, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for plaintiffs by first class mail and, pursuant to agreement, upon counsel of record for all defendants by electronic mail on August 13th, 2010.

/s/ David W. Penn
David W. Penn

%JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC. | MORGAN STANLEY & CO., INC., et al: |

**(b)** County of Residence of First Listed Plaintiff  Middlesex County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

T. Christopher Donnelly    Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor Boston, MA 02108 (617) 720-2880

Attorneys (If Known)

Beth I.Z. Boland, David W. Penn    Bingham McCutchen LLP
One Federal Street  Boston, MA 02110    (617) 951-8000

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government
        Plaintiff

☒ 3   Federal Question
        (U.S. Government Not a Party)

☐ 2   U.S. Government
        Defendant

☐ 4   Diversity
        (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☒ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V.  ORIGIN   (Place an "X" in One Box Only)

☐ 1  Original
        Proceeding

☒ 2  Removed from
        State Court

☐ 3  Remanded from
        Appellate Court

☐ 4  Reinstated or
        Reopened

☐ 5  Transferred from
        another district
        (specify)

☐ 6  Multidistrict
        Litigation

☐ 7  Appeal to District
        Judge from
        Magistrate
        Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. §§ 1334(b), 1367, 1441, 1446 and 1452(a)

Brief description of cause:
Alleged violations of Massachusetts Uniform Securities Act, MGL ch. 110A § 410

## VII.  REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☒ Yes  ☐ No

## VIII.  RELATED CASE(S)
IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
08/13/2010

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)_____

    Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
    rule 40.1(a)(1)).

    [ ]    I.      160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    [✓]    II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                   740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    [ ]    III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                   315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                   380, 385, 450, 891.

    [ ]    IV.     220, 422, 423, 430, 460, 462, 463, 465, 480, 490, 510, 530, 610,
                   620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    [ ]    V.      150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.
    N/A

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                              YES [ ]        NO [✓]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
    §2403)
                                                              YES [ ]        NO [✓]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                              YES [ ]        NO [✓]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                              YES [ ]        NO [✓]

7.  Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
                                                              YES [✓]        NO [ ]

    A.      If yes, in which division do all of the non-governmental parties reside?
            Eastern Division  [✓]        Central Division  [ ]        Western Division  [ ]

    B.      If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
            residing in Massachusetts reside?
            Eastern Division  [ ]        Central Division  [ ]        Western Division  [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
    submit a separate sheet identifying the motions)
                                                              YES [ ]        NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  David W. Penn

ADDRESS  Bingham McCutchen LLP   One Federal Street   Boston, MA 02110

TELEPHONE NO. (617) 951-8000

(CategoryForm-08.wpd  -2/8/08)