## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CAMBRIDGE PLACE
INVESTMENT MANAGEMENT,
INC.

                Plaintiff,

        v.

MORGAN STANLEY & CO., INC.,
ET AL.

           Defendant.

Civil Action No. 10-cv-11376

### AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS GOLDMAN, SACHS & CO. AND GS MORTGAGE SECURITIES CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp., by their undersigned counsel, certify as follows:

Goldman, Sachs & Co. and GS Mortgage Securities Corp. are directly or indirectly wholly-owned subsidiaries of The Goldman Sachs Group, Inc., which is a corporation organized under the laws of Delaware and whose shares are publicly traded on the New York Stock Exchange.  No publicly held company owns 10% or more of the common stock of The Goldman Sachs Group, Inc.

Dated: September 1, 2010

Respectfully submitted,

/s/ Joshua A. Munn
Joshua A. Munn
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109
Telephone: (617) 535-4000
Facsimile: (617) 535-3800
jmunn@mwe.com

*Counsel for Defendants Goldman, Sachs*
*& Co. and GS Mortgage Securities Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 1, 2010.

/s/ Joshua A. Munn
Joshua A. Munn