**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MORGAN STANLEY & CO., INC., et al.,<br><br>    Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Stacey B. Ardini of Goodwin Procter LLP as counsel for Defendants Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., and Asset Backed Securities Corporation in the above-captioned matter.

| | |
|---|---|
| Dated: September 10, 2010 | Respectfully submitted,<br><br>CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., AND ASSET BACKED SECURITIES CORPORATION<br><br>By its attorney,<br><br>/s/ Stacey B. Ardini<br>Stacey B. Ardini (BBO# 663161)<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, Massachusetts  02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231<br>sardini@goodwinprocter.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 10, 2010.

                                          /s/ Stacey B. Ardini
                                          Stacey B. Ardini (BBO# 663161)