UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.,<br><br>                    Plaintiff,<br>        v.<br><br>MORGAN STANLEY & CO., INC., *et al.*,<br><br>                    Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.5.2(c), please note the withdrawal of David W. Penn of Bingham McCutchen LLP as counsel for Defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., and Washington Mutual Mortgage Securities Corp. (collectively "Defendants"). Effective September 16, 2010, attorney Penn will no longer be affiliated with the law firm of Bingham McCutchen LLP. Defendants will continue to be represented by attorneys Beth I.Z. Boland, Kenneth I. Schacter, Theo J. Robins, and Brandyne S. Warren of Bingham McCutchen LLP.

No motions are pending before the Court, no trial date has been set, no hearings or conferences are scheduled, and no oral or written reports are due.

- 2 -

BINGHAM McCUTCHEN LLP

/s/ David W. Penn
Beth I.Z. Boland (BBO #553654)
David W. Penn (BBO #669344)
One Federal Street
Boston, MA 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
beth.boland@bingham.com
david.penn@bingham.com

Of Counsel:

Kenneth I. Schacter (admitted *pro hac vice*)
Theo J. Robins (admitted *pro hac vice*)
Brandyne S. Warren (admitted *pro hac vice*)
399 Park Avenue
New York, NY 10022
Tel:  (212) 705-7000
Fax:  (212) 753-5378
kenneth.schacter@bingham.com
theo.robins@bingham.com
brandyne.warren@bingham.com

*Attorneys for Defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc. and Washington Mutual Mortgage Securities Corp.*

Dated: September 13, 2010

**CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first-class mail, postage prepaid, on September 13, 2010.

/s/ David W. Penn
David W. Penn