UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Wm. Shaw McDermott as counsel of record on behalf of Defendant NovaStar Mortgage Funding Corporation in the above-captioned matter.

 

Respectfully submitted,

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO #330860)
shaw.mcdermott@klgates.com
K&L GATES LLP
State Street Financial Center
Once Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175

*Counsel for Defendant*
NovaStar Mortgage Funding Corporation

Dated:  September 16, 2010

BOS-1427360 v1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 16, 2010.

                                  /s/ Wm. Shaw McDermott
                                  Wm. Shaw McDermott