# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Phoebe S. Winder as counsel of record on behalf of Defendant NovaStar Mortgage Funding Corporation in the above-captioned matter.

          Respectfully submitted,

          /s/ Phoebe S. Winder
          Phoebe S. Winder (BBO #567103)
          phoebe.winder@klgates.com
          K&L GATES LLP
          State Street Financial Center
          Once Lincoln Street
          Boston, MA  02111
          Tel:  (617) 261-3100
          Fax: (617) 261-3175

Dated:  September 16, 2010          *Counsel for Defendant*
          NovaStar Mortgage Funding Corporation

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 16, 2010.

      /s/ Phoebe S. Winder
      Phoebe S. Winder