## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., <u>et al.</u>, <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert W. Sparkes, III as counsel of record on behalf of Defendant NovaStar Mortgage Funding Corporation in the above-captioned matter.

                    Respectfully submitted,

                    /s/ Robert W. Sparkes, III
                    Robert W. Sparkes, III (BBO #663626)
                    robert.sparkes@klgates.com
                    K&L GATES LLP
                    State Street Financial Center
                    Once Lincoln Street
                    Boston, MA  02111
                    Tel:  (617) 261-3100
                    Fax: (617) 261-3175

Dated:  September 16, 2010
                    *Counsel for Defendant*
                    NovaStar Mortgage Funding Corporation

BOS-1427352 v1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 16, 2010.

                                   /s/ Robert W. Sparkes, III
                                   Robert W. Sparkes, III