## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., <u>et al.</u>, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 10-cv-11376-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT NOVASTAR MORTGAGE FUNDING CORPORATION'S NOTICE OF CONSENT TO REMOVAL

Defendant NovaStar Mortgage Funding Corporation ("NovaStar") hereby consents to the removal of the action styled <u>Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc. et al.</u>, Civil Action No. 10-2741, from the Superior Court for Suffolk County, Massachusetts ("State Court Action"), in which court the matter was originally filed, to the United States District Court for the District of Massachusetts in accordance with the Notice of Removal filed by Defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., and Washington Mutual Securities Corp.

The consent to the removal of the State Court Action to this Court is with the reservation of any and all of NovaStar's rights and defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, insufficiency of service of process, improper venue, and failure to state a claim.

Respectfully submitted,

NOVASTAR MORTGAGE FUNDING
CORPORATION,

By its attorneys,

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO #330860)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com


William F. Alderman (*Pro Hac Vice Pending*)
ORRICK, HERRINGTON &
SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5944
Fax: (415) 773-5759
September 16, 2010      walderman@orrick.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first-class mail, postage prepaid, on September 16, 2010.

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott