**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 10-cv-11376-NMG |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT NOVASTAR MORTGAGE FUNDING CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant NovaStar Mortgage Funding Corporation hereby certifies that it is a wholly owned subsidiary of NovaStar Financial, Inc.  NovaStar Financial, Inc. is a publicly traded corporation.

No publicly held corporation owns 10% or more of the stock of NovaStar Financial, Inc.

BOS-1427374 v1

Respectfully submitted,

NOVASTAR MORTGAGE FUNDING CORPORATION,

By its attorneys,

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO #330860)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

William F. Alderman (*Pro Hac Vice Pending*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5944
Fax: (415) 773-5759

September 16, 2010            walderman@orrick.com

- 3 -

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first-class mail, postage prepaid, on September 16, 2010.

                              /s/ Wm. Shaw McDermott
                              Wm. Shaw McDermott