UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil No.
**10cv11376-NMG**

**CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.**

v.

**MORGAN STANLEY & CO., INC. et. al.**

RECUSAL ORDER

September 16, 2010

SOROKIN, M.J.

    Pursuant to 28 U.S.C. § 455(b)(4), I hereby recuse myself from this case and direct that the Clerk assign another Magistrate-Judge to this case.

                                      /s/ Leo T. Sorokin
                                      LEO T. SOROKIN
                                      United States Magistrate Judge