UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MORGAN STANLEY & CO., INC., *et al*.<br><br>　　　　　　　Defendants. | Civil Action No. 10-cv-11376 |

## NOTICE OF APPEARANCE OF NIKKI JEAN FISHER

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Nikki Jean Fisher of the law firm of Bingham McCutchen LLP, One Federal Street, Boston, MA, as counsel for Defendants J.P. Morgan Securities Inc., J.P. Morgan Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc. and Structured Asset Mortgage Investments II Inc.  This notice is not intended to affect the appearances of any other attorneys, including those of other attorneys from the law firm of Bingham McCutchen LLP already on record as counsel in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Nikki Jean Fisher
　　　　　　　　　　　　　　　　　　Nikki Jean Fisher, BBO # 660268
　　　　　　　　　　　　　　　　　　BINGHAM MCCUTCHEN LLP
　　　　　　　　　　　　　　　　　　One Federal Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 951-8000
　　　　　　　　　　　　　　　　　　(617) 951-8736 (fax)
　　　　　　　　　　　　　　　　　　nikki.fisher@bingham.com

Dated:  September 22, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for plaintiffs by first class mail and, pursuant to agreement, upon counsel of record for all defendants by electronic mail, on September 22, 2010.

       /s/  Nikki Jean Fisher
       Nikki Jean Fisher

A/73508886.1/3004000-0000351289