UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND

Defendants ACE Securities Corp., Asset Backed Securities Corporation, Barclays Capital Inc., BCAP LLC, Bear Stearns Asset Backed Securities I LLC, Citigroup Global Markets, Inc., Citigroup Mortgage Loan Trust Inc., CWABS, Inc., CWALT, Inc., Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., FBR Capital Markets & Co., FBR Securitization, Inc., Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan Stanley & Co. Inc., Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Mortgage Asset Securitization Transactions, Inc., SACO I Inc., Saxon Asset Securities Company, Securitized Asset Backed Receivables LLC, Structured Assert Mortgage Investments II Inc., UBS Securities LLC, J.P. Morgan Securities, Inc., J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., RBS Securities, Inc., Financial Asset Securities Corp., HSBC Securities (USA) Inc., HSI Asset Securitization Corporation, Fremont Mortgage Securities Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Countrywide Securities Corporation, Banc of America Securities LLC, Banc of America Mortgage Securities, Inc.,

Residential Funding Securities, LLC d/b/a GMAC RFC Securities, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Asset Backed Funding Corporation, Nationstar Funding LLC, Stanwich Asset Acceptance Company L.L.C., Ameriquest Mortgage Securities, Inc., Argent Securities Inc., NovaStar Mortgage Funding Corp., Park Place Securities, Inc., Popular ABS, Inc., Residential Accredit Loans, Inc., and Residential Asset Mortgage Products, Inc., which are the defendants that have appeared by counsel in this action (collectively, "Defendants"), hereby move for additional time in which to respond to Plaintiff Cambridge Place Investment Management Inc.'s ("CPIM") motion to remand the above-captioned action to State Court. CPIM, through counsel, assents to Defendants' motion for additional time to respond to the motion to remand.

As grounds therefor, the parties state:

1. On July 9, 2010, Plaintiff filed a complaint (the "Complaint") in the Superior Court of the Commonwealth of Massachusetts (the "State Court") entitled "*Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.,*" Civil Action No. 10-2741 (the "State Court Action"). Defendants were served with the Complaint on or after July 15, 2010.

2. On August 13, 2010, Defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc. and Washington Mutual Mortgage Securities Corp. filed a Notice of Removal with the Clerk for the United States District Court for the District of Massachusetts (Dkt. # 1) and, pursuant to 28 U.S.C. § 1446(d), promptly gave written notice thereof to all

adverse parties and filed a copy of the Notice of Removal with the clerk of the State Court.

3. On August 13, 2010 and thereafter, numerous other defendants filed Joinders in the Notice of Removal and Notices of Consent to Removal, while reserving all rights and defenses.

4. On September 13, 2010, CPIM filed a motion to remand this action to State Court.

5. The Defendants' opposition to CPIM's motion to remand is currently due on September 27, 2010.

6. Defendants request additional time to address adequately the motion to remand given the complex nature of the litigation and the numerous parties involved. Further, the Defendants require additional time to coordinate joint briefing because they will submit a single, joint memorandum of law on common issues. Individual Defendants reserve the right to submit a limited supplemental memorandum to the extent necessary to address issues unique to such defendant.

7. The parties have agreed, subject to the Court's approval, that the Defendants' response to CPIM's motion to remand shall be due on October 22, 2010. The parties have further agreed, subject to the Court's approval, that CPIM should be allowed to file a reply brief in further support of its motion to remand, and that this reply brief will be due on November 19, 2010.

8. The entry into this agreement and submission of this motion shall not waive, and the parties expressly preserve, all rights, claims and defenses relating to the Complaint and the subject matter of this action, including, without limitation, all defenses relating to jurisdiction, venue and arbitrability.

