UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of R. Bruce Allensworth as counsel of record on behalf of Defendant Aegis Asset Backed Securities Corporation in the above-captioned matter.

                              Respectfully submitted,

                              /s/ R. Bruce Allensworth
                              R. Bruce Allensworth (BBO# 015820)
                              bruce.allensworth@klgates.com
                              K&L GATES LLP
                              State Street Financial Center
                              Once Lincoln Street
                              Boston, MA  02111
                              Tel:  (617) 261-3100
                              Fax: (617) 261-3175

Dated: October 6, 2010               *Counsel for Defendant*
                                                          Aegis Asset Backed Securities Corporation

BOS-1432854 v1

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 6, 2010.

                                            /s/ R. Bruce Allensworth  
                                            R. Bruce Allensworth