**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., <u>et al.</u>, <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Phoebe S. Winder as counsel of record on behalf of Defendant Aegis Asset Backed Securities Corporation in the above-captioned matter.

                Respectfully submitted,

                /s/ Phoebe S. Winder
                Phoebe S. Winder (BBO #567103)
                phoebe.winder@klgates.com
                K&L GATES LLP
                State Street Financial Center
                Once Lincoln Street
                Boston, MA  02111
                Tel:  (617) 261-3100
                Fax: (617) 261-3175

                *Counsel for Defendant*
Dated:  October 6, 2010        Aegis Asset Backed Securities Corporation

BOS-1432856 v1

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 6, 2010.

                                       /s/ Phoebe S. Winder
                                       Phoebe S. Winder