**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., <u>et al.</u>, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 10-cv-11376-NMG |

**NOTICE OF APPEARANCE**

Please enter the appearance of Robert W. Sparkes, III as counsel of record on behalf of Defendant Aegis Asset Backed Securities Corporation in the above-captioned matter.

          Respectfully submitted,

          /s/ Robert W. Sparkes, III
          Robert W. Sparkes, III (BBO #663626)
          robert.sparkes@klgates.com
          K&L GATES LLP
          State Street Financial Center
          Once Lincoln Street
          Boston, MA  02111
          Tel:  (617) 261-3100
          Fax: (617) 261-3175

Dated:  October 6, 2010

*Counsel for Defendant*
Aegis Asset Backed Securities Corporation

BOS-1432855 v1

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 6, 2010.

                                              /s/ Robert W. Sparkes, III
                                              Robert W. Sparkes, III