# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## DEFENDANT AEGIS ASSET BACKED SECURITIES CORPORATION
## NOTICE OF CONSENT TO REMOVAL

Defendant Aegis Asset Backed Securities Corporation ("Aegis") hereby consents to the removal of the action styled Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc. et al., Civil Action No. 10-2741, from the Superior Court for Suffolk County, Massachusetts ("State Court Action"), in which court the matter was originally filed, to the United States District Court for the District of Massachusetts in accordance with the Notice of Removal filed by Defendants J.P. Morgan Securities Inc., Bear Stearns Asset Backed Securities I LLC, J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., and Washington Mutual Securities Corp.

The consent to the removal of the State Court Action to this Court is with the reservation of any and all of Aegis' rights and defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, insufficiency of service of process, improper venue, and failure to state a claim.

- 2 -

                    Respectfully submitted,

                    AEGIS ASSET BACKED SECURITIES
                    CORPORATION,

                    By its attorneys,

                    /s/ R. Bruce Allensworth
                    R. Bruce Allensworth (BBO #015820)
                    Phoebe S. Winder (BBO #567103)
                    Robert W. Sparkes, III (BBO #663626)
                    K&L GATES LLP
                    State Street Financial Center
                    One Lincoln Street
                    Boston, MA  02111
                    Tel:  (617) 261-3100
                    Fax: (617) 261-3175
                    bruce.allensworth@klgates.com
                    phoebe.winder@klgates.com
October 6, 2010          robert.sparkes@klgates.com

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first-class mail, postage prepaid, on October 6, 2010.

                                                   /s/ R. Bruce Allensworth
                                                   R. Bruce Allensworth