**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br>  Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 10-cv-11376-NMG |

**CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT AEGIS ASSET BACKED SECURITIES CORPORATION</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant Aegis Asset Backed Securities Corporation hereby certifies that it is a wholly-owned subsidiary of Aegis Mortgage Corporation.  Aegis Mortgage Corporation is not a publicly traded corporation, and no publicly held corporation owns 10% or more of the stock of Aegis Mortgage Corporation or Aegis Asset Backed Securities Corporation.

BOS-1432858 v1

Respectfully submitted,

AEGIS ASSET BACKED SECURITIES CORPORATION,

By its attorneys,

/s/ R. Bruce Allensworth
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

October 6, 2010

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first-class mail, postage prepaid, on October 6, 2010.

                                                   /s/ R. Bruce Allensworth
                                                   R. Bruce Allensworth