UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES, INC.; DEUTSCHE BANK SECURITIES, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; UBS SECURITIES LLC; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES INC.; COUNTRYWIDE SECURITIES CORPORATION; FBR CAPITAL MARKETS & CO., HSBC SECURITIES (USA), INC.; BANC OF AMERICA SECURITIES LLC; RESIDENTIAL FUNDING SECURITIES, LLC; BARCLAYS CAPITAL INC.; ACCREDITED MORTGAGE LOAN REIT TRUST; ACE SECURITIES CORPORATION; AEGIS ASSET BACKED SECURITIES CORPORATION; AMERICAN HOME MORTGAGE ASSETS LLC.; AMERIQUEST MORTGAGE SECURITIES INC.; ARGENT SECURITIES INC.; ASSET BACKED FUNDING CORPORATION; ASSET BACKED SECURITIES CORPORATION; BANC OF AMERICA MORTGAGE SECURITIES, INC.; BCAP LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CITIGROUP MORTGAGE LOAN TRUST INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CWABS, INC.; CWALT, INC.; FBR SECURITIZATION, INC.; FIELDSTONE MORTGAGE INVESTMENT CORPORATION; FINANCIAL ASSET SECURITIES CORP.; FREMONT MORTGAGE SECURITIES CORPORATION; GS MORTGAGE | **ORAL ARGUMENT REQUESTED** <br><br><br> Civil Action No. 1:10-CV-11376-NMG <br><br><br><br> **DEFENDANTS' JOINT MOTION PURSUANT TO FED. R. CIV. P. 26(b)(1) AND 6(b) FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND TO EXTEND BRIEFING ON PLAINTIFF'S MOTION TO REMAND** <br><br><br><br><br><br> [CAPTION CONTINUED ON NEXT PAGE] |

| |
|---|
| SECURITIES CORP.; HSI ASSET SECURITIZATION CORPORATION; J.P. MORGAN ACCEPTANCE CORPORATION I; LONG BEACH SECURITIES CORP.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MORGAN STANLEY ABS CAPITAL I INC.; MORGAN STANLEY CAPITAL I INC.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; NATIONSTAR FUNDING LLC; NEW CENTURY MORTGAGE SECURITIES LLC; NEW CENTURY MORTGAGE SECURITIES, INC.; NOVASTAR MORTGAGE FUNDING CORPORATION; PARK PLACE SECURITIES, INC.; PEOPLE'S CHOICE HOME LOAN SECURITIES CORP.; POPULAR ABS, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; SACO I INC.; SAXON ASSET SECURITIES COMPANY; SECURITIZED ASSET BACKED RECEIVABLES LLC; STANWICH ASSET ACCEPTANCE COMPANY, L.L.C.; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.<br><br>        Defendants. |

Pursuant to Rules 26 and 6 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Barclays Capital Inc., BCAP LLC, Securitized Asset Backed Receivables LLC, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation, Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan Stanley & Co. Incorporated, Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon

Asset Securities Company, Citigroup Global Markets Inc., Citigroup Mortgage Loan Trust Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Asset Backed Funding Corporation, RBS Securities, Inc., Financial Asset Securities Corp., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., J.P. Morgan Securities, Inc., J.P. Morgan Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., Residential Funding Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, HSBC Securities (USA), Inc., HSI Asset Securitization Corporation, FBR Securitization, Inc., FBR Capital Markets & Co., Ameriquest Mortgage Securities, Inc., Argent Securities, Inc., Park Place Securities, Inc., Novastar Mortgage Funding Corporation, Aegis Asset Backed Securities Corporation, Nationstar Funding LLC, Stanwich Asset Acceptance Company LLC, Deutsche Bank Securities, Inc. and Ace Securities Corp. hereby jointly move (1) for leave from the Court to take Plaintiff's Deposition by Oral Examination and to serve on Plaintiff a Request for the Production of Documents; and (2) for an extension of the briefing schedule with respect to Plaintiff's Motion to Remand. In further support of this motion, the Defendants submit contemporaneously herewith their Memorandum of Law in Support of Their Joint Motion for Leave to Take Jurisdictional Discovery and to Extend Briefing on Plaintiff's Motion to Remand. In addition, Defendants also submit contemporaneously herewith the Affidavit of Matthew L. Craner in Support of Defendants' Joint Motion for Leave to Take Jurisdictional Discovery and to Extend Briefing on Plaintiff's Motion to Remand.

WHEREFORE, the Defendants respectfully request that this Court enter an order (1) permitting Defendants to take Plaintiff's Deposition by Oral Examination and to serve on Plaintiff a Request for the Production of Documents; (2) extending Defendants' time to respond to Plaintiff's Motion to Remand until no later than 10 days after completion of Plaintiff's 30(b)(6) deposition; and (3) granting such further relief as this Court deems appropriate.

## REQUEST FOR ORAL ARGUMENT

The Defendants believe that oral argument may assist this Court in deciding the issues raised in this motion and, as a result, pursuant to Local Rule 7.1(d), respectfully request a hearing on this motion.

