# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CAMBRIDGE PLACE INVESTMENT
MANAGEMENT INC.,

        Plaintiff,

    v.

MORGAN STANLEY & CO., INC.;
CITIGROUP GLOBAL MARKETS INC.;
CREDIT SUISSE SECURITIES (USA) LLC;
RBS SECURITIES, INC.; DEUTSCHE BANK
SECURITIES, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.; UBS
SECURITIES LLC; GOLDMAN, SACHS &
CO.; J.P. MORGAN SECURITIES INC.;
COUNTRYWIDE SECURITIES
CORPORATION; FBR CAPITAL MARKETS
& CO., HSBC SECURITIES (USA), INC.;
BANC OF AMERICA SECURITIES LLC;
RESIDENTIAL FUNDING SECURITIES,
LLC; BARCLAYS CAPITAL INC.;
ACCREDITED MORTGAGE LOAN REIT
TRUST; ACE SECURITIES CORPORATION;
AEGIS ASSET BACKED SECURITIES
CORPORATION; AMERICAN HOME
MORTGAGE ASSETS LLC.; AMERIQUEST
MORTGAGE SECURITIES INC.; ARGENT
SECURITIES INC.; ASSET BACKED
FUNDING CORPORATION; ASSET BACKED
SECURITIES CORPORATION; BANC OF
AMERICA MORTGAGE SECURITIES, INC.;
BCAP LLC; BEAR STEARNS ASSET
BACKED SECURITIES I LLC; CITIGROUP
MORTGAGE LOAN TRUST INC.; CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CWABS, INC.; CWALT,
INC.; FBR SECURITIZATION, INC.;
FIELDSTONE MORTGAGE INVESTMENT
CORPORATION; FINANCIAL ASSET
SECURITIES CORP.; FREMONT
MORTGAGE SECURITIES CORPORATION;
GS MORTGAGE SECURITIES CORP.; HSI
ASSET SECURITIZATION CORPORATION;

**Civil Action No. 1:10-cv-11376-NMG**

**<u>DEFENDANTS' PROPOSED REQUEST
FOR PRODUCTION OF DOCUMENTS</u>**

J.P. MORGAN ACCEPTANCE
CORPORATION I; LONG BEACH
SECURITIES CORP.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.; MORGAN
STANLEY ABS CAPITAL I INC.; MORGAN
STANLEY CAPITAL I INC.; MORTGAGE
ASSET SECURITIZATION TRANSACTIONS,
INC.; NATIONSTAR FUNDING LLC; NEW
CENTURY MORTGAGE SECURITIES LLC;
NEW CENTURY MORTGAGE SECURITIES,
INC.; NOVASTAR MORTGAGE FUNDING
CORPORATION; PARK PLACE
SECURITIES, INC.; PEOPLE'S CHOICE
HOME LOAN SECURITIES CORP.;
POPULAR ABS, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL
ASSET MORTGAGE PRODUCTS, INC.;
RESIDENTIAL ASSET SECURITIES
CORPORATION; SACO I INC.; SAXON
ASSET SECURITIES COMPANY;
SECURITIZED ASSET BACKED
RECEIVABLES LLC; STANWICH ASSET
ACCEPTANCE COMPANY, L.L.C.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.; and WASHINGTON
MUTUAL MORTGAGE SECURITIES CORP.

Defendants.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and Rule 34.1 of the Local

Rules of the United States District Court for the District of Massachusetts, Defendants Barclays

Capital Inc., BCAP LLC, Securitized Asset Backed Receivables LLC, Credit Suisse Securities

(USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities

Corporation, Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan Stanley & Co.

Incorporated, Morgan Stanley ABS Capital I Inc.,  Morgan Stanley Capital I Inc., Saxon Asset

Securities Company, Citigroup Global Markets Inc., Citigroup Mortgage Loan Trust Inc., UBS

Securities LLC, Mortgage Asset Securitization Transactions, Inc., Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Asset Backed Funding Corporation, RBS Securities, Inc., Financial Asset Securities Corp., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., J.P. Morgan Securities, Inc., J.P. Morgan Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., Residential Funding Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, HSBC Securities (USA), Inc., HSI Asset Securitization Corporation, FBR Securitization, Inc., FBR Capital Markets & Co., Ameriquest Mortgage Securities, Inc., Argent Securities, Inc., Park Place Securities, Inc., Novastar Mortgage Funding Corporation, Aegis Asset Backed Securities Corporation, Nationstar Funding LLC, Stanwich Asset Acceptance Company LLC, Deutsche Bank Securities, Inc. and Ace Securities Corp., by and through their attorneys, hereby request that Plaintiff Cambridge Place Investment Management, Inc. ("CPIM") produce for inspection and copying at the offices of Greenberg Traurig, LLP, One International Place, Boston, Massachusetts 02110, on or before 14 days from the service hereof, or at such other time and place on which the parties may agree, the documents, electronically stored information, and tangible things described below (the "Requests").

