# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CAMBRIDGE PLACE INVESTMENT
MANAGEMENT INC.,

        Plaintiff,

    v.

MORGAN STANLEY & CO., INC.;
CITIGROUP GLOBAL MARKETS INC.;
CREDIT SUISSE SECURITIES (USA) LLC;
RBS SECURITIES, INC.; DEUTSCHE BANK
SECURITIES, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.; UBS
SECURITIES LLC; GOLDMAN, SACHS &
CO.; J.P. MORGAN SECURITIES INC.;
COUNTRYWIDE SECURITIES
CORPORATION; FBR CAPITAL MARKETS
& CO., HSBC SECURITIES (USA), INC.;
BANC OF AMERICA SECURITIES LLC;
RESIDENTIAL FUNDING SECURITIES,
LLC; BARCLAYS CAPITAL INC.;
ACCREDITED MORTGAGE LOAN REIT
TRUST; ACE SECURITIES CORPORATION;
AEGIS ASSET BACKED SECURITIES
CORPORATION; AMERICAN HOME
MORTGAGE ASSETS LLC.; AMERIQUEST
MORTGAGE SECURITIES INC.; ARGENT
SECURITIES INC.; ASSET BACKED
FUNDING CORPORATION; ASSET BACKED
SECURITIES CORPORATION; BANC OF
AMERICA MORTGAGE SECURITIES, INC.;
BCAP LLC; BEAR STEARNS ASSET
BACKED SECURITIES I LLC; CITIGROUP
MORTGAGE LOAN TRUST INC.; CREDIT
SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP.; CWABS, INC.; CWALT,
INC.; FBR SECURITIZATION, INC.;
FIELDSTONE MORTGAGE INVESTMENT
CORPORATION; FINANCIAL ASSET
SECURITIES CORP.; FREMONT
MORTGAGE SECURITIES CORPORATION;
GS MORTGAGE SECURITIES CORP.; HSI
ASSET SECURITIZATION CORPORATION;

**Civil Action No. 1:10-cv-11376-NMG**

**DEFENDANTS' PROPOSED NOTICE
OF DEPOSITION PURSUANT TO
FED. R. CIV. P. 30(b)(6)**

J.P. MORGAN ACCEPTANCE
CORPORATION I; LONG BEACH
SECURITIES CORP.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.; MORGAN
STANLEY ABS CAPITAL I INC.; MORGAN
STANLEY CAPITAL I INC.; MORTGAGE
ASSET SECURITIZATION TRANSACTIONS,
INC.; NATIONSTAR FUNDING LLC; NEW
CENTURY MORTGAGE SECURITIES LLC;
NEW CENTURY MORTGAGE SECURITIES,
INC.; NOVASTAR MORTGAGE FUNDING
CORPORATION; PARK PLACE
SECURITIES, INC.; PEOPLE'S CHOICE
HOME LOAN SECURITIES CORP.;
POPULAR ABS, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL
ASSET MORTGAGE PRODUCTS, INC.;
RESIDENTIAL ASSET SECURITIES
CORPORATION; SACO I INC.; SAXON
ASSET SECURITIES COMPANY;
SECURITIZED ASSET BACKED
RECEIVABLES LLC; STANWICH ASSET
ACCEPTANCE COMPANY, L.L.C.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.; and WASHINGTON
MUTUAL MORTGAGE SECURITIES CORP.

Defendants.

TO:   T. Christopher Donnelly, Esq.
      Donnelly, Conroy & Gelhaar, LLP
      One Beacon Street, 33rd Floor
      Boston, Massachusetts 02108

      Gerald H. Silk, Esq.
      Bernstein Litowitz Berger & Grossmann LLP
      1285 Avenue of the Americas
      New York, New York 10019

      David R. Stickney, Esq.
      Bernstein Litowitz Berger & Grossmann LLP
      12481 High Bluff Drive, Suite 300
      San Diego, California 92130

