# EXHIBIT A

## RIS *from* Perfect Information Ltd

Application Copyright 1995 Perfect Information Ltd

| Number : | 6918O07 | Date : | 02/07/2010 |
|---|---|---|---|
| Company : | CAMBER 3 PLC | Time : | 07:00:07 |

## Notice to Noteholders re Assignment of Claims

RNS Number : 6918O
Camber 3 PLC
02 July 2010

URGENT

COMPANY ANNOUNCEMENT / NOTICE TO NOTEHOLDERS

*For Release on 2 July 2010*

CAMBER 3 plc

NOTICE RELATING TO ASSIGNMENT OF CERTAIN CLAIMS

U.S.$10,000,000 Class S Floating Rate Notes Due 2015
(Regulation S Global Notes: ISIN USG17751AA96)
(Rule 144A Global Notes: ISIN US131899AA47)

U.S.$422,500.000 Class A-1 Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AB79)
(Rule 144A Global Notes: ISIN US131899AB20)

U.S.$110,500,000 Class A-2 Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AC52)
(Rule 144A Global Notes: ISIN US131899AC03)

U.S.$45,500,000 Class B Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AD36)
(Rule 144A Global Notes: ISIN US131899AD85)

U.S.$26,000,000 Class C Deferrable Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AE19)
(Rule 144A Global Notes: ISIN US131899AE68)

U.S.$19,500,000 Class D Deferrable Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AF83)
(Rule 144A Global Notes: ISIN US131899AF34)

U.S.$26,000,000 Class E Notes Due 2040
(Regulation S Global Notes: ISIN USG1775PAA69)
(Rule 144A Global Notes: ISIN US13189AA41)

U.S.$50,000,000 Class Z Notes Due 2012
(Regulation S Global Notes: ISIN USG1775PAB43)
(Rule 144A Global Notes: ISIN US13189RAB24)

U.S.$50,000,000 Combination Securities
(Regulation S Global Notes: ISIN USG1775PAC26)
(Rule 144A Global Notes: ISIN US13189RAC07)

(together, the "**Notes**")

Capitalised terms used herein but not defined will have the meaning given to them in the Master Definitions Schedule dated 20 April 2005 between Camber 3 plc (the "**Issuer**"), Camber 3 LLC, Cambridge Place Investment Management LLP, HSBC Trustee (C.I.) Limited, Wells Fargo Bank, N.A., Cambridge Place CDO (Isle of Man) Limited and Deutsche International Corporate Services (Ireland) Limited.

**Purpose of Notice:**

The purpose of this notice (the "**Notice**") is to inform Noteholders that the Issuer has transferred and assigned (the "**Assignment**") its interest in certain Claims (as defined below) to a third party ("**Assignee**").

**The Claims:**

The claims ("**Claims**") are causes of action arising from the manner in which certain dealers and / or sellers are alleged to have offered and/ or sold certain Collateral Assets to or for the account of the Issuer.  The causes of action arise in tort and under statute.

As consideration for the Assignment, the Issuer will be entitled to receive an amount calculated by reference to any recoveries received on judgment or settlement of the Claims.

It is expected that the Claims will be prosecuted by or on behalf of the Assignee in the State of Massachusetts.

The Issuer intends to maker further particulars of the Assignment available to Noteholders once the complaints in respect the Claims have been filed (which is expected to be completed on or about 6 July 2010).

**Enquiries:**

The Directors, Camber 3 plc

53 Merrion Square
Dublin 2
Ireland

Fax:  00 353 1 614 6250


This announcement has been issued through the Companies Announcement
Service of
the Irish Stock Exchange.


This information is provided by RNS
The company news service from the London Stock Exchange

END

ISEMMGGNVMDGGZM

## Boone, Angela (Mgr-Bos-Tech)

| | |
|---|---|
| **From:** | Hicks, Joe H. (Shld-Bos-CP) |
| **Sent:** | Monday, October 18, 2010 9:18 AM |
| **To:** | Boone, Angela (Mgr-Bos-Tech) |
| **Subject:** | RE: Intranet via VPN? |

Yes, I am toggling twice, and able to get on Google and GT Outlook without any problem.

