UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC., <br> Plaintiffs <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et. al. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 10-CV-11376-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## POPULAR ABS, INC.'S JOINDER IN PENDING DEFENDANTS' MOTION FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY

Defendant POPULAR ABS, INC. ("Popular ABS") hereby joins in the Defendants' Joint Motion (the "Motion," filed on October 18, 2010 as Docket No. 158) to the extent the Motion seeks leave to take jurisdictional discovery of the Plaintiff. Popular ABS incorporates herein by reference the arguments advanced by the Defendants for the taking of discovery set forth in the Memorandum submitted in support of the Motion (the "Memorandum," Docket No. 159) as well as the Affidavit of Matthew L. Craner submitted in support of the Motion (Docket No. 160). The Court has not yet ruled upon the Motion to the extent it seeks discovery of the Plaintiff and, rather, schedule a hearing on the Motion for November 8, 2010.

For the reasons set forth in the Memorandum, the Court should grant the Defendants' Motion and allow them to take jurisdictional discovery to support the existence of diversity jurisdiction in this action as well as further brief the remand issue after such discovery is conducted.

1

Respectfully submitted,

POPULAR ABS, INC.

By its attorneys,

/s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
O'Connor, Carnathan and Mack LLC
8 New England Executive Park, Suite 310
Burlington, Massachusetts 01803
Telephone:  781.359.9000
Facsimile:  781.359.9001
scarnathan@ocmlaw.net


Thomas W. Dymek
John J. Murphy
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
Telephone:  215-564-8053
Facsimile:  215-564-8120
TDymek@Stradley.com
JMurphy@Stradley.com

Dated:  October 21, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 21, 2010.

/s/ Sean T. Carnathan