## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. | CASE NO.  10-cv-11376 |
| Plaintiff, | |
| v. | |
| MORGAN STANLEY & CO., INC., *et al*. | |
| Defendants. | |

### NOTICE OF APPEARANCE OF MICHAEL T. GRANT

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael T. Grant of

Edwards Angell Palmer & Dodge LLP as co-counsel of record for Defendants Residential

Funding Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products,

Inc., and Residential Asset Securities Corporation.

Dated this 27th day of October 2010.

> RESIDENTIAL FUNDING SECURITIES, LLC, RESIDENTIAL ACCREDIT LOANS, INC., RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., RESIDENTIAL ASSET SECURITIES CORPORATION
>
> By their attorneys,
>
> /s/ Michael T. Grant
> Matthew A. Martel (BBO #641064)
> John A. Houlihan (BBO #542038)
> Michael T. Grant (BBO#677893)
> EDWARDS ANGELL PALMER & DODGE LLP
> 111 Huntington Avenue
> Boston, MA  02199-7613
> Tel:  617.239.0100
> Fax:  617-227-4420

## <u>CERTIFICATE OF SERVICE</u>

I, Michael T. Grant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on October 27, 2010.

/s/ Michael T. Grant_____
Michael T. Grant