**CT Corporation**    1209 Orange Street    302 777 0220 tel
Wilmington, DE 19801    www.ctlegalsolutions.com

October 26, 2010

Beth I.Z. Boland
Bingham McCutchen LLP
One Federal Street,
Boston, MA 02110

Re: Cambridge Place Investment Management Inc., Pltf. vs. Morgan Stanley & Co., Inc., et al. including New Century Mortgage Securities, Inc., Dfts.

Case No. 10-cv-11376

Dear Sir/Madam:

We are returning documents served/received for the above company.

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517503781

FedEx Tracking# 790729478953


cc: Massachusetts District Court
Moakley U.S. Courthouse,
1 Courthouse Way,
Suite 2300,
Boston, MA, 02210