UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MORGAN STANLEY & CO., INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES, INC.; DEUTSCHE BANK SECURITIES, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; UBS SECURITIES LLC; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES INC.; COUNTRYWIDE SECURITIES CORPORATION; FBR CAPITAL MARKETS & CO., HSBC SECURITIES (USA), INC.; BANC OF AMERICA SECURITIES LLC; RESIDENTIAL FUNDING SECURITIES, LLC; BARCLAYS CAPITAL INC.; ACCREDITED MORTGAGE LOAN REIT TRUST; ACE SECURITIES CORPORATION; AEGIS ASSET BACKED SECURITIES CORPORATION; AMERICAN HOME MORTGAGE ASSETS LLC.; AMERIQUEST MORTGAGE SECURITIES INC.; ARGENT SECURITIES INC.; ASSET BACKED FUNDING CORPORATION; ASSET BACKED SECURITIES CORPORATION; BANC OF AMERICA MORTGAGE SECURITIES, INC.; BCAP LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CITIGROUP MORTGAGE LOAN TRUST INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CWABS, INC.; CWALT, INC.; FBR SECURITIZATION, INC.; FIELDSTONE MORTGAGE INVESTMENT CORPORATION; FINANCIAL ASSET SECURITIES CORP.; FREMONT MORTGAGE SECURITIES CORPORATION; GS MORTGAGE | Civil Action No. 1:10-CV-11376-NMG <br><br><br> **DEFENDANTS' ASSENTED TO MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> [CAPTION CONTINUED ON NEXT PAGE] |

SECURITIES CORP.; HSI ASSET SECURITIZATION CORPORATION; J.P. MORGAN ACCEPTANCE CORPORATION I; LONG BEACH SECURITIES CORP.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MORGAN STANLEY ABS CAPITAL I INC.; MORGAN STANLEY CAPITAL I INC.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; NATIONSTAR FUNDING LLC; NEW CENTURY MORTGAGE SECURITIES LLC; NEW CENTURY MORTGAGE SECURITIES, INC.; NOVASTAR MORTGAGE FUNDING CORPORATION; PARK PLACE SECURITIES, INC.; PEOPLE'S CHOICE HOME LOAN SECURITIES CORP.; POPULAR ABS, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; SACO I INC.; SAXON ASSET SECURITIES COMPANY; SECURITIZED ASSET BACKED RECEIVABLES LLC; STANWICH ASSET ACCEPTANCE COMPANY, L.L.C.; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.

      Defendants.

Defendants Barclays Capital Inc., BCAP LLC, Securitized Asset Backed Receivables LLC, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation, Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan Stanley & Co. Incorporated, Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Asset Securities Company, Citigroup Global Markets Inc., Citigroup Mortgage Loan Trust Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Asset Backed Funding Corporation, RBS Securities, Inc., Financial Asset Securities Corp., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., J.P. Morgan Securities, Inc., J.P. Morgan Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II Inc., Residential Funding Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, HSBC Securities (USA), Inc., HSI Asset Securitization Corporation, FBR Securitization, Inc., FBR Capital Markets & Co., Ameriquest Mortgage Securities, Inc., Argent Securities, Inc., Park Place Securities, Inc., Novastar Mortgage Funding Corporation, Aegis Asset Backed Securities Corporation, Nationstar Funding LLC, Stanwich Asset Acceptance Company LLC, Deutsche Bank Securities, Inc., Ace Securities Corp., Popular ABS, Inc. and Fremont Mortgage Securities Corporation (collectively, "Defendants"), respectfully request leave to file a Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Joint Motion for Leave to Take Jurisdictional Discovery ("Plaintiff's Opposition").

Plaintiff's Opposition consists of 19 pages and contains 36 footnotes, and is supported by a declaration that attaches 9 exhibits.  In the Reply, Defendants will address the various factual and legal arguments raised in Plaintiff's Opposition.

Plaintiff consents to this motion on the condition that the Reply brief be filed by 12:00 p.m. on November 5, 2010 and be no longer than 10 pages, to which Defendants agree.

