UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 10-cv-11376 |
| v. | ) ) | |
| MORGAN STANLEY & CO., INC., ET AL., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS

**TO THE CLERK OF THE ABOVE NAMED COURT:**

　　Please note and record the following change of address for Defendant, FBR Capital Markets & Co. f/k/a Friedman, Billings, Ramsey & Co., Inc. Counsel, William T. Hogan III, in the above captioned-matter, *effective immediately:*

William T. Hogan III
bill.hogan@nelsonmullins.com
Nelson Mullins Riley & Scarborough, LLP
One Post Office Square, 30th Floor
Boston, MA 02109
Tel: (617) 573-4700
Fax: (617) 573-4710

Kindly forward all correspondence, pleadings and notices to the above address.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ William T. Hogan III
　　　　　　　　　　　　　　　　　　　William T. Hogan III (BBO#237710)
　　　　　　　　　　　　　　　　　　　bill.hogan@nelsonmullins.com
　　　　　　　　　　　　　　　　　　　Nelson Mullins Riley & Scarborough LLP
　　　　　　　　　　　　　　　　　　　One Post Office Square, 30th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　(617) 573-4700

Dated: November 12, 2010

## CERTIFICATE OF SERVICE

  I, William T. Hogan III, hereby certify that this document has been filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: November 12, 2010

                /s/ William T. Hogan III_____