UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC., <br> Plaintiffs <br><br> v. <br><br> MORGAN STANLEY & CO., INC., et. al. <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 10-CV-11376-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please note and record the following change of address for Defendants, Popular ABS, Inc.'s counsel, Sean T. Carnathan, in the above captioned-matter, effectively immediately:

Sean T. Carnathan
scarnathan@ocmlaw.net
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Burlington, MA 01803
Telephone: 781-359-9000
Facsimile: 781-359-9001

Kindly forward all correspondence, pleadings and notices to the above address.

Respectfully submitted,

/s/ Sean T. Carnathan_____
Sean T. Carnathan (BBO#636889)
O'Connor Carnathan and Mack LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Burlington, Massachusetts 01803
(781) 359-9000
scarnathan@ocmlaw.net

Dated: November 16, 2010

## CERTIFICATE OF SERVICE

      I, Sean T. Carnathan, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Date:  November 16, 2010                         /s/ Sean T. Carnathan