UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>    Plaintiff,<br>  v.<br><br>MORGAN STANLEY & CO., INC., *et al.*<br><br>    Defendants. | CASE NO. 10-cv-11376 |

## NOTICE OF WITHDRAWAL

Please note the withdrawal of Jennifer M. Ryan of Dwyer & Collora, LLP as counsel for Defendant, UBS Securities LLC and Mortgage Asset Securitization Transactions, Inc.

            /s/ Jennifer M. Ryan
            Jennifer M. Ryan (BBO No. 661498)
            Dwyer & Collora LLP
            600 Atlantic Avenue
            Boston, MA 02210
            (617) 371 1000
            jryan@dwyercollora.com

Dated: December 1, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be delivered to those individuals indicated as non-registered participants on December 1, 2010.

                /s/ Jennifer M. Ryan
                Jennifer M. Ryan