UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., *et al.*, <br><br> Defendants. | 1:10-cv-11376-NMG |

## MOTION FOR *PRO HAC VICE* ADMISSION

Defendant Accredited Mortgage Loan REIT Trust ("Accredited Mortgage") moves, pursuant to L.R. 83.5.3, that the Court allow attorney J. Mark Chevallier to appear *pro hac vice* in the above-captioned matter. As grounds therefore, Accredited Mortgage states:

1. Mr. Chevallier is a member in good standing of all the bars to which he has been admitted to practice and is familiar with the Local Rules of this Court.

2. There are no disciplinary proceedings pending against Mr. Chevallier as a member of the bar of any jurisdiction.

3. Undersigned counsel is a member of the bar of this Court and has appeared in this action on behalf of Accredited Mortgage.

839386

The Certificate required by L.R. 83.5.3 of the above-named individual is attached to this motion.

Dated: December 16, 2010

Respectfully submitted,

ACCREDITED MORTGAGE LOAN REIT TRUST,
By its attorneys,

/s/ *John R. Baraniak, Jr.*
John R. Baraniak, Jr. (BBO #552259)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000
jbaraniak@choate.com

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Accredited Mortgage Loan REIT Trust hereby certifies that he has conferred with counsel for the Plaintiff concerning the subject matter of this Motion and that Plaintiff does not oppose this Motion.

/s/ *John R. Baraniak, Jr.*
John R. Baraniak, Jr.

## CERTIFICATE OF SERVICE

    I, John R. Baraniak, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/*John R. Baraniak, Jr.*
                                          John R. Baraniak, Jr.

839386

### Certification of J. Mark Chevallier

I, J. Mark Chevallier, Esquire, hereby certify that:

1. I am a member of good standing of the bars of all the jurisdictions in which I have been admitted to practice, namely the bar of Texas and of the United States District Courts for the Northern, Southern, Western and Eastern Districts of Texas.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

J. Mark Chevallier
McGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood Street
Suite 1800
Dallas, TX 75201
Tel.: 214.954.6800
Fax: 214.954.6868
mchevallier@mcslaw.com

Dated: December 15, 2010.

839386