UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC. <br><br> Plaintiff, <br> v. <br><br> MORGAN STANLEY & CO., INC., *et al*. <br><br> Defendants. | Civil Action No. 10-cv-11376-NMG |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Defendant Accredited Mortgage Loan REIT Trust hereby moves for additional time in which to respond to the Complaint, and, with Plaintiff Cambridge Place Investment Management Inc. ("CPIM"), jointly move for entry of a Scheduling Order in the above-captioned action. CPIM, through counsel, assents to this Defendant's motion for additional time to respond to the Complaint.

As grounds therefor, the parties state:

1.     On August 19, 2010, Plaintiff and Defendants ACE Securities Corp., Asset Backed Securities Corporation, Barclays Capital Inc., BCAP LLC, Bear Stearns Asset Backed Securities I LLC, Citigroup Global Markets, Inc., Citigroup Mortgage Loan Trust Inc., CWABS, Inc., CWALT, Inc., Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Securities (USA) LLC, Deutsche Bank Securities, Inc., FBR Capital Markets & Co., FBR Securitization, Inc., Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan Stanley & Co. Inc., Morgan Stanley ABS Capital

I Inc., Morgan Stanley Capital I Inc., Mortgage Asset Securitization Transactions, Inc., SACO I Inc., Saxon Asset Securities Company, Securitized Asset Backed Receivables LLC, Structured Assert Mortgage Investments II Inc., UBS Securities LLC, J.P. Morgan Securities, Inc., J.P. Morgan Acceptance Corporation I, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., RBS Securities, Inc., Financial Asset Securities Corp., HSBC Securities (USA) Inc., HSI Asset Securitization Corporation, Fremont Mortgage Securities Corp., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Countrywide Securities Corporation, Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., Residential Funding Securities, LLC d/b/a GMAC RFC Securities, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, Asset Backed Funding Corporation, Nationstar Funding LLC, and Stanwich Asset Acceptance Company L.L.C. filed an Assented To Motion for Extension of Time to Respond to Complaint and Joint Motion for Entry of Scheduling Order (ECF No. 98).

2.     On August 24, 2010, Plaintiff and Defendant Popular ABS, Inc. filed an Assented To Motion for Extension of Time to Respond to Complaint and Joint Motion for Entry of Scheduling Order with identical terms as the August 19, 2010 assented-to motion (ECF No. 112), together, the "Prior Assented to Motions."

3.     This Court granted the Prior Assented to Motions on September 1, 2010.

4.     On September 17, 2010, Plaintiff and Defendant NovaStar Mortgage Funding Corporation filed a similar Assented To Motion for Extension of Time to Respond to Complaint and Joint Motion for Entry of Scheduling Order with identical terms as the

Prior Assented to Motions (ECF No. 143), and the Court granted this Motion on October 5, 2010.

5. On October 6, 2010, Plaintiff and Defendant Aegis Asset Backed Securities Corporation filed a similar Assented To Motion for Extension of Time to Respond to Complaint and Joint Motion for Entry of Scheduling Order with identical terms as the Prior Assented to Motions (ECF No. 157), and the Court granted this Motion on October 12, 2010.

6. Defendant Accredited Mortgage Loan REIT Trust was served with the Complaint in this action on July 15, 2010, and an affidavit confirming that service was filed on August 2, 2010, in Suffolk County Superior Court for the Commonwealth of Massachusetts, Business Litigation Session.

7. Plaintiff and Defendant Accredited Mortgage Loan REIT Trust agree that the same extension of time to respond to the Complaint and Scheduling Order as proposed in the Prior Assented To Motions should apply to Defendant Accredited Mortgage Loan REIT Trust.

**WHEREFORE,** the parties respectfully request that this Court:

1. Grant the instant motion to extend the time within which Defendant Accredited Mortgage Loan REIT Trust must answer, move, or otherwise respond to the Complaint;

2. Grant the instant motion to enter an Order establishing the schedule set forth in the Prior Assented to Motions for Defendant Accredited Mortgage Loan REIT Trust to respond to the Complaint; and

3.    Grant such further relief as may be just and proper.

Respectfully submitted,

CAMBRIDGE PLACE INVESTMENT
MANAGEMENT INC.,
By its attorneys,

T. Christopher Donnelly (BBO #129930)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY
& GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, MA  60654
Tel: (617) 720-2880
Fax: (617) 720-3554

and

/s/ Lauren A. McMillen
Gerald H. Silk (*admitted pro hac vice*)
David L. Wales (*admitted pro hac vice*)
Jai K. Chandrasekhar (*admitted pro hac vice*)
Lauren A. McMillen (*admitted pro hac vice*)
BERNSTEIN, LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY  10019
Tel: (212) 554-1400
Fax: (212) 554-1444

and

David R. Stickney (*admitted pro hac vice*)
Timothy A. Delange (*admitted pro hac vice*)
Takeo Kellar (*admitted pro hac vice*)
Matthew Jubenville (*admitted pro hac vice*)
BERNSTEIN, LITOWITZ BERGER
& GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

Dated: January 6, 2011

Respectfully submitted,

ACCREDITED MORTGAGE LOAN REIT
TRUST,
By its attorneys,

/s/ John R. Baraniak, Jr.
John R. Baraniak, Jr. (BBO #552259)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tel: (617) 248-5000
Fax: (617) 248-4000
jbaraniak@choate.com

and

J. Thomas Scott (*admitted pro hac vice*)
J. Mark Chevallier (*admitted pro hac vice*)
McGUIRE, CRADDOCK &
STROTHER, PC
2501 N. Harwood Street
Suite 1800
Dallas, TX 75201
Tel: (214) 954-6800
Fax (214) 954-6868
tscott@mcslaw.com
mchevallier@mcslaw.com

-5-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, on January 6, 2011.

*/s/ John R. Baraniak, Jr.*
John R. Baraniak, Jr.

4781844v1