# APPENDIX A

**DEFENDANTS OBJECTING TO MAGISTRATE JUDGE'S R&R ON REMAND**

- ACE Securities Corp.
- Accredited Mortgage Loan Reit Trust
- Aegis Asset Backed Securities Corp
- Asset Backed Funding Corporation
- Asset Backed Securities Corporation
- Banc of America Mortgage Securities, Inc.
- Banc of America Securities LLC
- Barclays Capital Inc.
- BCAP LLC and Securitized Asset Backed Receivables LLC
- Bear Stearns Asset Backed Securities I LLC
- Citigroup Global Markets, Inc.
- Citigroup Mortgage Loan Trust, Inc.
- Countrywide Securities Corporation
- CWABS, Inc.
- CWALT, Inc.
- Credit Suisse Securities (USA) LLC
- Credit Suisse First Boston Mortgage Securities Corp.
- Deutsche Bank Securities, Inc.
- FBR Capital Markets & Co.
- FBR Securitization, Inc.
- Financial Asset Securities Corp.
- Fremont Mortgage Securities Corp.
- Goldman, Sachs & Co.
- GS Mortgage Securities Corp.
- HSBC Securities (USA) Inc.
- HSI Asset Securitization Corporation
- J.P. Morgan Acceptance Corporation I
- J.P. Morgan Securities, Inc.

APPENDIX A
DEFENDANTS OBJECTING TO R&R ON REMAND

- Long Beach Securities Corp.
- Merrill Lynch Mortgage Investors, Inc.
- Merrill Lynch, Pierce, Fenner & Smith Inc.
- Morgan Stanley & Co. Inc.
- Morgan Stanley ABS Capital I Inc.
- Morgan Stanley Capital I Inc.
- Nationstar Funding
- NovaStar Mortgage Funding Corporation
- Popular Abs, Inc.
- RBS Securities, Inc.
- Residential Accredited Loans, Inc.
- Residential Asset Mortgage Products
- Residential Asset Securities Corporation.
- Residential Funding Securities LLC d/b/a GMAC RFC Securities
- SACO I Inc
- Saxon Asset Securities Company
- Stanwich Asset Acceptance Company LLC
- Structured Asset Mortgage Investments II Inc.
- UBS Securities LLC and Mortgage Asset Securitization Transactions, Inc.
- Washington Mutual Mortgage Securities Corp.