UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY & CO., INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES, INC.; DEUTSCHE BANK SECURITIES, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; UBS SECURITIES LLC; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES INC.; COUNTRYWIDE SECURITIES CORPORATION; FBR CAPITAL MARKETS & CO., HSBC SECURITIES (USA), INC.; BANC OF AMERICA SECURITIES LLC; RESIDENTIAL FUNDING SECURITIES, LLC; BARCLAYS CAPITAL INC.; ACCREDITED MORTGAGE LOAN REIT TRUST; ACE SECURITIES CORPORATION; AEGIS ASSET BACKED SECURITIES CORPORATION; AMERICAN HOME MORTGAGE ASSETS LLC.; AMERIQUEST MORTGAGE SECURITIES INC.; ARGENT SECURITIES INC.; ASSET BACKED FUNDING CORPORATION; ASSET BACKED SECURITIES CORPORATION; BANC OF AMERICA MORTGAGE SECURITIES, INC.; BCAP LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CITIGROUP MORTGAGE LOAN TRUST INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CWABS, INC.; CWALT, INC.; FBR SECURITIZATION, INC.; FIELDSTONE MORTGAGE INVESTMENT CORPORATION; FINANCIAL ASSET SECURITIES CORP.; FREMONT MORTGAGE SECURITIES CORPORATION; GS MORTGAGE | Civil Action No. 1:10-CV-11376-NMG<br><br><br><br><br><br><br><br>**AFFIDAVIT OF MATTHEW L. CRANER IN SUPPORT OF DEFENDANTS' JOINT OBJECTION TO MAGISTRATE JUDGE'S REPORT & RECOMMENDATION ON DEFENDANTS' MOTION FOR LEAVE TO TAKE JURISDICTIONAL DISCOVERY AND TO EXTEND BRIEFING ON PLAINTIFF'S <u>MOTION TO REMAND</u>**<br><br><br><br><br><br>[CAPTION CONTINUED ON NEXT PAGE] |

SECURITIES CORP.; HSI ASSET SECURITIZATION CORPORATION; J.P. MORGAN ACCEPTANCE CORPORATION I; LONG BEACH SECURITIES CORP.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MORGAN STANLEY ABS CAPITAL I INC.; MORGAN STANLEY CAPITAL I INC.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; NATIONSTAR FUNDING LLC; NEW CENTURY MORTGAGE SECURITIES LLC; NEW CENTURY MORTGAGE SECURITIES, INC.; NOVASTAR MORTGAGE FUNDING CORPORATION; PARK PLACE SECURITIES, INC.; PEOPLE'S CHOICE HOME LOAN SECURITIES CORP.; POPULAR ABS, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; SACO I INC.; SAXON ASSET SECURITIES COMPANY; SECURITIZED ASSET BACKED RECEIVABLES LLC; STANWICH ASSET ACCEPTANCE COMPANY, L.L.C.; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORP.

                Defendants.

I, MATTHEW L. CRANER, being duly sworn, upon my oath depose and say as follows:

1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys for Defendants Barclays Capital Inc., BCAP LLC, and Securitized Asset Backed Receivables LLC. I am a member in good standing of the bar of the State of New York. I submit this affidavit in support of Defendants' Joint Objection to Magistrate Judge's Report & Recommendation on Defendants' Motion for Leave to Take Jurisdictional Discovery and to Extend Briefing on Plaintiff's Motion to Remand.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Order of Judge Milton I. Shadur, issued November 29, 2010, in *Federal Home Loan Bank of Chicago v. Banc of America Funding Corp., et al.*, No. 10-CV-07560 (N.D. Ill. Nov. 29, 2010).

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Transcript of the Motion Hearing Before Magistrate Judge Judith G. Dein at Boston, Massachusetts on November 15, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of January, 2011.
New York, New York

/s/ Matthew L. Craner_____
Matthew L. Craner (*admitted pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151

*Attorney for Defendants Barclays Capital Inc., BCAP LLC and Securitized Asset Backed Receivables LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served via the Court's Electronic Filing System, the attached Affidavit Of Matthew L. Craner In Support Of Defendants' Joint Objection To Magistrate Judge's Report & Recommendation On Defendants' Motion For Leave To Take Jurisdictional Discovery And To Extend Briefing On Plaintiff's Motion To Remand upon the registered participants as identified on the Notice of Electronic Filing.

/s/ Matthew L. Craner
Matthew L. Craner