UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC., <br><br> Plaintiff, <br> v. <br><br> MORGAN STANLEY & CO., INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; RBS SECURITIES, INC.; DEUTSCHE BANK SECURITIES, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; UBS SECURITIES LLC; GOLDMAN, SACHS & CO.; J.P. MORGAN SECURITIES INC.; COUNTRYWIDE SECURITIES CORPORATION; FBR CAPITAL MARKETS & CO., HSBC SECURITIES (USA), INC.; BANC OF AMERICA SECURITIES LLC; RESIDENTIAL FUNDING SECURITIES, LLC; BARCLAYS CAPITAL INC.; ACCREDITED MORTGAGE LOAN REIT TRUST; ACE SECURITIES CORPORATION; AEGIS ASSET BACKED SECURITIES CORPORATION; AMERICAN HOME MORTGAGE ASSETS LLC.; AMERIQUEST MORTGAGE SECURITIES INC.; ARGENT SECURITIES INC.; ASSET BACKED FUNDING CORPORATION; ASSET BACKED SECURITIES CORPORATION; BANC OF AMERICA MORTGAGE SECURITIES, INC.; BCAP LLC; BEAR STEARNS ASSET BACKED SECURITIES I LLC; CITIGROUP MORTGAGE LOAN TRUST INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CWABS, INC.; CWALT, INC.; FBR SECURITIZATION, INC.; FIELDSTONE MORTGAGE INVESTMENT CORPORATION; FINANCIAL ASSET SECURITIES CORP.; FREMONT MORTGAGE SECURITIES CORPORATION; GS MORTGAGE SECURITIES CORP.; HSI ASSET SECURITIZATION CORPORATION; | Civil Action No. 10-cv-11376-NMG <br><br> <u>DEFENDANTS MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF DEFENDANTS' JOINT OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO REMAND</u> <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> [CAPTION CONTINUED ON NEXT PAGE] |

| |
|---|
| J.P. MORGAN ACCEPTANCE CORPORATION I; LONG BEACH SECURITIES CORP.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MORGAN STANLEY ABS CAPITAL I INC.; MORGAN STANLEY CAPITAL I INC.; MORTGAGE ASSET SECURITIZATION TRANSACTIONS, INC.; NATIONSTAR FUNDING LLC; NEW CENTURY MORTGAGE SECURITIES LLC; NEW CENTURY MORTGAGE SECURITIES, INC.; NOVASTAR MORTGAGE FUNDING CORPORATION; PARK PLACE SECURITIES, INC.; PEOPLE'S CHOICE HOME LOAN SECURITIES CORP.; POPULAR ABS, INC.; RESIDENTIAL ACCREDIT LOANS, INC.; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL ASSET SECURITIES CORPORATION; SACO I INC.; SAXON ASSET SECURITIES COMPANY; SECURITIZED ASSET BACKED RECEIVABLES LLC; STANWICH ASSET ACCEPTANCE COMPANY, L.L.C.; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., <br><br>       Defendants. |

Defendants Barclays Capital Inc., BCAP LLC, Securitized Asset Backed Receivables LLC, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp., Asset Backed Securities Corporation, Goldman, Sachs & Co., GS Mortgage Securities Corp., Morgan Stanley & Co. Incorporated, Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., Saxon Asset Securities Company, Citigroup Global Markets Inc., Citigroup Mortgage Loan Trust Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions, Inc., Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Asset Backed Funding Corporation, RBS Securities, Inc., Financial Asset Securities Corp., Countrywide

Securities Corporation, CWABS, Inc., CWALT, Inc., J.P. Morgan Securities, Inc., J.P. Morgan Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc., Structured Asset Mortgage Investments II, Inc., Residential Funding Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., Residential Asset Securities Corporation, HSBC Securities (USA), Inc., HSI Asset Securitization Corporation, FBR Securitization, Inc., FBR Capital Markets & Co., Novastar Mortgage Funding Corporation, Aegis Asset Backed Securities Corporation, Nationstar Funding LLC, Stanwich Asset Acceptance Company LLC, Deutsche Bank Securities, Inc., Ace Securities Corp., Popular ABS, Inc., Accredited Mortgage Loan Reit Trust, and Fremont Mortgage Securities Corp., (collectively "Defendants") hereby move for leave to file a brief, five-page reply responding to Plaintiff Cambridge Place Investment Management Inc.'s ("CPIM") opposition to Defendants' Objections to the Magistrate Judge's Report and Recommendation on Plaintiff's Motion To Remand.

As grounds therefor, Defendants state:

1. In August 2010, this action was removed from the Superior Court of the Commonwealth of Massachusetts (the "State Court") to this Court, under the "related to bankruptcy" provisions of 28 U.S.C. § 1334 and the diversity jurisdiction provisions of 28 U.S.C. § 1332. Shortly thereafter, CPIM filed a motion to remand this action to State Court (Dkt # 133).

