UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.<br><br>Plaintiff,<br>v.<br><br>MORGAN STANLEY & CO., INC., *et al*.<br><br>Defendants. | CASE NO. 10-cv-11376 |

### NOTICE OF APPEARANCE OF JAMIE C. NOTMAN

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Jamie C. Notman of Edwards Angell Palmer & Dodge LLP as co-counsel of record for Defendants Residential Funding Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc., and Residential Asset Securities Corporation.

Dated this 9th day of February 2011.

                RESIDENTIAL FUNDING SECURITIES, LLC, RESIDENTIAL ACCREDIT LOANS, INC., RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., RESIDENTIAL ASSET SECURITIES CORPORATION

                By their attorneys,

                /s/ Jamie C. Notman
                John A. Houlihan (BBO #542038)
                Michael T. Grant (BBO#677893)
                Jamie C. Notman (BBO # 675597)
                EDWARDS ANGELL PALMER & DODGE LLP
                111 Huntington Avenue
                Boston, MA  02199-7613
                Tel:  617.239.0100
                Fax: 617-227-4420

## CERTIFICATE OF SERVICE

      I, Jamie C. Notman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on February 9, 2011.

                                      /s/ Jamie C. Notman
                                      Jamie C. Notman