UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.<br><br>Plaintiff,<br>v.<br><br>MORGAN STANLEY & CO., INC., et al.<br><br>Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Please take notice that Anthony A. Bongiorno hereby enters his appearance of record on behalf of defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.

Respectfully submitted,

_____
Anthony A. Bongiorno (BBO# 554356)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Telephone: (617) 535-4000
Facsimile: (617) 535-3800
abongiorno@mwe.com

Dated: February 15, 2011

DM_US 27677315-1.022714.0195

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 15, 2011.

/s/ Anthony A. Bongiorno
Anthony A. Bongiorno