# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CAMBRIDGE PLACE INVESTMENT
MANAGEMENT INC.

    Plaintiff,

        v.

MORGAN STANLEY & CO., INC., et al.

    Defendants.

Civil Action No. 10-cv-11376-NMG

## NOTICE OF APPEARANCE

Please take notice that Anthony A. Bongiorno hereby enters his appearance of record on behalf of defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.

Respectfully submitted,

Anthony A. Bongiorno (BBO# 554356)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Telephone: (617) 535-4000
Facsimile: (617) 535-3800
abongiorno@mwe.com

Dated:  February 15 2011

DM_US 27677315-1.022714.0195

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 15, 2011.

/s/ Anthony A. Bongiorno
Anthony A. Bongiorno