# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC., et al.<br><br>Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCES
## OF EDWARD P. LEIBENSPERGER AND JOSHUA MUNN

Please take notice that Edward P. Leibensperger and Joshua A. Munn hereby withdraw their appearances of record on behalf of defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. continue to be represented by Anthony Bongiorno, Esq. and Kevin Bolan, Esq., McDermott Will & Emery, 28 State Street, Boston, MA.

                                        Respectfully submitted,

                                        Joshua Munn /s/
                                        Joshua Munn (BBO #668234)

                                        Edward Leibensperger /s/
                                        Edward P. Leibensperger (BBO# 292620)
                                        MCDERMOTT WILL & EMERY LLP
                                        28 State Street
                                        Boston, MA 02109-1775
                                        Telephone: (617) 535-4000
                                        Facsimile: (617) 535-3800
                                        eleibensperger@mwe.com

Dated: February 15, 2011

## CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 15, 2011.

      _Edward Leibensperger /s/_____

DM_US 27677295-1.022714.0195