# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT INC.<br><br>Plaintiff,<br>v.<br><br>MORGAN STANLEY & CO., INC., et al.<br><br>Defendants. | Civil Action No. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Please take notice that Kevin Bolan hereby enter his appearance of record on behalf of defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.

Respectfully submitted,

Kevin Bolan /s/
Kevin Bolan (BBO# 657841)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Telephone: (617) 535-4000
Facsimile: (617) 535-3800
abongiorno@mwe.com

Dated: February 18, 2011

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 18, 2011.

Kevin Bolan /s/
Kevin Bolan

DM_US 27677390-1.022714.0195