UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMBRIDGE PLACE INVESTMENT MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 10-cv-11376-NMG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please take notice of the appearance of Edmund Polubinski III and Davis Polk & Wardwell LLP as attorneys for defendants, Morgan Stanley & Co., Inc. ("MS & Co."), Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., and Saxon Asset Securities Company (collectively, the "Morgan Stanley Defendants") in this matter.

Respectfully submitted,

**MORGAN STANLEY & CO., INC., MORGAN STANLEY ABS CAPITAL I INC., MORGAN STANLEY CAPITAL I INC., AND SAXON ASSET SECURITIES COMPANY,**

By their attorneys,

*/s/ Edmund Polubinski III*
Edmund Polubinski III (BBO # 643548)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY  10017
Tel:  (212) 450-4695
Fax:  (212) 701-5800
polubinski@davispolk.com

Dated: May 31, 2011

A/73464097.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2011.

*/s/ Edmund Polubinski III*
Edmund Polubinski III