```
                    United States District Court
                      District of Massachusetts
_____
                               )
CAMBRIDGE PLACE INVESTMENT     )
MANAGEMENT, INC.,              )
        Plaintiff,             )
                               )   Civil Action No.
        v.                     )   10-11376-NMG
                               )
MORGAN STANLEY & CO., INC., et )
al.,                           )
        Defendants.            )
_____)
```

**ORDER**

**GORTON, J.**

Having considered defendants' motion for an order to show cause, plaintiff's opposition and defendants' reply thereto, defendants' motion (Docket No. 232) is **ALLOWED, in part**, and **DENIED, in part.**

On or before June 24, 2011, plaintiff is directed to produce in response to defendants' discovery requests:

> 1) all responsive documents that are relevant and material to the issue of the agreements between the plaintiff and the foreign hedge funds and
>
> 2) all material withheld on the basis of claimed privilege under the common-interest doctrine, provided however that such production shall not, in and of itself, constitute a waiver of any privilege that may exist.

To the extent plaintiff fails to make such full and complete disclosure, the Court will take such failure into account when considering the merits of the motion to remand.

The schedule for limited jurisdictional discovery set forth in this Court's Memorandum & Order dated May 2, 2011 (Docket No. 227), is modified as follows (but shall not be further modified):

1) plaintiff shall serve responses to defendants' document request on or before June 24, 2011;

2) defendants shall complete the Rule 30(b)(6) deposition of the plaintiff on or before July 1, 2011;

3) defendants shall file a supplemental brief (not to exceed 10 pages), if any, regarding the plaintiff's motion to remand on or before July 11, 2011; and

4) plaintiff shall file a supplemental brief (not to exceed 10 pages), if any, on or before July 21, 2011.

Counsel and the parties are further admonished to cease communicating with the Court by letter. All future communication shall be by motion duly filed and served. Letters will be neither docketed nor considered.

**So ordered.**

　　　　　　　　　　　　　　　　　/s/ Nathaniel M. Gorton　
　　　　　　　　　　　　　　　　Nathaniel M. Gorton
　　　　　　　　　　　　　　　　United States District Judge

Dated June 16, 2011