# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CAMBRIDGE PLACE INVESTMENT
MANAGEMENT INC.,

        Plaintiff,

        v.

MORGAN STANLEY & CO., INC.;
CITIGROUP GLOBAL MARKETS INC.;
CREDIT SUISSE SECURITIES (USA) LLC;
RBS SECURITIES, INC.; DEUTSCHE BANK
SECURITIES, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.; UBS
SECURITIES LLC; GOLDMAN, SACHS &
CO.; J.P. MORGAN SECURITIES INC.;
COUNTRYWIDE SECURITIES
CORPORATION; FBR CAPITAL MARKETS
& CO.; HSBC SECURITIES (USA), INC.;
BANC OF AMERICA SECURITIES LLC;
RESIDENTIAL FUNDING SECURITIES,
LLC; BARCLAYS CAPITAL INC.;
ACCREDITED MORTGAGE LOAN REIT
TRUST; ACE SECURITIES CORPORATION;
AEGIS ASSET BACKED SECURITIES
CORPORATION; AMERICAN HOME
MORTGAGE ASSETS LLC.; AMERIQUEST
MORTGAGE SECURITIES INC.; ARGENT
SECURITIES INC.; ASSET BACKED
FUNDING CORPORATION; ASSET
BACKED SECURITIES CORPORATION;
BANC OF AMERICA MORTGAGE
SECURITIES, INC.; BCAP LLC; BEAR
STEARNS ASSET BACKED SECURITIES I
LLC; CITIGROUP MORTGAGE LOAN
TRUST INC.; CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES CORP.;
CWABS, INC.; CWALT, INC.; FBR
SECURITIZATION, INC.; FIELDSTONE
MORTGAGE INVESTMENT
CORPORATION; FINANCIAL ASSET
SECURITIES CORP.; FREMONT
MORTGAGE SECURITIES CORPORATION;
GS MORTGAGE SECURITIES CORP.; HSI

**Civil Action No. 1:10-cv-11376-NMG**

**[PROPOSED] ORDER TO FILE
DEFENDANTS' SUPPLEMENTAL BRIEF IN
OPPOSITION TO REMAND, AND
SUPPORTING DECLARATIONS AND
EXHIBITS, UNDER SEAL**

[CAPTION CONTINUED
ON NEXT PAGE]

ASSET SECURITIZATION CORPORATION;
J.P. MORGAN ACCEPTANCE
CORPORATION I; LONG BEACH
SECURITIES CORP.; MERRILL LYNCH
MORTGAGE INVESTORS, INC.; MORGAN
STANLEY ABS CAPITAL I INC.; MORGAN
STANLEY CAPITAL I INC.; MORTGAGE
ASSET SECURITIZATION
TRANSACTIONS, INC.; NATIONSTAR
FUNDING LLC; NEW CENTURY
MORTGAGE SECURITIES LLC; NEW
CENTURY MORTGAGE SECURITIES, INC.;
NOVASTAR MORTGAGE FUNDING
CORPORATION; PARK PLACE
SECURITIES, INC.; PEOPLE'S CHOICE
HOME LOAN SECURITIES CORP.;
POPULAR ABS, INC.; RESIDENTIAL
ACCREDIT LOANS, INC.; RESIDENTIAL
ASSET MORTGAGE PRODUCTS, INC.;
RESIDENTIAL ASSET SECURITIES
CORPORATION; SACO I INC.; SAXON
ASSET SECURITIES COMPANY;
SECURITIZED ASSET BACKED
RECEIVABLES LLC; STANWICH ASSET
ACCEPTANCE COMPANY, L.L.C.;
STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.; and WASHINGTON
MUTUAL MORTGAGE SECURITIES CORP.

Defendants.

