**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Cambridge Place Investment Management Inc.
       Plaintiff

    V.

Morgan Stanley & Co., Inc. et al
       Defendants

CIVIL ACTION

NO. 10-cv-11376-NMG

**ORDER OF REMAND**

GORTON, D. J.

In accordance with the Court's Memorandum & Order granting plaintiff's motion to remand (Document No. 266), it is hereby ORDERED that the above-entitled action be remanded to the Massachusetts Suffolk Superior Court.

By the Court,

8/22/2011                                  /s/ Diep Duong

   Date                                        Deputy Clerk