

# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
### 1 COURTHOUSE WAY - SUITE 2300
### BOSTON, MASSACHUSETTS 02210
### TELEPHONE: 617-748-9152

**TO:**                                            **RE:**

Suffolk Superior Court                         CIVIL ACTION #. 10-cv-11376-NMG

3 Pemberton Square, 13th Floor

Boston, MA 02108

Dear Clerk:

     Please be advised that an order remanding the above entitled action to your court was entered on 8/22/2011 by the Honorable Nathaniel M. Gorton.

     The following documents are included in our file and transmitted herewith:

          ( x )     Certified copy of the docket entries;

          ( x )     Certified copy of the Remand Order;

          ( x )     CM/ECF documents numbered: 1-267

     Kindly acknowledge receipt of the above on the copy of this letter.

                                                          Respectfully,

                                                           SARAH A. THORNTON
                                                           CLERK OF COURT

Date:   8/22/2011                             By:   /s/ Diep Duong
                                                                 Deputy Clerk

---

     The documents listed above were received by me on _____ and assigned the following case number: _____.

                                                                          By:_____
                                                                            Deputy Clerk