**WHEREFORE**, the parties respectfully request that this Court:

1. Grant the instant motion to extend the time within which the Defendants must respond to CPIM's motion to remand until October 22, 2010;

2. Grant CPIM leave to file a reply brief to be due on November 19, 2010; and

3. Grant such further relief as may be just and proper.


Respectfully submitted,

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.,<br>By its attorneys, | J.P. MORGAN SECURITIES, INC., J.P. MORGAN ACCEPTANCE CORPORATION I, BEAR STEARNS ASSET BACKED SECURITIES I LL, LONG BEACH SECURITIES CORP., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., SACO I INC., AND STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.,<br>By their attorneys, |
|  /s/ T. Christopher Donnelly_____<br>T. Christopher Donnelly (BBO #129930)<br>Michael S. D'Orsi (BBO #566960)<br>DONNELLY, CONROY<br>& GELHAAR, LLP<br>One Beacon Street, 33rd Floor<br>Boston, MA  60654<br>Tel: (617) 720-2880<br>Fax: (617) 720-3554 |   /s/ Nikki Jean Fisher_____<br>Beth I.Z. Boland (BBO #553654)<br>Nikki Jean Fisher (BBO #660268)<br>BINGHAM MCCUTCHEN LLP<br>One Federal Street<br>Boston, Massachusetts 02110<br>Tel: (617) 951-8000<br>Fax: (617) 951-8736 |
| Gerald H. Silk<br>David L. Wales<br>Jai K. Chandrasekhar<br>Lauren A. McMillen<br>BERNSTEIN, LITOWITZ BERGER<br>& GROSSMANN LLP<br>1285 Avenue of the Americas, 38th Floor<br>New York, NY  10019<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444 | CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., AND ASSET BACKED SECURITIES CORPORATION,<br>By their attorneys, |
| David R. Stickney<br>Timothy A. Delange<br>Takeo Kellar<br>Matthew Jubenville<br>BERNSTEIN, LITOWITZ BERGER<br>& GROSSMANN LLP<br>12481 High Bluff Drive, Suite 300 |  /s/ Stephen D. Poss _____<br>Stephen D. Poss (BBO #551760)<br>GOODWIN PROCTER  LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |

San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

Tel: (617) 570-1000
Fax: (617) 523-1231

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

DEUTSCHE BANK SECURITIES, INC. AND
ACE SECURITIES CORP.,
By their attorneys,


 /s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763

Richard D. Owens
Jamie L. Wine
John M. Falzone
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4834
Tel: (212) 906-1396
Fax: (212) 751-4864

MORGAN STANLEY & CO. INC., MORGAN
STANLEY ABS CAPITAL I INC., MORGAN
STANLEY CAPITAL I INC. AND SAXON ASSET
SECURITIES COMPANY,
By their attorneys,

 /s/ Brandon L. Bigelow
Frances S. Cohen (BBO #482511)
Brandon L. Bigelow (BBO #651143)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02109
Tel: (617) 951-8000
Fax: (617) 951-8736

James P. Rouhandeh
William J. Fenrich
Daniel J. Schwartz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

FBR CAPITAL MARKETS & CO.,
By its attorneys,

 /s/ William T. Hogan
William T. Hogan III (BBO #237710)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Boston Place, 40th Floor
Boston, MA 02108
Tel: (617) 573-4700
Fax: (617) 573-4741

Margaret A. Keeley
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

FBR SECURITIZATION, INC.
By its attorneys,

 /s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868

BARCLAYS CAPITAL INC., BCAP LLC AND SECURITIZED ASSET BACKED RECEIVABLES LLC,
By their attorneys,

 /s/ Joseph P. Davis III
Joseph P. Davis III (BBO #551111)

- 6 -

Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5155
Fax: (212) 506-5151

GOLDMAN, SACHS & CO. AND GS
MORTGAGE SECURITIES CORP.,
By their attorneys,

 _/s/ Edward P. Leibensperger_____
Edward P. Leibensperger (BBO #292620)
Joshua A. Munn (BBO #668234)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4046
Fax: (617) 535-3800

Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
Jessica P. Stokes
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
trivedih@sullcrom.com
dunnec@sullcrom.com
stokesj@sullcrom.com

UBS SECURITIES LLC AND MORTGAGE
ASSET SECURITIZATION TRANSACTIONS,
INC.,
By their attorneys,

    _/s/ Kathy B. Weinman_____
Kathy B. Weinman (BBO # 541993)
Jennifer M. Ryan (BBO # 661498)
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA  02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Barry G. Sher
James R. Bliss
Anthony Antonelli
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090

CITIGROUP GLOBAL MARKETS, INC. AND CITIGROUP MORTGAGE LOAN TRUST INC.,
By their attorneys,

    _/s/ Franklin H. Levy_____
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210
Tel: (857) 488-4264
Fax: (857) 488 4201