Dated: October 18, 2010

Respectfully submitted,

BARCLAYS CAPITAL INC., BCAP LLC AND SECURITIZED ASSET BACKED RECEIVABLES LLC,

By their attorneys,

/s/ Joseph P. Davis III
Joseph P. Davis III (BBO #551111)
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
davisjo@gtlaw.com
greenbergg@gtlaw.com

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., AND ASSET BACKED SECURITIES CORPORATION,

By their attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700


GOLDMAN, SACHS & CO. AND GS MORTGAGE SECURITIES CORP.,

By their attorneys,
/s/ Richard H. Klapper
Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Admitted via *pro hac vice*

MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY ABS CAPITAL I INC.,
MORGAN STANLEY CAPITAL I INC., AND SAXON
ASSET SECURITIES COMPANY,

By its attorneys,

/s/ Brandon L. Bigelow
James P. Rouhandeh (*pro hac vice*)
William J. Fenrich (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
rouhandeh@davispolk.com
william.fenrich@davispolk.com
daniel.schwartz@davispolk.com

Frances S. Cohen, BBO #542811
Brandon L. Bigelow, BBO #651143
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
frances.cohen@bingham.com
brandon.bigelow@bingham.com

CITIGROUP GLOBAL MARKETS INC. AND
CITIGROUP MORTGAGE LOAN TRUST INC.,

By their attorneys,

/s/ Susanna M. Buergel
Brad S. Karp (admitted *pro hac vice*)
Charles E. Davidow (admitted *pro hac vice*)
Susanna M. Buergel (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0553
sbuergel@paulweiss.com

Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
fhlevy@duanemorris.com
kyfergus@duanemorris.com

6

UBS SECURITIES LLC AND MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.,

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO # 541993)
Jennifer M. Ryan (BBO # 661498)
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Barry G. Sher (*admitted pro hac vice*)
James R. Bliss (*admitted pro hac vice*)
Anthony Antonelli (*admitted pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022-3205
Tel: (212) 318-6000
Fax: (212) 319-4090

BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA MORTGAGE SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., MERRILL LYNCH MORTGAGE INVESTORS, INC., ASSET BACKED FUNDING CORPORATION, RBS SECURITIES, INC. AND FINANCIAL ASSET SECURITIES CORP.,

By their attorneys,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Christopher B. Zimmerman (BBO #653854)
Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
Kathertine B. Dirks (BBO #673674)
WILMERHALE
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000


COUNTRYWIDE SECURITIES CORPORATION, CWABS, INC. AND CWALT, INC.,

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

8

J.P. MORGAN SECURITIES, INC., J.P. MORGAN ACCEPTANCE CORPORATION I, BEAR STEARNS ASSET BACKED SECURITIES I LLC, LONG BEACH SECURITIES CORP., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., SACO I INC., AND STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.,

By their attorneys,

/s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

9

RESIDENTIAL FUNDING SECURITIES LLC D/B/A GMAC RFC SECURITIES, RESIDENTIAL ACCREDIT LOANS, INC., RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC. AND RESIDENTIAL ASSET SECURITIES CORPORATION,

By their attorneys,

/s/ Matthew A. Martell
Matthew A. Martell (BBO #641064)
John A. Houlihan (BBO #542038)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel: (617) 239-0100
Fax: (617) 227-4420


HSBC SECURITIES (USA), INC. AND HSI ASSET SECURITIZATION CORPORATION,

By their attorneys,

/s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel:  (617) 523-6655
Fax:  (617) 248-9877
JRyan@lwelaw.com

Richard A. Spehr (*pro hac vice*)
Michael O. Ware (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel:  (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

FBR CAPITAL MARKETS & CO.,

By its attorneys,

/s/ William T. Hogan III
William T. Hogan III (BBO #237710)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Boston Place, 40th Floor
Boston, MA 02108
Tel: (617) 573-4700
Fax: (617) 573-4741

Margaret A. Keeley
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029


FBR SECURITIZATION, INC.,

By its attorneys,

/s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868

Edward J. Fuhr
Eric H. Feiler
Matthew P. Bosher
Trevor S. Cox
Hunton & Williams LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
Tel: (804) 788-8200
Fax: (804) 788-8218

AMERIQUEST MORTGAGE, SECURITIES, INC., ARGENT SECURITIES, INC. AND PARK PLACE SECURITIES, INC.,

By their attorneys,

/s/ Edward V. Colbert III
Edward V. Colbert III, BBO#566187
Nancy L. Perlman, BBO#656156
Erin E. Howard, BBO#666955
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
617-951-2800
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

Bernard E. LeSage, admitted *pro hac vice*
Karen L. Stevenson, admitted *pro hac vice*
Shannon Keast, admitted *pro hac vice*
BUCHALTER NEMER, P.L.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90014
213-891-0700
blesage@buchalter.com
kstevenson@buchalter.com
skeast@buchalter.com

NOVASTAR MORTGAGE FUNDING CORPORATION,

By its attorneys,

/s/ William F. Alderman
William F. Alderman (Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5944
Fax: (415) 773-5759
walderman@orrick.com

Wm. Shaw McDermott (BBO #330860)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

AEGIS ASSET BACKED SECURITIES
CORPORATION,

By its attorneys,

/s/ R. Bruce Allensworth
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com


NATIONSTAR FUNDING LLC AND STANWICH
ASSET ACCEPTANCE COMPANY, LLC,

By its attorneys,

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street
Suite 2750
Boston, MA  021109
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Reid L. Ashinoff
(reid.ashinoff@snrdenton.com)
Jonathan D. Forstot
(jonathan.forstot@snrdenton.com)
Justin N. Kattan (justin.kattan@snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800

DEUTSCHE BANK SECURITIES, INC. AND ACE SECURITIES CORP.,

By their attorneys,

/s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763
Ethan.Brown@lw.com

Jamie L. Wine (admitted *pro hac vice*)
John M. Falzone (admitted *pro hac vice*)
Jason C. Hegt (admitted *pro hac vice*)
LATHAM & WATKINS LLP
855 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Gary Greenberg, hereby certify that on October 18, 2010, I contacted Plaintiff's counsel by telephone and attempted in good faith to resolve the issues regarding Defendants' Joint Motion for Leave to Take Jurisdictional Discovery and to Extend Briefing on Plaintiff's Motion to Remand.

*/s/ Gary R. Greenberg*
Gary R. Greenberg

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on October 18, 2010.

*/s/ Gary R. Greenberg*
Gary R. Greenberg