## DEFINITIONS

These Requests incorporate the definitions set forth in Rule 26.5(c) of the Local Rules of the United States District Court for the District of Massachusetts.  In addition, the following definitions apply:

1.      "Document" or "documents" shall mean every "document" within the broadest permissible scope of Rule 34 of the Federal Rules of Civil Procedure.

2.      As used herein, the terms "relating to," "relate to," "related," "concerning," "supporting," and any similar terms shall mean – unless otherwise indicated – having any relationship or connection to, concerning, being connected to, commenting on, responding to, containing, evidencing, showing, memorializing, describing, analyzing, reflecting, pertaining to, comprising, constituting, or otherwise establishing any reasonable, logical, or causal connection.

3.      Any examples after the words "including" or "such as" are illustrative and not limitative.

4.      "Complaint" means the Complaint filed in the instant action by CPIM in the Superior Court of the Commonwealth of Massachusetts, captioned <u>Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al.</u>, Civil Action No. 10-2741.

5.      "You" or "CPIM" means Plaintiff Cambridge Place Investment Management Inc. and any parent, subsidiary or other affiliate (each a "CPIM Entity") and any principal, officer, director, employee or agent of any CPIM Entity.

6.      "Foreign Hedge Funds" means collectively the nine entities referenced in Paragraph 12 of the Complaint, which include: Caliber Global Investment Ltd.; CAMBER 3 PLC; CAMBER 4 PLC; CAMBER 5 Ltd.; CAMBER 7 PLC; CPIM Structured Credit Fund 20 LP; CPIM Structured Credit Fund 500 LP; CPIM Structured Credit Fund 1000 LP; and CPIM Structured Credit Fund 1500 LP.

7.      "Caliber" means Caliber Global Investment Ltd. and any parent, subsidiary or other affiliate (each a "Caliber Entity") and any principal, officer, director, employee or agent of any Caliber Entity.

8.      "CAMBER 3" means CAMBER 3 PLC and any parent, subsidiary or other affiliate (each a "CAMBER 3 Entity") and any principal, officer, director, employee or agent of any CAMBER 3 Entity.

9.      "CAMBER 4" means CAMBER 4 PLC and any parent, subsidiary or other affiliate (each a "CAMBER 4 Entity") and any principal, officer, director, employee or agent of any CAMBER 4 Entity.

10.      "CAMBER 5" means CAMBER 5 Ltd. and any parent, subsidiary or other affiliate (each a "CAMBER 5 Entity") and any principal, officer, director, employee or agent of any CAMBER 5 Entity.

11.      "CAMBER 7" means CAMBER 7 PLC and any parent, subsidiary or other affiliate (each a "CAMBER 7 Entity") and any principal, officer, director, employee or agent of any CAMBER 7 Entity.

12.      "CPIM 20" means CPIM Structured Credit Fund 20 LP and any parent, subsidiary or other affiliate (each a "CPIM 20 Entity") and any principal, officer, director, employee or agent of any CPIM 20 Entity.

13.      "CPIM 500" means CPIM Structured Credit Fund 500 LP and any parent, subsidiary or other affiliate (each a "CPIM 500 Entity") and any principal, officer, director, employee or agent of any CPIM 500 Entity.

14.      "CPIM 1000" means CPIM Structured Credit Fund 1000 LP and any parent, subsidiary or other affiliate (each a "CPIM 1000 Entity") and any principal, officer, director, employee or agent of any CPIM 1000 Entity.

15.     "CPIM 1500" means CPIM Structured Credit Fund 1500 LP and any parent, subsidiary or other affiliate (each a "CPIM 1500 Entity") and any principal, officer, director, employee or agent of any CPIM 1500 Entity.

16.     "Certificates" means the 197 residential mortgage-backed securities which are the subject of the Complaint and referenced in Appendices A through P of the Complaint.

17.     "Purported Assignments" means the alleged exclusive assignments to CPIM of all claims of the Foreign Hedge Funds relating to the offer and sale of the Certificates, as referenced in Paragraph 13 of the Complaint.

## INSTRUCTIONS

1.     These Requests are intended to cover all documents and things in the possession, custody, or control of Plaintiff, as well as any and all documents within the possession, custody, or control of any third party or parties who, upon request, would surrender possession, custody, or control to Plaintiff.