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Barclays Capital Inc., BCAP LLC, Securitized Asset Backed Receivables LLC, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation, Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan Stanley & Co. Incorporated, Morgan Stanley ABS Capital I Inc.,  Morgan Stanley Capital I Inc., Saxon Asset Securities Company, Citigroup Global Markets Inc., Citigroup Mortgage Loan Trust Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Asset Backed Funding Corporation, RBS Securities, Inc., Financial Asset Securities Corp., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., J.P. Morgan Securities, Inc., J.P. Morgan Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., Residential Funding Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, HSBC Securities (USA), Inc., HSI Asset Securitization Corporation, FBR Securitization, Inc., FBR Capital Markets & Co., Ameriquest Mortgage Securities, Inc., Argent Securities, Inc., Park Place Securities, Inc., Novastar Mortgage Funding Corporation, Aegis Asset Backed Securities Corporation, Nationstar Funding LLC, Stanwich Asset Acceptance Company LLC, Deutsche Bank Securities, Inc. and Ace Securities Corp. will take the deposition upon oral examination of Plaintiff Cambridge Place Investment Management, Inc. ("CPIM") on November __, 2010 at 9:30 a.m., or such other time as is agreed upon, at the offices of Greenberg Traurig, LLP, One International Place, 20th Floor, Boston, Massachusetts, 02110.

Examination will be directed to the matters identified in <u>Schedule A</u> attached hereto. Pursuant to Rule 30(b)(6), CPIM is directed to designate one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on its behalf with respect to each of the subject matters set forth in <u>Schedule A</u> attached hereto, and the person(s) so designated shall be required to testify as to each of those topics known or reasonably available to CPIM.

The deposition will be recorded by stenographic, sound, and/or visual means.

Dated: October 18, 2010

BARCLAYS CAPITAL INC., BCAP LLC AND SECURITIZED ASSET BACKED RECEIVABLES LLC,

By their attorneys,

/s/ Joseph P. Davis III
Joseph P. Davis III (BBO #551111)
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617) 310-6001
davisjo@gtlaw.com
greenbergg@gtlaw.com

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CREDIT SUISSE SECURITIES (USA) LLC, CREDIT
SUISSE FIRST BOSTON MORTGAGE SECURITIES
CORP., AND ASSET BACKED SECURITIES
CORPORATION,

By their attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700


GOLDMAN, SACHS & CO. AND GS MORTGAGE
SECURITIES CORP.,

By their attorneys,

/s/ Richard H. Klapper
Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Admitted via *pro hac vice*

MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY ABS CAPITAL I INC.,
MORGAN STANLEY CAPITAL I INC., AND SAXON
ASSET SECURITIES COMPANY,

By its attorneys,

/s/ Brandon L. Bigelow
James P. Rouhandeh (*pro hac vice*)
William J. Fenrich (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
rouhandeh@davispolk.com
william.fenrich@davispolk.com
daniel.schwartz@davispolk.com

Frances S. Cohen, BBO #542811
Brandon L. Bigelow, BBO #651143
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
frances.cohen@bingham.com
brandon.bigelow@bingham.com

CITIGROUP GLOBAL MARKETS INC. AND
CITIGROUP MORTGAGE LOAN TRUST INC.,

By their attorneys,

/s/ Susanna M. Buergel
Brad S. Karp (admitted *pro hac vice*)
Charles E. Davidow (admitted *pro hac vice*)
Susanna M. Buergel (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0553
sbuergel@paulweiss.com

Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
fhlevy@duanemorris.com
kyfergus@duanemorris.com

UBS SECURITIES LLC AND MORTGAGE ASSET
SECURITIZATION TRANSACTIONS, INC.,

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO # 541993)
Jennifer M. Ryan (BBO # 661498)
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Barry G. Sher (*admitted pro hac vice*)
James R. Bliss (*admitted pro hac vice*)
Anthony Antonelli (*admitted pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022-3205
Tel: (212) 318-6000
Fax: (212) 319-4090

BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA MORTGAGE SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., MERRILL LYNCH MORTGAGE INVESTORS, INC., ASSET BACKED FUNDING CORPORATION, RBS SECURITIES, INC. AND FINANCIAL ASSET SECURITIES CORP.,

By their attorneys,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Christopher B. Zimmerman (BBO #653854)
Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
Kathertine B. Dirks (BBO #673674)
WILMERHALE
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000