Joe H. Hicks
Shareholder
Greenberg Traurig LLP | One International Place | Boston, MA 02110
Tel 617.310.6231 | Fax 617.897.0923
hicksj@gtlaw.com | www.gtlaw.com

**GT** GreenbergTraurig

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS
ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO ·
SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

---

**From:** Boone, Angela (Mgr-Bos-Tech)
**Sent:** Monday, October 18, 2010 9:15 AM
**To:** Hicks, Joe H. (Shld-Bos-CP)
**Subject:** RE: Intranet via VPN?

are you using the toggle internet settings once or twice?  If you start the laptop and toggle before you connect to the VPN, you will
need to toggle again to ensure that you can reach the intranet once you are on the vpn?

---

**From:** Hicks, Joe H. (Shld-Bos-CP)
**Sent:** Monday, October 18, 2010 9:13 AM
**To:** Boone, Angela (Mgr-Bos-Tech)
**Subject:** RE: Intranet via VPN?

I did still have the problem over the weekend.  I tried on Saturday and on Sunday both BosVPN and GT VPN and could not reach
the GT intranet site.  Now instead of giving me a message that the site can't be reached, it gives me an internet search page that I
have never seen before.

Joe H. Hicks
Shareholder
Greenberg Traurig LLP | One International Place | Boston, MA 02110
Tel 617.310.6231 | Fax 617.897.0923
hicksj@gtlaw.com | www.gtlaw.com

**GT** GreenbergTraurig

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS
ANGELES · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO ·
SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP

---

**From:** Boone, Angela (Mgr-Bos-Tech)
**Sent:** Monday, October 18, 2010 8:36 AM
**To:** Hicks, Joe H. (Shld-Bos-CP)

# EXHIBIT B

## RIS *from* Perfect Information Ltd

Application Copyright 1995 Perfect Information Ltd

| Number : | 1793P08 | Date : | 12/07/2010 |
|----------|---------|--------|------------|
| Company : | CAMBER 3 PLC | Time : | 08:46:26 |

## <u>Notice to Noteholders</u>

RNS Number : 1793P
Camber 3 PLC
12 July 2010

URGENT

COMPANY ANNOUNCEMENT / NOTICE TO NOTEHOLDERS

For Release at 7.00 a.m. on 12 July 2010

CAMBER 3 plc

NOTICE RELATING TO ASSIGNMENT OF CERTAIN CLAIMS

U.S.$10,000,000 Class S Floating Rate Notes Due 2015
(Regulation S Global Notes: ISIN USG17751AA96)
(Rule 144A Global Notes: ISIN US131899AA47)

U.S.$422,500.000 Class A-1 Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AB79)
(Rule 144A Global Notes: ISIN US131899AB20)

U.S.$110,500,000 Class A-2 Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AC52)
(Rule 144A Global Notes: ISIN US131899AC03)

U.S.$45,500,000 Class B Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AD36)
(Rule 144A Global Notes: ISIN US131899AD85)

U.S.$26,000,000 Class C Deferrable Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AE19)
(Rule 144A Global Notes: ISIN US131899AE68)

U.S.$19,500,000 Class D Deferrable Floating Rate Notes Due 2040
(Regulation S Global Notes: ISIN USG17751AF83)
(Rule 144A Global Notes: ISIN US131899AF34)

U.S.$26,000,000 Class E Notes Due 2040
(Regulation S Global Notes: ISIN USG1775PAA69)
(Rule 144A Global Notes: ISIN US13189AA41)

U.S.$50,000,000 Class Z Notes Due 2012
(Regulation S Global Notes: ISIN USG1775PAB43)
(Rule 144A Global Notes: ISIN US13189RAB24)

U.S.$50,000,000 Combination Securities
(Regulation S Global Notes: ISIN USG1775PAC26)
(Rule 144A Global Notes: ISIN US13189RAC07)

(together, the "**Notes**")

Capitalised terms used herein but not defined will have the meaning given to them in the Master Definitions Schedule dated 20 April 2005 between Camber 3 plc ( "**Camber 3**"), Camber 3 LLC, Cambridge Place Investment Management LLP, HSBC Trustee (C.I.) Limited, Wells Fargo Bank, N.A., Cambridge Place CDO (Isle of Man) Limited and Deutsche International Corporate Services (Ireland) Limited.

**Purpose of Notice:**

On 2 July 2010, Camber 3 notified Noteholders that it had assigned (the "**Assignment**") its interest in the Claims (as defined below) to a third party ("**Assignee**"). The purpose of this notice (the "**Notice**") is to provide Noteholders with further particulars in relation to the Assignment and the Claims.