WHEREFORE, Defendants respectfully request that this Court enter an order permitting Defendants to file by 12 p.m. on November 5, 2010, a Reply to Plaintiff's Memorandum of Law in Opposition to Defendants' Joint Motion for Leave to Take Jurisdictional Discovery, and that the Reply be no more than ten pages.

Dated:  November 2, 2010

Respectfully submitted,

BARCLAYS CAPITAL INC., BCAP LLC AND SECURITIZED ASSET BACKED RECEIVABLES LLC,

By their attorneys,

/s/ Gary R. Greenberg
Joseph P. Davis III (BBO #551111)
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617) 310-6001
davisjo@gtlaw.com
greenbergg@gtlaw.com

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5155
Fax: (212) 506-5151

CREDIT SUISSE SECURITIES (USA) LLC, CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., AND ASSET BACKED SECURITIES CORPORATION,

By their attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700


GOLDMAN, SACHS & CO. AND GS MORTGAGE SECURITIES CORP.,

By their attorneys,

/s/ Richard H. Klapper
Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
Admitted via *pro hac vice*

MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY ABS CAPITAL I INC.,
MORGAN STANLEY CAPITAL I INC., AND SAXON
ASSET SECURITIES COMPANY,

By its attorneys,

/s/ Brandon L. Bigelow
James P. Rouhandeh (*pro hac vice*)
William J. Fenrich (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800
rouhandeh@davispolk.com
william.fenrich@davispolk.com
daniel.schwartz@davispolk.com

Frances S. Cohen, BBO #542811
Brandon L. Bigelow, BBO #651143
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736
frances.cohen@bingham.com
brandon.bigelow@bingham.com

CITIGROUP GLOBAL MARKETS INC. AND
CITIGROUP MORTGAGE LOAN TRUST INC.,

By their attorneys,

/s/ Susanna M. Buergel
Brad S. Karp (admitted *pro hac vice*)
Charles E. Davidow (admitted *pro hac vice*)
Susanna M. Buergel (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0553
sbuergel@paulweiss.com

Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
fhlevy@duanemorris.com
kyfergus@duanemorris.com

UBS SECURITIES LLC AND MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.,

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO # 541993)
Jennifer M. Ryan (BBO # 661498)
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Barry G. Sher (*admitted pro hac vice*)
James R. Bliss (*admitted pro hac vice*)
Anthony Antonelli (*admitted pro hac vice*)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022-3205
Tel: (212) 318-6000
Fax: (212) 319-4090

BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA MORTGAGE SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., MERRILL LYNCH MORTGAGE INVESTORS, INC., ASSET BACKED FUNDING CORPORATION, RBS SECURITIES, INC. AND FINANCIAL ASSET SECURITIES CORP.,

By their attorneys,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Christopher B. Zimmerman (BBO #653854)
Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
Kathertine B. Dirks (BBO #673674)
WILMERHALE
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000


COUNTRYWIDE SECURITIES CORPORATION, CWABS, INC. AND CWALT, INC.,

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

J.P. MORGAN SECURITIES, INC., J.P. MORGAN
ACCEPTANCE CORPORATION I, BEAR STEARNS
ASSET BACKED SECURITIES I LLC, LONG
BEACH SECURITIES CORP., WASHINGTON
MUTUAL MORTGAGE SECURITIES CORP., SACO
I INC., AND STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.,

By their attorneys,

/s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter
Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 705-7000
Fax: (212) 752-5378

RESIDENTIAL FUNDING SECURITIES LLC D/B/A
GMAC RFC SECURITIES, RESIDENTIAL
ACCREDIT LOANS, INC., RESIDENTIAL ASSET
MORTGAGE PRODUCTS, INC. AND RESIDENTIAL
ASSET SECURITIES CORPORATION,

By their attorneys,

/s/ Matthew A. Martell
Matthew A. Martell (BBO #641064)
John A. Houlihan (BBO #542038)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel: (617) 239-0100
Fax: (617) 227-4420


HSBC SECURITIES (USA), INC. AND HSI ASSET
SECURITIZATION CORPORATION,

By their attorneys,

/s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel:  (617) 523-6655
Fax:  (617) 248-9877
JRyan@lwelaw.com