2. After hearing conducted on November 15, 2010, on December 28, 2010, Chief Magistrate Judge Dein issued a Report and Recommendation on Plaintiff's Motion to Remand, finding that there was "related to bankruptcy" jurisdiction but recommending remand on the basis of mandatory and permissive abstention theories (Dkt. # 203).

3. On January 18, 2011, Defendants filed an objection to the Report and Recommendation (Dkt. # 209). On February 1, 2011, CPIM filed a 20-page, heavily footnoted, opposition to Defendants' objection (Dkt. # 213). In its opposition, CPIM

A/73655647.2

makes a number of statements, including those relating to, to *inter alia*, the standards by which abstention should be contemplated by a federal court with jurisdiction over an action pending before it, and the factors to be considered in connection with the doctrine permissive abstention, which Defendants believe do not accurately reflect the law or the facts in this matter.

4. Defendants believe it would therefore be appropriate, and helpful to the Court, to address these issues, and request the opportunity to file, within five days from the date which this Court grants this motion, a short, five-page reply brief in further support of their objection to the Report and Recommendation on Plaintiff's Motion to Remand.

**WHEREFORE**, Defendants respectfully request that this Court:

1. Grant the instant motion for leave to file a five-page reply to be due within five days after this Court grants this motion; and

2. Grant such further relief as may be just and proper.

Respectfully submitted,

February 4, 2011

J.P. MORGAN SECURITIES, INC., J.P. MORGAN ACCEPTANCE CORPORATION I, BEAR STEARNS ASSET BACKED SECURITIES I LLC, LONG BEACH SECURITIES CORP., WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., SACO I INC., AND STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.,
By their attorneys,

 /s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel: (617) 951-8000
Fax: (617) 951-8736

Kenneth I. Schacter

A/73655647.2

Theo J. Robins
Brandyne S. Warren
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

CREDIT SUISSE SECURITIES (USA) LLC,
CREDIT SUISSE FIRST BOSTON MORTGAGE
SECURITIES CORP., AND ASSET BACKED
SECURITIES CORPORATION,
By their attorneys,

     /s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER  LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Richard W. Clary
Michael T. Reynolds
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700

DEUTSCHE BANK SECURITIES, INC. AND
ACE SECURITIES CORP.,
By their attorneys,

     /s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763

Jamie L. Wine (admitted *pro hac vice*)
John M. Falzone(admitted *pro hac vice*)

Jason C. Hegt (admitted *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4834
Tel: (212) 906-1396
Fax: (212) 751-4864

MORGAN STANLEY & CO. INC., MORGAN
STANLEY ABS CAPITAL I INC., MORGAN
STANLEY CAPITAL I INC. AND SAXON ASSET
SECURITIES COMPANY,
By their attorneys,

   /s/ Frances S. Cohen
Frances S. Cohen (BBO #482511)
Brandon L. Bigelow (BBO #651143)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02109
Tel: (617) 951-8000
Fax: (617) 951-8736

James P. Rouhandeh
Daniel J. Schwartz
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

FBR CAPITAL MARKETS & CO.,
By its attorneys,

   /s/ William T. Hogan
William T. Hogan III (BBO #237710)
NELSON MULLINS RILEY & SCARBOROUGH
LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 573-4700
Fax: (617) 573-4741

Margaret A. Keeley
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.

Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

FBR SECURITIZATION, INC.
By its attorneys,

       /s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868

Edward J. Fuhr
Eric H. Feiler
Matthew P. Bosher
Trevor S. Cox
Hunton & Williams LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

BARCLAYS CAPITAL INC., BCAP LLC AND SECURITIZED ASSET BACKED RECEIVABLES LLC,
By their attorneys,

       /s/ Joseph P. Davis III
Joseph P. Davis III (BBO #551111)
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001

Joseph J. Frank
Steven J. Fink
Matthew L. Craner
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019

Tel: (212) 506-5155
Fax: (212) 506-5151

GOLDMAN, SACHS & CO. AND GS
MORTGAGE SECURITIES CORP.,
By their attorneys,

     /s/ Edward P. Leibensperger
Edward P. Leibensperger (BBO #292620)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4046
Fax: (617) 535-3800

Richard H. Klapper
Theodore Edelman
Harsh N. Trivedi
Christopher J. Dunne
Jessica P. Stokes
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
trivedih@sullcrom.com
dunnec@sullcrom.com
stokesj@sullcrom.com

UBS SECURITIES LLC AND MORTGAGE
ASSET SECURITIZATION TRANSACTIONS,
INC.,
By their attorneys,

     /s/ Kathy B. Weinman
Kathy B. Weinman (BBO # 541993)
Azure Abuirmeileh (BBO # 670325)
DWYER & COLLORA, LLP
600 Atlantic Avenue, 12th Floor
Boston, MA  02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037