Defendants Barclays Capital Inc., BCAP LLC, Securitized Asset Backed Receivables

LLC, Credit Suisse Securities (USA) LLC, Credit Suisse First Boston Mortgage Securities Corp.,

Asset Backed Securities Corporation, Goldman, Sachs & Co., GS Mortgage Securities Corp.,

Morgan Stanley & Co. Incorporated, Morgan Stanley ABS Capital I Inc., Morgan Stanley

Capital I Inc., Saxon Asset Securities Company, Citigroup Global Markets Inc., Citigroup

Mortgage Loan Trust Inc., UBS Securities LLC, Mortgage Asset Securitization Transactions,

Inc., Banc of America Securities LLC, Banc of America Mortgage Securities, Inc., Merrill

Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch Mortgage Investors, Inc., Asset Backed

Funding Corporation, RBS Securities, Inc., Financial Asset Securities Corp., Countrywide

Securities Corporation, CWABS, Inc., CWALT, Inc., J.P. Morgan Securities, Inc., J.P. Morgan

Acceptance Corporation I, Bear Stearns Asset Backed Securities I LLC, Long Beach Securities

Corp., Washington Mutual Mortgage Securities Corp., SACO I Inc., Structured Asset Mortgage

Investments II, Inc., Fremont Mortgage Securities Corp., Popular ABS, Inc., Residential Funding

Securities, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc.,

Residential Asset Securities Corporation, HSBC Securities (USA), Inc., HSI Asset Securitization

Corporation, FBR Securitization, Inc., FBR Capital Markets & Co., Ameriquest Mortgage

Securities, Inc., Argent Securities, Inc., Park Place Securities, Inc., Novastar Mortgage Funding

Corporation, Aegis Asset Backed Securities Corporation, Nationstar Funding LLC, Stanwich

Asset Acceptance Company LLC, Deutsche Bank Securities, Inc., Ace Securities Corp., and

Accredited Mortgage Loan REIT Trust (collectively, "Defendants"), by and through their

attorneys, having moved this Court, by Assented-to Motion to File Defendants' Supplemental

Brief in Opposition to Remand, and Supporting Declarations and Exhibits, Under Seal, dated

July 7, 2011 ("Assented-to Motion to File Under Seal");

     **NOW**, upon consideration of the Assented-to Motion to File Under Seal, and all other

papers filed in connection therewith or opposition thereto, the Court hereby **GRANTS** the

Assented-to Motion to File Under Seal, and **ORDERS** as follows:

     1.     Defendants' Supplemental Brief in Opposition to Remand ("Defendants'

Supplemental Brief") and the related declarations in support and exhibits thereto shall be filed

under seal and shall be impounded until further order of the Court; and

2.      Counsel or the parties shall maintain post-impoundment custody of Defendants'

Supplemental Brief and the related declarations in support and exhibits thereto .

This constitutes the Decision and Order of the Court.

**ENTERED:**

_____

Dated:  July ___, 2011

*Presented by:*

BARCLAYS CAPITAL INC., BCAP LLC AND
SECURITIZED ASSET BACKED RECEIVABLES LLC,

By their attorneys,

/s/ Gary R. Greenberg_____
Gary R. Greenberg (BBO #209420)
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Tel:  (617) 310-6000
Fax: (617) 310-6001
greenbergg@gtlaw.com


Joseph J. Frank  (admitted *pro hac vice*)
Steven J. Fink  (admitted *pro hac vice*)
Matthew L. Craner  (admitted *pro hac vice*)
Agnès Dunogué  (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151

CREDIT SUISSE SECURITIES (USA) LLC, CREDIT
SUISSE FIRST BOSTON MORTGAGE SECURITIES
CORP., AND ASSET BACKED SECURITIES
CORPORATION,

By their attorneys,

/s/ Stephen D. Poss
Stephen D. Poss (BBO #551760)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

Richard W. Clary (admitted *pro hac vice*)
Michael T. Reynolds (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
mreynolds@cravath.com

GOLDMAN, SACHS & CO. AND GS MORTGAGE
SECURITIES CORP.,

By their attorneys,

/s/ Anthony A. Bongiorno
Anthony A. Bongiorno (BBO #554356)
Kevin M. Bolan (BBO #657841)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Tel: (617) 535-4046
Fax: (617) 535-3800

Richard H. Klapper (admitted *pro hac vice*)
Theodore Edelman (admitted *pro hac vice*)
Christopher J. Dunne (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588
klapperr@sullcrom.com
edelmant@sullcrom.com
dunnec@sullcrom.com

MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY ABS CAPITAL I INC.,
MORGAN STANLEY CAPITAL I INC., AND SAXON
ASSET SECURITIES COMPANY,

By its attorneys,

/s/ Frances S. Cohen
Frances S. Cohen, BBO #542811
Brandon L. Bigelow, BBO #651143
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110
Tel:  (617) 951-8000
Fax:  (617) 951-8736
frances.cohen@bingham.com
brandon.bigelow@bingham.com

James P. Rouhandeh (admitted *pro hac vice*)
Edmund Polubinski III, BBO #643548
Daniel J. Schwartz (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:  (212) 450-4000
Fax:  (212) 701-5800
rouhandeh@davispolk.com
polubinski@davispolk.com
daniel.schwartz@davispolk.com

CITIGROUP GLOBAL MARKETS INC. AND
CITIGROUP MORTGAGE LOAN TRUST INC.,

By their attorneys,

/s/ Franklin H. Levy
Franklin H. Levy (BBO #297720)
Katherine Y. Fergus (BBO #637989)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210-2243
Tel: (857) 488-4200
Fax: (857) 488-4201
fhlevy@duanemorris.com
kyfergus@duanemorris.com

Brad S. Karp (admitted *pro hac vice*)
Susanna M. Buergel (admitted *pro hac vice*)
Charles E. Davidow (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON
LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0553
sbuergel@paulweiss.com

UBS Securities LLC and Mortgage Asset
Securitization Transactions, Inc.,

By their attorneys,

/s/ Kathy B. Weinman
Kathy B. Weinman (BBO # 541993)
Azure M. Abuirmeileh (BBO # 670325)
Collora LLP
600 Atlantic Avenue, 12th Floor
Boston, MA 02210-2211
Tel: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Barry G. Sher (admitted *pro hac vice*)
Dan B. Goldman (admitted *pro hac vice*)
Anthony Antonelli (admitted *pro hac vice*)
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street, First Floor
New York, NY 10022-3205
Tel: (212) 318-6000
Fax: (212) 319-4090

BANC OF AMERICA SECURITIES LLC, BANC OF
AMERICA MORTGAGE SECURITIES, INC.,
MERRILL LYNCH, PIERCE, FENNER & SMITH
INC., MERRILL LYNCH MORTGAGE INVESTORS,
INC., ASSET BACKED FUNDING CORPORATION,
RBS SECURITIES, INC. AND FINANCIAL ASSET
SECURITIES CORP.,

By their attorneys,

/s/ Jeffrey B. Rudman
Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Christopher B. Zimmerman (BBO #653854)
Adam J. Hornstine (BBO #666296)
Brian J. Boyle Jr. (BBO #676683)
Katherine B. Dirks (BBO #673674)
WILMER CUTLER PICKERING HALE AND DORR
LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
jeffrey.rudman@wilmerhale.com
andrea.robinson@wilmerhale.com
christopher.zimmerman@wilmerhale.com
adam.hornstine@wilmerhale.com
brian.boyle@wilmerhale.com
katherine.dirks@wilmerhale.com

COUNTRYWIDE SECURITIES CORPORATION,
CWABS, INC. AND CWALT, INC.,

By their attorneys,

/s/ Brian E. Pastuszenski
Brian E. Pastuszenski (BBO #391030)
John O. Farley (BBO #661296)
Daniel Roeser (BBO #675223)
GOODWIN PROCTER  LLP
Exchange Place
53 State Street
Boston, MA  02109
Tel: (617) 570-1000
Fax: (617) 523-1231
bpastuszenski@goodwinprocter.com
jfarley@goodwinprocter.com
droeser@goodwinprocter.com

J.P. MORGAN SECURITIES, INC., J.P. MORGAN
ACCEPTANCE CORPORATION I, BEAR STEARNS
ASSET BACKED SECURITIES I LLC, LONG
BEACH SECURITIES CORP., WASHINGTON
MUTUAL MORTGAGE SECURITIES CORP., SACO
I INC., AND STRUCTURED ASSET MORTGAGE
INVESTMENTS II INC.,