Susanna M. Buergel
Brad S. Karp
Charles Davidow
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York  10019-6064
Tel:  (212) 373-3553
Fax:  (212) 492-0553
sbuergel@paulweiss.com
bkarp@paulweiss.com
cdavidow@paulweiss.com

BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA MORTGAGE SECURITIES, INC.,

MERRILL LYNCH, PIERCE, FENNER & SMITH INC., MERRILL LYNCH MORTGAGE INVESTORS, INC., ASSET BACKED FUNDING CORPORATION, RBS SECURITIES, INC. AND FINANCIAL ASSET SECURITIES CORP.,
By their attorneys,

 /s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
WILMERHALE
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

HSBC SECURITIES (USA) INC. and HSI ASSET SECURITIZATION CORPORATION,
By their attorneys,

 /s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts 02109
Tel: (617) 523-6655
Fax: (617) 248-9877

Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

FREMONT MORTGAGE SECURITIES CORP.,
By its attorneys,

 /s/ Peter Simhauser
James R. Carroll (BBO #554426)
Peter Simshauser (BBO #665153)
Christian R. Jenner (BBO #669255)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

- 9 -


One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822

COUNTRYWIDE SECURITIES CORPORATION,
CWABS, INC., AND CWALT, INC.,
By their attorneys,

 /s/ John O. Farley
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

NATIONSTAR FUNDING LLC AND STANWICH
ASSEST ACCEPTANCE COMPANY LLC,
By their attorneys,

 /s/ Phillip A. O'Connell, Jr.
Phillip A. O'Connell, Jr. (BBO #649343)
SONNENSCHEIN, NATH & ROSENTHAL LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899

Justin N. Kattan
Reid L. Ashinoff
Jonathan D. Forstot
SONNENSCHEIN, NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY  10020-1089
Tel:  (212) 768-6700
Fax:  (212) 768-6800

RESIDENTIAL FUNDING SECURITIES LLC
D/B/A GMAC RFC SECURITIES,
RESIDENTIAL ACCREDITED LOANS, INC.,
RESIDENTIAL ASSET MORTGAGE PRODUCTS
AND RESIDENTIAL ASSET SECURITIES
CORPORATION,
By their attorneys,

  /s/ John A. Houlihan

Matthew A. Martell (BBO #641064)
John A. Houlihan (BBO #542038)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199
Tel: (617) 239-0115
Fax: (866) 955-8979

AMERIQUEST MORTGAGE SECURITIES INC.,
ARGENT SECURITIES, INC. AND PARK PLACE
SECURITIES, INC.
By their attorneys,

 /s/ Nancy L. Perlman
Edward V. Colbert III (BBO #566187)
Nancy L. Perlman (BBO # 656156)
Erin E. Howard (BBO #666955)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2800
Fax: (617) 951-2819
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

Bernard E. Lesage
Karen L. Stevenson
Shannon Keast
BUCHALTER NEMER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Tel: (213) 891-0700
Fax: (213) 896-0400
blesage@buchalter.com
kstevenson@buchalter.com
skeast@buchalter.com

POPULAR ABS, INC.
By its attorneys,

 /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
Benjamin S. Kafka (BBO #640993)
O'CONNER, CARNATHAN AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803

Tel: (781) 359-9000
Fax: (781) 359-9001
bkafka@ocmlaw.net
scarnathan@ocmlaw.net

John J. Murphy III
Thomas W. Dymek
STRADLEY RONON STEVENS & YOUNG LLP
2600 One Commerce Square
Philadelphia, PA 19103
Tele: (215) 564-8000
Fax: (215-564-8120)
jmurphy@stradley.com
tdymek@stradley.com

NOVASTAR MORTGAGE FUNDING CORP.
By its attorneys,

  /s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO #330860)
Robert W. Sparkes, III (BBO #663626)
Phoebe S. Winder (BBO #567103)
K&L GATES LLP
State Street Financial Center
Once Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
robert.sparkes@klgates.com
phoebe.winder@klgates.com

William F. Alderman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5944
Fax: (415) 773-5759
walderman@orrick.com

- 1 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, on September __, 2010.


                                                   /s/  Nikki Jean Fisher
                                                   Nikki Jean Fisher

A/73504920.1