2.     If CPIM claims any form of privilege as a ground for not producing any requested document, please furnish a list identifying each document for which the privilege is claimed, together with the following information: (a) the privilege being asserted; (b) the person on whose behalf the privilege is asserted; (c) a precise statement of the factual and legal bases upon which the claim of privilege is asserted; (d) identification of the purported privileged document, including (i) its nature (e.g., a letter, draft, memorandum, video recording, etc.); (ii) the date it was prepared; (iii) the date the document bears; (iv) the date the document was sent; (v) the date it was received; (vi) the name of the person(s) who prepared the document; (vii) the names of the person(s) who received the document; (viii) the name of each person to whom it was sent or was

intended to be sent, including all addressees, and all recipients of copies; and (ix) a statement of whom each identified person represented or purported to represent at all relevant times.

3.       If a portion of any document responsive to the Requests is withheld under a claim of privilege, any non-privileged portion of such document must be produced with the portion claimed to be privileged redacted.

4.       Unless otherwise noted, the time period to which these Requests refer is January 1, 2005 to the Present (the "Relevant Period"), and shall include all documents and information that relate to such period, even if prepared or published outside of the Relevant Period.

5.       In construing the Requests below, the following rules of construction apply:

    a.   Number: The use of the singular form of any word includes the plural and vice versa.

    b.   All/Any: "All" and "Any" mean "any and all."

    c.   And/Or: "And" includes "or" and "or" includes "and."

    d.   Each/Every: "Each" includes "every" and "every" includes "each."

6.       These Requests are of a continuing nature.  If You acquire possession, custody or control of any additional Documents responsive to these Requests after the service of responses hereto, You shall promptly furnish such Documents to Defendants' attorneys as required by the Federal Rules of Civil Procedure.

## DOCUMENT REQUESTS

1.      Documents sufficient to show the domicile and citizenship of each of the Foreign Hedge Funds, including their place of incorporation (where applicable) and principal place of business, both at the time of the filing of the Complaint and as of the date of the response to these Requests.

2.      Documents sufficient to show the domicile and citizenship of all members, limited partners, and general partners of each of the Foreign Hedge Funds, both at the time of the filing of the Complaint and as of the date of the response to these Requests.

3.      For each of the Foreign Hedge Funds, all documents showing which specific Certificate or Certificates it purchased or on whose behalf such Certificate or Certificates were purchased, and all documents relating to such purchases, including without limitation trade confirmations, correspondence, and the amounts and dates of such purchases.

4.      All Documents relating to the Purported Assignments of claims from each of the Foreign Hedge Funds to CPIM, including without limitation emails, letters, meeting notes, drafts of the Assignments and executed Assignments.

5.      All Documents relating to any fee arrangement among CPIM and any of the Foreign Hedge Funds.

6.      All Documents relating to any economic interest any of the Foreign Hedge Funds has or has had in the claims set forth in the Complaint.

Dated: October 18, 2010

BARCLAYS CAPITAL INC., BCAP LLC AND SECURITIZED ASSET BACKED RECEIVABLES LLC,

By their attorneys,

/s/ Joseph P. Davis III
Joseph P. Davis III (BBO #551111)
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617) 310-6001
davisjo@gtlaw.com
greenbergg@gtlaw.com

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CREDIT SUISSE SECURITIES (USA) LLC, CREDIT
SUISSE FIRST BOSTON MORTGAGE SECURITIES
CORP., AND ASSET BACKED SECURITIES
CORPORATION,

By their attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700


GOLDMAN, SACHS & CO. AND GS MORTGAGE
SECURITIES CORP.,

By their attorneys,

/s/ Richard H. Klapper
Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Admitted via *pro hac vice*

MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY ABS CAPITAL I INC.,
MORGAN STANLEY CAPITAL I INC., AND SAXON
ASSET SECURITIES COMPANY,

By its attorneys,

/s/ Brandon L. Bigelow
James P. Rouhandeh (*pro hac vice*)
William J. Fenrich (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
rouhandeh@davispolk.com
william.fenrich@davispolk.com
daniel.schwartz@davispolk.com

Frances S. Cohen, BBO #542811
Brandon L. Bigelow, BBO #651143
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
frances.cohen@bingham.com
brandon.bigelow@bingham.com

CITIGROUP GLOBAL MARKETS INC. AND
CITIGROUP MORTGAGE LOAN TRUST INC.,

By their attorneys,

/s/ Susanna M. Buergel
Brad S. Karp (admitted *pro hac vice*)
Charles E. Davidow (admitted *pro hac vice*)
Susanna M. Buergel (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0553
sbuergel@paulweiss.com

Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
fhlevy@duanemorris.com
kyfergus@duanemorris.com