COUNTRYWIDE SECURITIES CORPORATION, CWABS, INC. AND CWALT, INC.,

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231

J.P. MORGAN SECURITIES, INC., J.P. MORGAN ACCEPTANCE CORPORATION I, BEAR STEARNS ASSET BACKED SECURITIES I LLC, LONG BEACH SECURITIES CORP., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., SACO I INC., AND STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.,

By their attorneys,

/s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

RESIDENTIAL FUNDING SECURITIES LLC D/B/A
GMAC RFC SECURITIES, RESIDENTIAL
ACCREDIT LOANS, INC., RESIDENTIAL ASSET
MORTGAGE PRODUCTS,  INC. AND RESIDENTIAL
ASSET SECURITIES CORPORATION,

By their attorneys,

/s/ Matthew A. Martell
Matthew A. Martell (BBO #641064)
John A. Houlihan (BBO #542038)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel: (617) 239-0100
Fax: (617) 227-4420


HSBC SECURITIES (USA), INC. AND HSI ASSET
SECURITIZATION CORPORATION,

By their attorneys,

/s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel:  (617) 523-6655
Fax:  (617) 248-9877
JRyan@lwelaw.com

Richard A. Spehr (*pro hac vice*)
Michael O. Ware (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel:  (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

FBR CAPITAL MARKETS & CO.,

By its attorneys,

/s/ William T. Hogan III
William T. Hogan III (BBO #237710)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Boston Place, 40th Floor
Boston, MA 02108
Tel: (617) 573-4700
Fax: (617) 573-4741

Margaret A. Keeley
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel: (202) 434-5000
Fax: (202) 434-5029


FBR SECURITIZATION, INC.,

By its attorneys,

/s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868

Edward J. Fuhr
Eric H. Feiler
Matthew P. Bosher
Trevor S. Cox
Hunton & Williams LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

AMERIQUEST MORTGAGE, SECURITIES, INC.,
ARGENT SECURITIES, INC. AND PARK PLACE
SECURITIES, INC.,

By their attorneys,

/s/ Edward V. Colbert III
Edward V. Colbert III, BBO#566187
Nancy L. Perlman, BBO#656156
Erin E. Howard, BBO#666955
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
617-951-2800
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

Bernard E. LeSage, admitted *pro hac vice*
Karen L. Stevenson, admitted *pro hac vice*
Shannon Keast, admitted *pro hac vice*
BUCHALTER NEMER, P.L.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90014
213-891-0700
blesage@buchalter.com
kstevenson@buchalter.com
skeast@buchalter.com

NOVASTAR MORTGAGE FUNDING
CORPORATION,

By its attorneys,

/s/ William F. Alderman
William F. Alderman (Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5944
Fax: (415) 773-5759
walderman@orrick.com

Wm. Shaw McDermott (BBO #330860)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

AEGIS ASSET BACKED SECURITIES
CORPORATION,

By its attorneys,

/s/ R. Bruce Allensworth
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com


NATIONSTAR FUNDING LLC AND STANWICH
ASSET ACCEPTANCE COMPANY, LLC,

By its attorneys,

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street
Suite 2750
Boston, MA  021109
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Reid L. Ashinoff
(reid.ashinoff@snrdenton.com)
Jonathan D. Forstot
(jonathan.forstot@snrdenton.com)
Justin N. Kattan (justin.kattan@snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800

DEUTSCHE BANK SECURITIES, INC. AND ACE
SECURITIES CORP.,

By their attorneys,

/s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763
Ethan.Brown@lw.com

Jamie L. Wine (admitted *pro hac vice*)
John M. Falzone (admitted *pro hac vice*)
Jason C. Hegt (admitted *pro hac vice*)
LATHAM & WATKINS LLP
855 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200

## SCHEDULE A

## DEFINITIONS

This document incorporates the definitions set forth in Rule 26.5(c) of the Local Rules of the United States District Court for the District of Massachusetts.  In addition, the following definitions apply:

1.      As used herein, the terms "relating to," "relate to," "related," "concerning," "supporting," and any similar terms shall mean – unless otherwise indicated – having any relationship or connection to, concerning, being connected to, commenting on, responding to, containing, evidencing, showing, memorializing, describing, analyzing, reflecting, pertaining to, comprising, constituting, or otherwise establishing any reasonable, logical, or causal connection.