**The Claims:**

Camber 3 believes certain Wall Street banks, issuers and other financial institutions (the "**Wall Street Banks**") mis-sold approximately 140 US residential mortgage-backed bonds (the "**Securities**") to Camber 3 by making untruthful statements in the offerings of the Securities (the "**Claims**"). It is expected that the Claims will be prosecuted in the Massachusetts courts.

Rescissionary remedies and damages are sought under the Massachusetts investor protection laws.

Bernstein Litowitz Berger and Grossmann LLP are appointed as trial lawyers ("**BLBG**").

**The Assignee:**

Camber 3 has assigned the Claims to Cambridge Place Investment Management Inc., of Massachusetts, USA ("**CPIM**") and will join with multiple clients of the CPIM Group who have assigned similar securities mis-selling claims.

**Principal Terms of the Assignment:**

Under the terms of the agreement between Camber 3 and CPIM dated 1 July 2010, CPIM will pursue the Claims but Camber 3 has no liability for any fees, costs or expenses of the litigation and will receive all recoveries after the expenses and contingency fees of BLBG and CPIM.

**Information regarding the conduct and development of the Claims:**

Camber 3 will provide Noteholders with updates on the progress of the litigation from time to time in compliance with its obligations at law and under the listing rules.

**Enquiries:**

Media enquiries:
Jonathan Hawker
Tel:       +44 20 7269 7232
Mobile:   +44 7979 907 000


This announcement has been issued through the Companies Announcement Service
of
the Irish Stock Exchange.


This information is provided by RNS
The company news service from the London Stock Exchange

END


ISESFMSWEFSSELW

# EXHIBIT C

# RIS *from* Perfect Information Ltd

Application Copyright 1995 Perfect Information Ltd

| Number : | 9334O16 | Date : | 06/07/2010 |
|----------|---------|--------|------------|
| Company : | CAMBER 4 PLC | Time : | 16:58:05 |

## <u>Notice to Noteholders</u>

RNS Number : 9334O
CAMBER 4 plc
06 July 2010

URGENT

COMPANY ANNOUNCEMENT / NOTICE TO NOTEHOLDERS

6 July 2010

CAMBER 4 plc

NOTICE RELATING TO ASSIGNMENT OF CERTAIN CLAIMS

US$890,000,000 Class A1-A Floating Rate Notes due 2053
(ISIN XS0208427764 )
(ISIN US13189MAB37 ) (the **"Class A1 Notes"**)

US$60,000,000 Class A2 Floating Rate Notes due 2053
(ISIN XS0208439009 ) (the **"Class A2 Notes"**)

US$23,000,000 Class A3 Floating Rate Notes due 2053
(ISIN XS0208439694 ) (the **"Class A3 Notes"**)

US$11,500,000 Class B Floating Rate Notes due 2053
(ISIN XS0208440353 ) (the **"Class B Notes"**)

US$12,000,000 Class C Deferrable Floating Rate Notes due 2053
(ISIN XS0208440510 ) (the **"Class C Notes"**)

US$7,500,000 Class D Notes due 2053
(ISIN XS0208440601 ) (the **"Class D Notes"**)

(together, the **"Notes"**).

Capitalised terms used but not defined in this notice (this **"Notice"**) shall have the same meanings as in the trust deed dated 16 December 2004 between CAMBER 4 plc (the **"Issuer"**), HSBC Trustee (C.I.) Limited (the **"Trustee"**), Wells Fargo Securitisation Services Limited (the **"Collateral Administrator"**), Cambridge Place Investment Management LLP (the **"Investment Manager"**), Cambridge Place Partners LP (**"LP"**), HSBC Bank plc, HSBC Bank USA, N.A., NCB Stockbrokers Limited (**"NCB"**), and Marsh Management Services (Dublin) Limited (**"Marsh"**) constituting the Class A1-A Notes, the Class A2 Notes, the Class A3 Notes, the Class B Notes, the Class C Notes and the Class D Notes, as amended and restated on 19 August 2005 (the **"Trust Deed"**) and as supplemented by the first supplemental trust deed dated 9 May 2005 between the Issuer, the Trustee, the Collateral Administrator, the Investment Manager, LP, HSBC Bank plc, HSBC Bank USA, N.A., NCB and Marsh constituting the Class A1-B Notes and the second supplemental trust deed dated 4 June 2010 between the Issuer, the Trustee, the Collateral Administrator, the Investment Manager, LP, HSBC Bank plc, HSBC Bank USA, N.A., NCB, Marsh and TMF Administration Services Limited.