Richard A. Spehr (*pro hac vice*)
Michael O. Ware (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel:  (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

FBR CAPITAL MARKETS & CO.,

By its attorneys,

/s/ William T. Hogan III
William T. Hogan III (BBO #237710)
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Boston Place, 40th Floor
Boston, MA 02108
Tel: (617) 573-4700
Fax: (617) 573-4741

Margaret A. Keeley
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel: (202) 434-5000
Fax: (202) 434-5029


FBR SECURITIZATION, INC.,

By its attorneys,

/s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868

Edward J. Fuhr
Eric H. Feiler
Matthew P. Bosher
Trevor S. Cox
Hunton & Williams LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

AMERIQUEST MORTGAGE, SECURITIES, INC., ARGENT SECURITIES, INC. AND PARK PLACE SECURITIES, INC.,

By their attorneys,

/s/ Edward V. Colbert III
Edward V. Colbert III, BBO#566187
Nancy L. Perlman, BBO#656156
Erin E. Howard, BBO#666955
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
617-951-2800
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

Bernard E. LeSage, admitted *pro hac vice*
Karen L. Stevenson, admitted *pro hac vice*
Shannon Keast, admitted *pro hac vice*
BUCHALTER NEMER, P.L.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90014
213-891-0700
blesage@buchalter.com
kstevenson@buchalter.com
skeast@buchalter.com

NOVASTAR MORTGAGE FUNDING CORPORATION,

By its attorneys,

/s/ William F. Alderman
William F. Alderman (Pro Hac Vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5944
Fax: (415) 773-5759
walderman@orrick.com

Wm. Shaw McDermott (BBO #330860)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

AEGIS ASSET BACKED SECURITIES CORPORATION,

By its attorneys,

/s/ R. Bruce Allensworth
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com


NATIONSTAR FUNDING LLC AND STANWICH ASSET ACCEPTANCE COMPANY, LLC,

By its attorneys,

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street
Suite 2750
Boston, MA  021109
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Reid L. Ashinoff
(reid.ashinoff@snrdenton.com)
Jonathan D. Forstot
(jonathan.forstot@snrdenton.com)
Justin N. Kattan (justin.kattan@snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800

DEUTSCHE BANK SECURITIES, INC. AND ACE SECURITIES CORP.,

By their attorneys,

/s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763
Ethan.Brown@lw.com

Jamie L. Wine (admitted *pro hac vice*)
John M. Falzone (admitted *pro hac vice*)
Jason C. Hegt (admitted *pro hac vice*)
LATHAM & WATKINS LLP
855 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200


POPULAR ABS, INC.

By its attorneys,

/s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
O'CONNOR, CARNATHAN AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, Massachusetts 01803
Tel: 781.359.9000
Fax: 781.359.9001
scarnathan@ocmlaw.net

Thomas W. Dymek
John J. Murphy
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
Tel: 215-564-8053
Fax: 215-564-8120
TDymek@Stradley.com
JMurphy@Stradley.com

        Fremont Mortgage Securities Corp.

        By its attorneys,

        <u>/s/ James R. Carroll</u>
        James R. Carroll (BBO #554426)
        Peter Simshauser (BBO #665153)
        Christian R. Jenner (BBO #669255)
        SKADDEN, ARPS, SLATE,
        MEAGHER & FLOM LLP
        One Beacon Street
        Boston, Massachusetts 02108
        (617) 573-4800
        james.carroll@skadden.com
        peter.simshauser@skadden.com
        christian.jenner@skadden.com

## LOCAL RULE 7.1(a)(2) CERTIFICATE

    I, Gary Greenberg, hereby certify that on November 2, 2010, I conferred with counsel for Plaintiffs in this matter and counsel for Plaintiffs have assented to the filing of this motion.

        <u>/s/ Gary R. Greenberg</u>
        Gary R. Greenberg

## CERTIFICATE OF SERVICE

    I, Gary Greenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the following and those indicated as non registered participants on November 2, 2010 by U.S. mail, postage prepaid.

        <u>/s/ Gary R. Greenberg</u>
        Gary R. Greenberg