Barry G. Sher

James R. Bliss
Anthony Antonelli
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022
Tel: (212) 318-6000
Fax: (212) 319-4090

CITIGROUP GLOBAL MARKETS, INC. AND
CITIGROUP MORTGAGE LOAN TRUST INC.,
By their attorneys,

    /s/ Franklin H. Levy
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue
Boston, MA 02210
Tel: (857) 488-4264
Fax: (857) 488 4201

Susanna M. Buergel
Brad S. Karp
Charles Davidow
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3553
Fax: (212) 492-0553

BANC OF AMERICA SECURITIES LLC, BANC OF AMERICA MORTGAGE SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INC., MERRILL LYNCH MORTGAGE INVESTORS, INC., ASSET BACKED FUNDING CORPORATION, RBS SECURITIES, INC. AND FINANCIAL ASSET SECURITIES CORP.,
By their attorneys,

    /s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)

Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
WILMERHALE
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

HSBC SECURITIES (USA) INC. and HSI
ASSET SECURITIZATION CORPORATION,
By their attorneys,

     /s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts 02109
Tel: (617) 523-6655
Fax: (617) 248-9877

Richard A. Spehr
Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel: (212) 506-2500
Fax: (212) 262-1910

FREMONT MORTGAGE SECURITIES CORP.,
By its attorneys,

     /s/ James R. Carroll
James R. Carroll (BBO #554426)
Peter Simshauser (BBO #665153)
Christian R. Jenner (BBO #669255)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822


COUNTRYWIDE SECURITIES CORPORATION,
CWABS, INC., AND CWALT, INC.,
By their attorneys,

    /s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

NATIONSTAR FUNDING LLC AND STANWICH
ASSEST ACCEPTANCE COMPANY LLC,
By their attorneys,

    /s/ Phillip A. O'Connell, Jr.
Phillip A. O'Connell, Jr. (BBO #649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA 02110
Tel: (617) 235-6802
Fax: (617) 235-6899

Justin N. Kattan
Reid L. Ashinoff
Jonathan D. Forstot
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800

RESIDENTIAL FUNDING SECURITIES LLC
D/B/A GMAC RFC SECURITIES,
RESIDENTIAL ACCREDITED LOANS, INC.,
RESIDENTIAL ASSET MORTGAGE PRODUCTS,
INC. AND RESIDENTIAL ASSET SECURITIES
CORPORATION,
By their attorneys,

    /s/ John A. Houlihan
Matthew A. Martel (BBO #641064)
John A. Houlihan (BBO #542038)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.

Boston, MA  02199
Tel: (617) 239-0115
Fax: (866) 955-8979

POPULAR ABS, INC.
By its attorneys,

    /s/ Sean T. Carnathan
Sean T. Carnathan (BBO #636889)
Benjamin S. Kafka (BBO #640993)
O'CONNER, CARNATHAN AND MACK LLC
8 New England Executive Park, Suite 310
Burlington, MA  01803
Tel:  (781) 359-9000
Fax:  (781) 359-9001

John J. Murphy III
Thomas W. Dymek
STRADLEY RONON STEVENS & YOUNG LLP
2600 One Commerce Square
Philadelphia, PA  19103
Tel:  (215) 564-8000
Fax:  (215-564-8120)

NOVASTAR MORTGAGE FUNDING CORP.
By its attorneys,

    /s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO #330860)
Robert W. Sparkes, III (BBO #663626)
Phoebe S. Winder (BBO #567103)
K&L GATES LLP
State Street Financial Center
Once Lincoln Street
Boston, MA 02111
Tel: (617) 261-3100
Fax: (617) 261-3175

William F. Alderman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA   94105-2669
Tel:  (415) 773-5944
Fax:  (415) 773-5759

AEGIS ASSET BACKED SECURITIES CORP
By its attorneys,

     /s/ R. Bruce Allensworth
R. Bruce Allensworth
Phoebe Sears Winder
Robert Sparks, III
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 267-3175

ACCREDITED MORTGAGE LOAN REIT TRUST,
By its attorneys,

     /s/ John R. Baraniak, Jr.
John R. Baraniak, Jr. (BBO #552259)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Tel: (617) 248-5000
Fax: (617) 248-4000

J. Thomas Scott
J. Mark Chevallier
McGUIRE, CRADDOCK &
STROTHER, PC
2501 N. Harwood Street
Suite 1800
Dallas, TX 75201
Tel: (214) 954-6800
Fax (214) 954-6868

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, by first class mail, on February 4, 2011.

                                                 /s/ Beth I.Z. Boland
                                                 Beth I.Z. Boland