By their attorneys,

/s/ Beth I.Z. Boland
Beth I.Z. Boland (BBO #553654)
Nikki Jean Fisher (BBO #660268)
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Tel: (617) 951-8000
Fax: (617) 951-8736
beth.boland@bingham.com
nikki.fisher@bingham.com

Kenneth I. Schacter (admitted *pro hac vice*)
Theo J. Robins (admitted *pro hac vice*)
Brandyne S. Warren (admitted *pro hac vice*)
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY  10022
Tel: (212) 705-7000
Fax: (212) 752-5378

RESIDENTIAL FUNDING SECURITIES LLC D/B/A
GMAC RFC SECURITIES, RESIDENTIAL
ACCREDIT LOANS, INC., RESIDENTIAL ASSET
MORTGAGE PRODUCTS,  INC. AND RESIDENTIAL
ASSET SECURITIES CORPORATION,

By their attorneys,

/s/ John A. Houlihan
John A. Houlihan (BBO #542038)
Jamie C. Notman (BBO # 675597)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA  02199-7613
Tel: (617) 239-0100
Fax: (617) 227-4420
jhoulihan@eapdlaw.com
jnotman@eapdlaw.com

HSBC SECURITIES (USA), INC. AND HSI ASSET
SECURITIZATION CORPORATION,

By their attorneys,

/s/ Joseph F. Ryan
Joseph F. Ryan (BBO #435720)
LYNE, WOODWORTH & EVARTS LLP
12 Post Office Square
Boston, Massachusetts  02109
Tel:  (617) 523-6655
Fax:  (617) 248-9877
JRyan@lwelaw.com

Richard A. Spehr (admitted *pro hac vice*)
Michael O. Ware (admitted *pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel:  (212) 506-2500
Fax: (212) 262-1910
rspehr@mayerbrown.com
mware@mayerbrown.com

FBR CAPITAL MARKETS & CO.,

By its attorneys,

/s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868
kclancy@ccg-law.com

Sean T. Carnathan (BBO #636889)
Benjamin S. Kafka (BBO #640993)
O'CONNOR, CARNATHAN AND MACK LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Tel:  (781) 359-9000
Fax:  (781) 359-9001
scarnathan@ocmlaw.net
bkafka@ocmlaw.net

Edward J. Fuhr (admitted *pro hac vice*)
Eric H. Feiler (admitted *pro hac vice*)
Matthew P. Bosher (admitted *pro hac vice*)
Trevor S. Cox (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

John J. Murphy III (admitted *pro hac vice*)
Thomas W. Dymek (admitted *pro hac vice*)
STRADLEY RONON STEVENS & YOUNG LLP
2600 One Commerce Square
Philadelphia, PA  19103
Tel:  (215) 564-8000
Fax:  (215) 564-8120
jmurphy@stradley.com
tdymek@stradley.com

FBR SECURITIZATION, INC.,

By its attorneys,

/s/ Kevin W. Clancy
Kevin W. Clancy (BBO #552590)
COOKE, CLANCY & GRUENTHAL, LLP
One Liberty Square
Boston, MA 02109
Tel: (617) 428-6800
Fax: (617) 428-6868
kclancy@ccg-law.com

Edward J. Fuhr (admitted *pro hac vice*)
Eric H. Feiler (admitted *pro hac vice*)
Matthew P. Bosher (admitted *pro hac vice*)
Trevor S. Cox (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA  23219
Tel:  (804) 788-8200
Fax:  (804) 788-8218

AMERIQUEST MORTGAGE, SECURITIES, INC.,
ARGENT SECURITIES, INC. AND PARK PLACE
SECURITIES, INC.,

By their attorneys,

/s/ Edward V. Colbert III
Edward V. Colbert III, BBO#566187
Nancy L. Perlman, BBO#656156
Erin E. Howard, BBO#666955
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
617-951-2800
ecolbert@lgllp.com
nperlman@lgllp.com
ehoward@lgllp.com