UBS SECURITIES LLC AND MORTGAGE ASSET
SECURITIZATION TRANSACTIONS, INC.,

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO # 541993)
Jennifer M. Ryan (BBO # 661498)
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Barry G. Sher (*admitted pro hac vice*)
James R. Bliss (*admitted pro hac vice*)
Anthony Antonelli (*admitted pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022-3205
Tel: (212) 318-6000
Fax: (212) 319-4090

BANC OF AMERICA SECURITIES LLC, BANC OF
AMERICA MORTGAGE SECURITIES, INC.,
MERRILL LYNCH, PIERCE, FENNER & SMITH
INC., MERRILL LYNCH MORTGAGE INVESTORS,
INC., ASSET BACKED FUNDING CORPORATION,
RBS SECURITIES, INC. AND FINANCIAL ASSET
SECURITIES CORP.,

By their attorneys,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Christopher B. Zimmerman (BBO #653854)
Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
Kathertine B. Dirks (BBO #673674)
WILMERHALE
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000


COUNTRYWIDE SECURITIES CORPORATION,
CWABS, INC. AND CWALT, INC.,

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231

J.P. MORGAN SECURITIES, INC., J.P. MORGAN
ACCEPTANCE CORPORATION I, BEAR STEARNS
ASSET BACKED SECURITIES I LLC, LONG
BEACH SECURITIES CORP., WASHINGTON
MUTUAL MORTGAGE SECURITIES CORP., SACO
I INC., AND STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.,

By their attorneys,

/s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

RESIDENTIAL FUNDING SECURITIES LLC D/B/A
GMAC RFC SECURITIES, RESIDENTIAL
ACCREDIT LOANS, INC., RESIDENTIAL ASSET
MORTGAGE PRODUCTS,  INC. AND RESIDENTIAL
ASSET SECURITIES CORPORATION,

By their attorneys,

/s/ Matthew A. Martell
Matthew A. Martell (BBO #641064)
John A. Houlihan (BBO #542038)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel: (617) 239-0100
Fax: (617) 227-4420


HSBC SECURITIES (USA), INC. AND HSI ASSET
SECURITIZATION CORPORATION,

By their attorneys,

/s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel:  (617) 523-6655
Fax:  (617) 248-9877
JRyan@lwelaw.com

Richard A. Spehr (*pro hac vice*)
Michael O. Ware (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel:  (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

FBR CAPITAL MARKETS & CO.,

By its attorneys,

/s/ William T. Hogan III
William T. Hogan III (BBO #237710)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Boston Place, 40th Floor
Boston, MA 02108
Tel: (617) 573-4700
Fax: (617) 573-4741

Margaret A. Keeley
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel: (202) 434-5000
Fax: (202) 434-5029

FBR SECURITIZATION, INC.,

By its attorneys,

/s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868

Edward J. Fuhr
Eric H. Feiler
Matthew P. Bosher
Trevor S. Cox
Hunton & Williams LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

AMERIQUEST MORTGAGE, SECURITIES, INC.,
ARGENT SECURITIES, INC. AND PARK PLACE
SECURITIES, INC.,

By their attorneys,

/s/ Edward V. Colbert III
Edward V. Colbert III, BBO#566187
Nancy L. Perlman, BBO#656156
Erin E. Howard, BBO#666955
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
617-951-2800
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

Bernard E. LeSage, admitted *pro hac vice*
Karen L. Stevenson, admitted *pro hac vice*
Shannon Keast, admitted *pro hac vice*
BUCHALTER NEMER, P.L.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90014
213-891-0700
blesage@buchalter.com
kstevenson@buchalter.com
skeast@buchalter.com

NOVASTAR MORTGAGE FUNDING
CORPORATION,

By its attorneys,

/s/ William F. Alderman
William F. Alderman (Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5944
Fax: (415) 773-5759
walderman@orrick.com

Wm. Shaw McDermott (BBO #330860)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

AEGIS ASSET BACKED SECURITIES
CORPORATION,

By its attorneys,

/s/ R. Bruce Allensworth
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com


NATIONSTAR FUNDING LLC AND STANWICH
ASSET ACCEPTANCE COMPANY, LLC,

By its attorneys,

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street
Suite 2750
Boston, MA  021109
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Reid L. Ashinoff
(reid.ashinoff@snrdenton.com)
Jonathan D. Forstot
(jonathan.forstot@snrdenton.com)
Justin N. Kattan (justin.kattan@snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800

DEUTSCHE BANK SECURITIES, INC. AND ACE
SECURITIES CORP.,

By their attorneys,

/s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763
Ethan.Brown@lw.com

Jamie L. Wine (admitted *pro hac vice*)
John M. Falzone (admitted *pro hac vice*)
Jason C. Hegt (admitted *pro hac vice*)
LATHAM & WATKINS LLP
855 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200