2.      "You" or "CPIM" means Plaintiff Cambridge Place Investment Management Inc. and any parent, subsidiary or other affiliate (each a "CPIM Entity") and any principal, officer, director, employee or agent of any CPIM Entity.

3.      "Complaint" means the Complaint filed in the instant action by CPIM in the Superior Court of the Commonwealth of Massachusetts, captioned Cambridge Place Investment Management Inc. v. Morgan Stanley & Co., Inc., et al., Civil Action No. 10-274.

4.      "Foreign Hedge Funds" means collectively the nine entities referenced in Paragraph 12 of the Complaint, which include: Caliber Global Investment Ltd.; CAMBER 3 PLC; CAMBER 4 PLC; CAMBER 5 Ltd.; CAMBER 7 PLC; CPIM Structured Credit Fund 20 LP; CPIM Structured Credit Fund 500 LP; CPIM Structured Credit Fund 1000 LP; and CPIM Structured Credit Fund 1500 LP.

5.      "Caliber" means Caliber Global Investment Ltd. and any parent, subsidiary or other affiliate (each a "Caliber Entity") and any principal, officer, director, employee or agent of any Caliber Entity.

6.      "CAMBER 3" means CAMBER 3 PLC and any parent, subsidiary or other affiliate (each a "CAMBER 3 Entity") and any principal, officer, director, employee or agent of any CAMBER 3 Entity.

7.      "CAMBER 4" means CAMBER 4 PLC and any parent, subsidiary or other affiliate (each a "CAMBER 4 Entity") and any principal, officer, director, employee or agent of any CAMBER 4 Entity.

8.      "CAMBER 5" means CAMBER 5 Ltd. and any parent, subsidiary or other affiliate (each a "CAMBER 5 Entity") and any principal, officer, director, employee or agent of any CAMBER 5 Entity.

9.      "CAMBER 7" means CAMBER 7 PLC and any parent, subsidiary or other affiliate (each a "CAMBER 7 Entity") and any principal, officer, director, employee or agent of any CAMBER 7 Entity.

10.     "CPIM 20" means CPIM Structured Credit Fund 20 LP and any parent, subsidiary or other affiliate (each a "CPIM 20 Entity") and any principal, officer, director, employee or agent of any CPIM 20 Entity.

11.     "CPIM 500" means CPIM Structured Credit Fund 500 LP and any parent, subsidiary or other affiliate (each a "CPIM 500 Entity") and any principal, officer, director, employee or agent of any CPIM 500 Entity.

12.     "CPIM 1000" means CPIM Structured Credit Fund 1000 LP and any parent,
subsidiary or other affiliate (each a "CPIM 1000 Entity") and any principal, officer, director,
employee or agent of any CPIM 1000 Entity.

13.     "CPIM 1500" means CPIM Structured Credit Fund 1500 LP and any parent,
subsidiary or other affiliate (each a "CPIM 1500 Entity") and any principal, officer, director,
employee or agent of any CPIM 1500 Entity.

14.     "Certificates" means the 197 residential mortgage-backed securities which are the
subject of the Complaint and referenced in Appendices A through P of the Complaint.

15.     "Purported Assignments" means the alleged exclusive assignments to CPIM of all
claims of the Foreign Hedge Funds relating to the offer and sale of the Certificates, as referenced
in Paragraph 13 of the Complaint.

16.     In construing the Matters of Examination below, the following rules of
construction apply:

    a.     Number: The use of the singular form of any word includes the plural and
           vice versa.

    b.     All/Any: "All" and "Any" mean "any and all."

    c.     And/Or: "And" includes "or" and "or" includes "and."

    d.     Each/Every: "Each" includes "every" and "every" includes "each."

## MATTERS OF EXAMINATION

1.      The Purported Assignments, including: (i) any communications between or among CPIM and any of the Foreign Hedge Funds, or within CPIM, concerning the Purported Assignments; (ii) when the Purported Assignments were negotiated and executed; (iii) the economic terms of the Purported Assignments; and (iv) the parties' intent in entering into the Purported Assignments.

2.      The purchase of the Certificates, including which entities hold now or have held an interest in the Certificates, and the role, if any, played by CPIM in connection with each purchase.