**Purpose of Notice:**

The purpose of this notice (the **"Notice"**) is to inform Noteholders that the Issuer has transferred and assigned (the **"Assignment"**) its interest in certain Claims (as defined below) to a third party (**"Assignee"**).

**The Claims:**

The claims (**"Claims"**) are causes of action arising from the manner in which certain dealers and / or sellers are alleged to have offered and/ or sold certain Portfolio Assets to or for the account of the Issuer. The causes of action arise in tort and under statute.

As consideration for the Assignment, the Issuer will be entitled to receive an amount calculated by reference to any recoveries received on judgment or settlement of the Claims.

It is expected that the Claims will be prosecuted by or on behalf of the Assignee in the State of Massachusetts.

The Issuer intends to maker further particulars of the Assignment available to Noteholders once the complaints in respect the Claims have been filed (which is expected to be completed on or about 7 July 2010).

**Enquiries:**

**The Directors**
CAMBER 4 plc
53 Merrion Square
Dublin 2
Ireland
Telephone: + 353 1 614 6240
Fax: + 353 1 614 6250

This announcement has been issued through the Companies Announcement
Service of

The Irish Stock Exchange

This information is provided by RNS
The company news service from the London Stock Exchange

END

ISESSWFIMFSSEIW

# EXHIBIT D

## RIS *from* Perfect Information Ltd
Application Copyright 1995 Perfect Information Ltd

| Number : | 1791P08 | Date : | 12/07/2010 |
|----------|---------|--------|------------|
| Company : | CAMBER 4 PLC | Time : | 08:44:01 |

## <u>Notice to Noteholders</u>

RNS Number : 1791P
CAMBER 4 plc
12 July 2010

URGENT

COMPANY ANNOUNCEMENT / NOTICE TO NOTEHOLDERS

For Release at 7.00 a.m. on 12 July
2010

CAMBER 4 plc

NOTICE RELATING TO ASSIGNMENT OF CERTAIN CLAIMS

US$890,000,000 Class A1-A Floating Rate Notes due 2053
(ISIN XS0208427764 )
(ISIN US13189MAB37 ) (the **"Class A1 Notes"**)

US$60,000,000 Class A2 Floating Rate Notes due 2053
(ISIN XS0208439009 ) (the **"Class A2 Notes"**)

US$23,000,000 Class A3 Floating Rate Notes due 2053
(ISIN XS0208439694 ) (the **"Class A3 Notes"**)

US$11,500,000 Class B Floating Rate Notes due 2053
(ISIN XS0208440353 ) (the **"Class B Notes"**)

US$12,000,000 Class C Deferrable Floating Rate Notes due 2053
(ISIN XS0208440510 ) (the **"Class C Notes"**)

US$7,500,000 Class D Notes due 2053
(ISIN XS0208440601 ) (the **"Class D Notes"**)

(together, the **"Notes"**).

Capitalised terms used but not defined in this notice (this **"Notice"**) shall have the same meanings as in the trust deed dated 16 December 2004 between CAMBER 4 plc (the **"Issuer"**), HSBC Trustee (C.I.) Limited (the **"Trustee"**), Wells Fargo Securitisation Services Limited (the **"Collateral Administrator"**), Cambridge Place Investment Management LLP (the **"Investment Manager"**), Cambridge Place Partners LP (**"LP"**), HSBC Bank plc, HSBC Bank USA, N.A., NCB Stockbrokers Limited (**"NCB"**), and Marsh Management Services (Dublin) Limited (**"Marsh"**) constituting the Class A1-A Notes, the Class A2 Notes, the Class A3 Notes, the Class B Notes, the Class C Notes and the Class D Notes, as amended and restated on 19 August 2005 (the **"Trust Deed"**) and as supplemented by the first supplemental trust deed dated 9 May 2005 between the Issuer, the Trustee, the Collateral Administrator, the Investment Manager, LP, HSBC Bank plc, HSBC Bank USA, N.A., NCB and Marsh constituting the Class A1-B Notes and the second supplemental trust deed dated 4 June 2010 between the Issuer, the Trustee, the Collateral Administrator, the Investment Manager, LP, HSBC Bank plc, HSBC Bank USA, N.A., NCB, Marsh and TMF Administration Services Limited.

**Purpose of Notice:**

On 6 July 2010, Camber 4 notified Noteholders that it had assigned (the **"Assignment"**) its interest in the Claims (as defined below) to a third party (**"Assignee"**). The purpose of this notice (the "Notice") is to provide Noteholders with further particulars in relation to the Assignment and the Claims.