Bernard E. LeSage (admitted *pro hac vice*)
Karen L. Stevenson (admitted *pro hac vice*)
Shannon Keast (admitted *pro hac vice*)
BUCHALTER NEMER, P.L.C.
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90014
213-891-0700
blesage@buchalter.com
kstevenson@buchalter.com
skeast@buchalter.com

NOVASTAR MORTGAGE FUNDING
CORPORATION,

By its attorneys,

/s/ Wm. Shaw McDermott
Wm. Shaw McDermott (BBO #330860)
Robert W. Sparkes, III (BBO #663626)
Phoebe S. Winder (BBO #567103)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
shaw.mcdermott@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

William F. Alderman (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Tel:  (415) 773-5944
Fax: (415) 773-5759
walderman@orrick.com

AEGIS ASSET BACKED SECURITIES
CORPORATION,

By its attorneys,

/s/ Bruce Allensworth
R. Bruce Allensworth (BBO #015820)
Phoebe S. Winder (BBO #567103)
Robert W. Sparkes, III (BBO #663626)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tel:  (617) 261-3100
Fax: (617) 261-3175
bruce.allensworth@klgates.com
phoebe.winder@klgates.com
robert.sparkes@klgates.com

NATIONSTAR FUNDING LLC AND STANWICH
ASSET ACCEPTANCE COMPANY LLC,

By their attorneys,

/s/ Philip A. O'Connell, Jr.
Philip A. O'Connell, Jr. (BBO# 649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA  02110
Tel:  (617) 235-6802
Fax:  (617) 235-6899
philip.oconnelljr@snrdenton.com

Justin N. Kattan (admitted *pro hac vice*)
(justin.kattan@snrdenton.com)
Reid L. Ashinoff (admitted *pro hac vice*)
(reid.ashinoff@snrdenton.com)
Jonathan D. Forstot (admitted *pro hac vice*)
(jonathan.forstot@snrdenton.com)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020
Tel:  (212) 768-6700
Fax:  (212) 768-6800

DEUTSCHE BANK SECURITIES, INC. AND ACE
SECURITIES CORP.,

By their attorneys,

/s/ Ethan J. Brown
Ethan J. Brown (BBO #634982)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
Tel: (213) 485-1234
Fax: (213) 891-8763
Ethan.Brown@lw.com

Jamie L. Wine (admitted *pro hac vice*)
John M. Falzone (admitted *pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864

ACCREDITED MORTGAGE LOAN REIT TRUST,

By its attorneys,

/s/ John R. Baraniak, Jr.
John R. Baraniak, Jr.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000
jbaraniak@choate.com
J. Thomas Scott (admitted *pro hac vice*)
J. Mark Chevallier (admitted *pro hac vice*)
McGUIRE, CRADDOCK & STROTHER, PC
2501 N. Harwood St., Suite 1800
Dallas, TX 75201
Tel: (214) 954-6800
Fax: (214) 954-6868
tscott@mcslaw.com
mchevallier@mcslaw.com

FREMONT MORTGAGE SECURITIES CORP.,
By its attorneys,

/s/ James R. Carroll_____
James R. Carroll (BBO #554426)
Peter Simshauser (BBO #665153)
Christian R. Jenner (BBO #669255)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Tel: (617) 573-4800
Fax: (617) 573-4822
james.carroll@skadden.com
peter.simshauser@skadden.com
christian.jenner@skadden.com

POPULAR ABS, INC.
By its attorneys,

/s/ Sean T. Carnathan_____ _____
Sean T. Carnathan (BBO #636889)
Benjamin S. Kafka (BBO #640993)
O'CONNOR, CARNATHAN AND MACK LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Tel:  (781) 359-9000
Fax:  (781) 359-9001
scarnathan@ocmlaw.net
bkafka@ocmlaw.net

John J. Murphy III (admitted *pro hac vice*)
Thomas W. Dymek (admitted *pro hac vice*)
STRADLEY RONON STEVENS & YOUNG LLP
2600 One Commerce Square
Philadelphia, PA  19103
Tel:  (215) 564-8000
Fax:  (215) 564-8120
jmurphy@stradley.com
tdymek@stradley.com