**The Claims:**

Camber 4 believes certain Wall Street banks, issuers and other financial institutions (the **"Wall Street Banks"**) mis-sold approximately 92 US residential mortgage-backed bonds (the **"Securities"**) to Camber 4 by making untruthful statements in the offerings of the Securities (the **"Claims"**). It is expected that the Claims will be prosecuted in the Massachusetts courts.

Rescissionary remedies and damages are sought under the Massachusetts investor protection laws.

Bernstein Litowitz Berger and Grossmann LLP are appointed as trial lawyers (**"BLBG"**).

**The Assignee:**

Camber 4 has assigned the Claims to Cambridge Place Investment Management Inc., of Massachusetts, USA (**"CPIM"**) and will join with multiple clients of the CPIM Group who have assigned similar securities mis-selling claims.

**Principal Terms of the Assignment:**

Under the terms of the agreement between Camber 4 and CPIM dated 28 June 2010, CPIM will pursue the Claims but Camber 4 has no liability for any fees, costs or expenses of the litigation and will receive all recoveries after the expenses and contingency fees of BLBG and CPIM.

**Information regarding the conduct and development of the Claims:**

Camber 4 will provide Noteholders with updates on the progress of the litigation from time to time in compliance with its obligations at law and under the listing rules.

**Media enquiries:**

**Jonathan Hawker**
**Tel:      +44 20 7269 7232**
**Mobile:  +44 7979 907 000**

This announcement has been issued through the Companies Announcement
Service of
the Irish Stock Exchange

This information is provided by RNS
The company news service from the London Stock Exchange

END

ISESFDSWEFSSELW

# EXHIBIT E

# RIS *from* Perfect Information Ltd

Application Copyright 1995 Perfect Information Ltd

| Number : | 9615O10 | Date : | 07/07/2010 |
|----------|---------|--------|------------|
| Company : | CAMBER 7 PLC | Time : | 10:06:12 |

## Notice Relating to the Assignment of Certain Claim

RNS Number : 9615O
Camber 7 Plc
07 July 2010

### COMPANY ANNOUNCEMENT

*For Immediate Release*                                    *7 July 2010*

**CAMBER 7 plc**

**NOTICE RELATING TO THE ASSIGNMENT OF CERTAIN CLAIMS**

U.S.$15,500,000 Class S Floating Rate Secured Notes Due 2013
U.S.$485,000,000 Class A 1 Floating Rate Secured Notes Due 2042
U.S.$100,000,000 Class A 2 Floating Rate Secured Notes Due 2042
U.S.$72,000,000 Class A 3 Floating Rate Secured Notes Due 2042
U.S.$81,000,000 Class B Floating Rate Secured Notes Due 2042
U.S.$78,300,000 Class C Deferrable Floating Rate Secured Notes
Due 2042
U.S.$45,450,000 Class D Deferrable Floating Rate Secured Notes
Due 2042
U.S.$11,250,000 Class E Deferrable Floating Rate Secured Notes
Due 2042
U.S.$27,000,000 Income Notes Due 2042
(together, the **"Notes"**)

Reference is hereby made to the Indenture, dated as of 28 February
2007 (the "Indenture"), by and between CAMBER 7 plc as issuer (the
"Issuer"), CAMBER 7 Corp. as co-issuer (the "Co-Issuer") and Wells
Fargo Bank National Association as trustee (the "Trustee"), in relation
to the Notes. Capitalised terms used herein but not defined shall have
the meanings ascribed thereto in the Indenture.

**Purpose of Notice:**

The purpose of this notice (the "Notice") is to inform Noteholders that
the Issuer has transferred and assigned (the "Assignment") its interest
in certain Claims (as defined below) to a third party ("Assignee").

**The Claims:**

The claims ("Claims") are (i) causes of action arising from the manner in which certain dealers and / or sellers are alleged to have offered and/ or sold certain collateral assets to or for the account of the Issuer, (ii) causes of action arising in relation to credit default swap transactions. The causes of action arise in tort and under statute.

As consideration for the Assignment, the Issuer will be entitled to receive an amount calculated by reference to any recoveries received on judgment or settlement of the Claims.

It is expected that the Claims will be prosecuted by or on behalf of the Assignee in the State of Massachusetts.

The Issuer intends to maker further particulars of the Assignment available to Noteholders once the complaints in respect the Claims have been filed (which is expected to be completed on or about 8 July 2010).

*Enquiries:*

**Ivor Fitzpatrick & Co.**                            **Mr John King**
                                                    **Phone: +353 1 6787000**

**NCB Stockbrokers Limited**                          **Ms Lorena Thornton**
                                                    **Phone: +353 1 611 5907**

This announcement has been issued through the Companies
Announcement Service of
The Irish Stock Exchange.

This information is provided by RNS
The company news service from the London Stock Exchange

END

ISEKKODKCBKKAOK

# EXHIBIT F

## RIS *from* Perfect Information Ltd
Application Copyright 1995 Perfect Information Ltd

| Number : | 1831P09 | Date : | 12/07/2010 |
|----------|---------|--------|------------|
| Company : | CAMBER 7 PLC | Time : | 09:29:34 |

## <u>Notice to Noteholders</u>

RNS Number : 1831P
Camber 7 Plc
12 July 2010

URGENT
**COMPANY ANNOUNCEMENT/ NOTICE TO NOTEHOLDERS**

*For Release at 7.00 a.m. on 12
July 2010*

**CAMBER 7 plc**

**NOTICE RELATING TO THE ASSIGNMENT OF CERTAIN CLAIMS**

U.S.$15,500,000 Class S Floating Rate Secured Notes Due 2013
U.S.$485,000,000 Class A 1 Floating Rate Secured Notes Due 2042
U.S.$100,000,000 Class A 2 Floating Rate Secured Notes Due 2042
U.S.$72,000,000 Class A 3 Floating Rate Secured Notes Due 2042
U.S.$81,000,000 Class B Floating Rate Secured Notes Due 2042
U.S.$78,300,000 Class C Deferrable Floating Rate Secured Notes
Due 2042
U.S.$45,450,000 Class D Deferrable Floating Rate Secured Notes
Due 2042
U.S.$11,250,000 Class E Deferrable Floating Rate Secured Notes
Due 2042
U.S.$27,000,000 Income Notes Due 2042
(together, the **"Notes"**)

Reference is hereby made to the Indenture, dated as of 28 February
2007 (the **"Indenture"**), by and between CAMBER 7 plc as issuer (the
"**Issuer**"), CAMBER 7 Corp. as co-issuer (the "**Co-Issuer**") and Wells
Fargo Bank, National Association as trustee (the "**Trustee**"), in
relation to the Notes. Capitalised terms used herein but not defined
shall have the meanings ascribed thereto in the Indenture.

**Purpose of Notice:**

On 7 July 2010, Camber 7 notified Noteholders that it had assigned (the "**Assignment**") its interest in the Claims (as defined below) to a third party ("**Assignee**"). The purpose of this notice (the "**Notice**") is to provide Noteholders with further particulars in relation to the Assignment and the Claims.

**The Claims:**

Camber 7 believes certain Wall Street banks, issuers and other financial institutions (the "**Wall Street Banks**") mis-sold approximately 45 US residential mortgage-backed bonds (the "**Securities**") to Camber 7 by making untruthful statements in the offerings of the Securities (the "**Claims**"). It is expected that the Claims will be prosecuted in the Massachusetts courts.

Rescissionary remedies and damages are sought under the Massachusetts investor protection laws.

Bernstein Litowitz Berger and Grossman LLP are appointed as trial lawyers ("**BLBG**").

**The Assignee** :

Camber 7 has assigned the Claims to Cambridge Place Investment Management Inc., of Massachusetts, USA ("**CPIM**") and will join with multiple clients of the CPIM group who have assigned similar securities mis-selling claims.

**Principal Terms of the Assignment:**

Under the terms of the agreement between Camber 7 and CPIM dated 6 July 2010, CPIM will pursue the Claims but Camber 7 has no liability for any fees, costs or expenses of the litigation and will receive all recoveries after the expenses and contingency fees of BLBG and CPIM.

**Information regarding the conduct and development of the Claims:**

Camber 7 will provide Noteholders with updates on the progress of the litigation from time to time in compliance with its obligations at law and under the listing rules.

**Media Enquiries:**

**Jonathan Hawker**
**Tel:    +44 20 7269 7232**
**Mobile: +44 7979 907 000**

This announcement has been issued through the Companies
Announcement Service of

The Irish Stock Exchange

This information is provided by RNS
The company news service from the London Stock Exchange

END

ISESFUSAEFSSEEW